§AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION     District of     MASSACHUSETTS

INDIANAPOLIS LIFE INSURANCE COMPANY

V.

ROSALYN HERMAN, TRUSTEE, FINAN-
CIAL RESOURCES NETWORK, INC.
PROFIT SHARING PLAN AND TRUST,
FINANCIAL RESOURCES NETWORK,
INC. PROFIT SHARING PLAN AND
TRUST, GREGG D. CAPLITZ, RUDY K.
MEISELMAN, M.D. and HOPE E. MEISELMAN

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:     04-12481WGY

TO: (Name and address of Defendant)

> Gregg Caplitz
> Financial Resources Network
> 424 Washington Street
> Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> William T. Bogaert
> WILSON, ELSER, MOSKOWITZ,
>   EDELMAN & DICKER LLP
> 155 Federal Street
> Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

NOV 23 2004
DATE

32256.1

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE December 6, 2004 |
| NAME OF SERVER (PRINT) Harold Peters | TITLE Process Server & Disinterested Person |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Financial Resources Network Profit Sharing and Trust, 424 Washington Street, Woburn, MA @ 9:15 AM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-6-04
           Date

Harold Peters
Signature of Server
Process Server & Disinterested Person

92 State Street, Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.