AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION  District of  MASSACHUSETTS

INDIANAPOLIS LIFE INSURANCE COMPANY

**SUMMONS IN A CIVIL ACTION**

V.

ROSALYN HERMAN, TRUSTEE, FINAN-
CIAL RESOURCES NETWORK, INC.
PROFIT SHARING PLAN AND TRUST,
FINANCIAL RESOURCES NETWORK,
INC. PROFIT SHARING PLAN AND
TRUST, GREGG D. CAPLITZ, RUDY K.
MEISELMAN, M.D. and HOPE E. MEISELMAN

CASE NUMBER:   04-12481WGY

TO: (Name and address of Defendant)

Financial Resources Network Profit
Sharing and Trust
424 Washington Street
Woburn, MA  01801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William T. Bogaert
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

NOV 23 2004

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | December 6, 2004 |
| NAME OF SERVER *(PRINT)* HAROLD PETERS | TITLE | Process Server & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by serving "in-Hand" upon Gregg Caplitz, SR Design Consultant and "Person-in-charge of business" for Financial Resources Network, 424 Washington Street, Woburn, MA @ 9:15 AM.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-6-04
           Date

*Signature of Server* Harold Peters
Process Server & Disinterested Person

92 State Street, Boston, MA 02109
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.