AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN DIVISION     District of     MASSACHUSETTS

INDIANAPOLIS LIFE INSURANCE COMPANY

**SUMMONS IN A CIVIL ACTION**

V.

ROSALYN HERMAN, TRUSTEE, FINAN-
CIAL RESOURCES NETWORK, INC.
PROFIT SHARING PLAN AND TRUST,
FINANCIAL RESOURCES NETWORK,
INC. PROFIT SHARING PLAN AND
TRUST, GREGG D. CAPLITZ, RUDY K.
MEISELMAN, M.D. and HOPE E. MEISELMAN

CASE NUMBER:     04-12481WGY

TO: (Name and address of Defendant)

    Hope E. Meiselman
    775 Longboat Club Road #603
    Longboat Key, FL 34228

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    William T. Bogaert
    WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
    155 Federal Street
    Boston, MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



NOV 2 3 2004

TONY ANASTAS
CLERK

(By) DEPUTY CLERK     DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | December 7, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| William H. Dewsnap III | Process Server & Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by serving "in-Hand" upon Charles P. Kazarian, ESQ., Accepting Service For Rudy K. Meiselman, M.D., at 77 North Washington Street, Boston, MA @ 11:35 AM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-7-04
           Date

Signature of Server: William H. Dewsnap III
Process Server & Disinterested Person

Address of Server: 92 State Street, Boston, MA 02109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.