UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-12481WGY

INDIANAPOLIS LIFE INSURANCE COMPANY,

Plaintiffs

v.

ROSALYN HERMAN, TRSUTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN,

Defendants

## ACCEPTANCE OF SERVICE

I, Charles P. Kazarian, counsel of record for the Defendants, Rudy K. Meiselman, M.D. and Hope E. Meiselman, in the above-entitled matter, aver that I have been duly authorized by the Defendants to accept service of the Complaint and do hereby accept service of the same on their behalf.

Counsel for the Defendants,
Rudy K. Meiselman, M.D. and
Hope E. Meiselman,

Charles P. Kazarian, Esq., BBO #262660
77 North Washington Street
Boston, MA 02114
(617) 723-6676

Dated: December 7, 2004

32406.1