UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-12481WGY

| |
|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY, <br><br> Plaintiffs <br><br> v. <br><br> ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN, <br><br> Defendants |

## PLAINTIFF'S MOTION FOR REAL ESTATE ATTACHMENT

Plaintiff, Indianapolis Life Insurance Company ("ILIC") moves this Court pursuant to Fed. R. Civ. P. 64 and M.G.L. c. 233, § 42 for the approval of a real estate attachment, in the amount of $650,297.01, of all right, title and interest, legal or equitable, of the Defendant, Gregg D. Caplitz ("Caplitz"), in real estate located at 120 Beacon Street, Chelsea, or any other real estate located in the Commonwealth of Massachusetts.

Dated: January 5th, 2005

Plaintiff, Indianapolis Life
Insurance Company
By its attorneys,

William T. Bogaert
_____
William T. Bogaert, BBO #546321
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

32547.1

## CERTIFICATE OF SERVICE

I, William T. Bogaert, hereby certify that on 6th, January 2005 I served a copy of the foregoing upon all parties by forwarding a copy of same by first class mail to:

    Charles P. Kazarian
    Law Office of Charles P. Kazarian, P.C.
    77 North Washington Street
    Boston, MA  02114

    Wayne R. Murphy
    Murphy & Flaherty
    43 Bowdoin Street
    Boston, MA  02114

    _____
    William T. Bogaert

32547.1