UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-12481WGY

| |
|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY,<br><br>Plaintiffs<br><br>v.<br><br>ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN,<br><br>Defendants |

**PLAINTIFF'S MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

Pursuant to Rule 45(b) of the Federal Rules of Civil Procedure, the Plaintiff, Indianapolis Life Insurance Company ("Indianapolis Life"), hereby moves for an order appointing an officer, employee or agent of Suvalle & Jodrey Associates, 1 Devonshire Place, Boston, MA (tel 617-720-5733) as special process server in the above-captioned action. The person to be appointed special process server would be experienced in the service of process, would be 18 years of age or older, and would not be a party to this action.

Respectfully submitted by,
The Plaintiff,
INDIANAPOLIS LIFE INSURANCE
COMPANY,
By its attorneys,

William T. Bogaert, BBO #546321
Wilson, Elser, Moskowitz, Edelman
   & Dicker LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

33147.1

## CERTIFICATE OF SERVICE

I, William T. Bogaert, hereby certify that on _____, January, 2005 I served a copy of the foregoing upon all parties by forwarding a copy of same by first class mail to:

Charles P. Kazarian
Law Office of Charles P. Kazarian, P.C.
77 North Washington Street
Boston, MA  02114

Wayne R. Murphy, Esq.
Murphy & Flaherty
43 Bowdoin Street
Boston, MA  02114

_____
William T. Bogaert

- 2 -

33147.1