UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

No. 04-12481-WGY   2005 FEB -3  A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

INDIANAPOLIS LIFE INSURANCE COMPANY,

Plaintiffs

v.

ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN,

Defendants

## WRIT OF ATTACHMENT

We command you to attach the goods or estate of **Gregg D. Caplitz** of **120 Beacon Street, Chelsea, Massachusetts** to the value of **$650,297.01**, together with interest and costs, as prayed for by Indianapolis Life Insurance Company of Indianapolis, Indiana, whose attorney is William B. Bogaert, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP in an action brought by said Indianapolis Life Insurance Company against said Gregg D. Caplitz in the United States District Court for the District of Massachusetts, and make due return of this writ with your doing thereon. Suvalle & Jodrey Associates has been appointed special process server for the purposes of this Writ of Attachment.

Signed as a sealed instrument this 7th day of February, 2005.

_William G. Young_
William G. Young
Chief Justice Judge

34004.1