UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

No. 04-12481-WGY  2005 FEB 3  A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

INDIANAPOLIS LIFE INSURANCE COMPANY,

Plaintiffs

v.

ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN,

Defendants

---

## WRIT OF ATTACHMENT

We command you to attach the goods or estate of **Gregg D. Caplitz of 120 Beacon Street, Chelsea, Massachusetts** to the value of $650,297.01, together with interest and costs, as prayed for by Indianapolis Life Insurance Company of Indianapolis, Indiana, whose attorney is William B. Bogaert, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP in an action brought by said Indianapolis Life Insurance Company against said Gregg D. Caplitz in the United States District Court for the District of Massachusetts, and make due return of this writ with your doing thereon. Suvalle & Jodrey Associates has been appointed special process server for the purposes of this Writ of Attachment.

Signed as a sealed instrument this 7th day of February, 2005.

I HEREBY ATTEST AND CERTIFY ON 2/9/05
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: Marie Bell
34064.1

William G. Young
Chief Justice Judge

DOCKETED   13

Suffolk Registry of Deeds, Boston, Mass.

## PROOF OF ATTACHMENT
## and
## RETURN OF SERVICE

I hereby certify and return that on FEBRUARY 14, 2005 I attached the property of the within-named Defendant in the following manner:

at NINE O'Clock and FORTY-NINE Minutes in the Forenoon I attached all the right, title and interest which the within-named Defendant (s),

GREGG D. CAPLITZ

120 BEACON STREET, CHELSEA, MA

has in and to any and all real estate ~~situate lying and being~~ within the County of Suffolk and afterwards within three days I deposited with the Register of Deeds, at Boston, Massachusetts, within and for said County of Suffolk a true and attested copy of this Writ with an attested copy of so much of my return as relates to said attachment together with his fee of $ ~~XXXXX~~ $75.00

Fee: Service _____ $ 34.00
Registry Fees Paid  $ 75.00
Total _____ $109.00

*Burton M. Malkofsky*
~~Constable and~~
Court Appointed Process Server

Afterward, on the same day I mailed, via U.S. First Class Mail, a true and attested copy of this writ of attachment, with my said attachment endorsed thereon, to the said defendant (s) at his / her last and usual place of abode, to wit:

GREGG D. CAPLITZ
120 BEACON STREET, CHELSEA, MA

Fee: Service _____ $ 8.00
Total Fees _____ $117.00

*Burton M. Malkofsky*
~~Constable and~~
Court Appointed Process Server

---

Suvalle, Jodrey & Associates | One Devonshire Place | Telephone # (617) 720-5733
Massachusetts Constables since 1925 | Boston, MA 02109 | Fax # (617) 720-5737