UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 17 P 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS

No. 04-12481WGY

| |
|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY, |
| Plaintiffs |
| v. |
| ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN, |
| Defendants |

## NOTICE OF APPEARANCE

I, Michele Carlucci, of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby give notice of appearance for the Plaintiff, Indianapolis Life Insurance Company. William T. Bogaert of the law firm of Elser, Moskowitz, Edelman & Dicker LLP will remain as counsel for Plaintiff.

Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
(617) 422-5400

34613.1

## CERTIFICATE OF SERVICE

I, Michele Carlucci, hereby certify that on the *16th* day of *February*, 2005, I served a copy of the foregoing upon all parties by forwarding a copy of same by first class mail to:

>Charles P. Kazarian
>Law Office of Charles P. Kazarian, P.C.
>77 North Washington Street
>Boston, MA 02114
>
>Wayne R. Murphy, Esq.
>Murphy & Flaherty, P.A.
>43 Bowdoin Street
>Boston, MA 02114

*Michele Carlucci*
Michele Carlucci

34613.1