UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST,<br>GREGG D. CAPLITZ,<br>RUDY K. MEISELMAN, M.D., and HOPE E. MEISELMAN,<br><br>Defendants. | CIVIL ACTION NO.: 04-12481-WGY |

**PLAINTIFF INDIANAPOLIS LIFE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.3**

Pursuant to Local Rule 7.3, the Plaintiff, Indianapolis Life Insurance Company, provides the following corporate disclosure statement:

ILICO Holdings, Inc. owns one hundred percent (100%) of Indianapolis Life Insurance Company. AmerUs Group Co. owns one hundred percent (100%) of ILICO Holdings, Inc. AmerUs Group Co. is a public company.

35025.1

Dated: March 3, 2005               Respectfully submitted,

                                                          INDIANAPOLIS LIFE INSURANCE COMPANY
                                                        By its attorneys,

                                                        _/s/ William T. Bogaert_
                                                        William T. Bogaert, BBO#546321
                                                        Kathleen M. Colbert, BBO#561174
                                                        Michele Carlucci, BBO#655211
                                                        WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                                        DICKER LLP
                                                        155 Federal Street
                                                        Boston, MA 02110
                                                        617-422-5300

35025.1