UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D., and HOPE E. MEISELMAN,<br><br>Defendants. | CIVIL ACTION NO.: 04-12481-WGY |

**PLAINTIFF INDIANAPOLIS LIFE INSURANCE COMPANY'S
CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Counsel for the Plaintiff, Indianapolis Life Insurance Company, and the Plaintiff certify that they have conferred:

    (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

35021.1

Dated: March 1, 2005

Respectfully submitted,

INDIANAPOLIS LIFE INSURANCE COMPANY
By its attorneys,

*Michele Carlucci*
William T. Bogaert, BBO#546321
Kathleen M. Colbert, BBO#561174
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

And

Richard Cohan
Vice President and Assistant General Counsel
AmerUs Group (a parent corporation of
Indianapolis Life Insurance Company)
699 Walnut Street
Des Moines, IA 50309-3948
515-362-3598

35021.1