**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO.  04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY | ) ) |
| Plaintiff | ) |
| vs. | ) |
| | ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN | ) ) ) ) ) ) ) ) |
| Defendants | ) |
| | ) |
| _____ | ) |
| | ) |
| RUDY K. MEISELMAN, M.D. | ) |
| | ) |
| Cross-Claim Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ | ) ) ) ) ) ) |
| Cross-Claim Defendants | ) |

**CERTIFICATE OF AFFIRMATION AS TO LOCAL RULE 16.1(D)(3)**
**BY DEFENDANTS/CROSSCLAIM PLAINTIFFS RUDY K. MEISELMAN, M.D.**
**AND HOPE E. MEISELMAN**

Defendants/Crossclaim Plaintiffs Rudy K. Meiselman, M.D. and Hope E.

Meiselman, and counsel, hereby certify that they have conferred with regard to the

budgeting and alternative dispute resolution matters set forth in Local Rule 16.1(D)(3).

Dated: March 2, 2005        RUDY K. MEISELMAN,
HOPE E. MEISELMAM
By their attorney,
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.

/s/ Charles P. Kazarian

_____

Charles P. Kazarian, Esquire
77 North Washington Street
Boston, Massachusetts 02114
BBO#: 262660
(617) 723-6676

/s/ Rudy K. Meiselman, M.D.

_____

Rudy K. Meiselman, M.D.

/s/ Hope E. Meiselman

_____

Hope E. Mesielman