UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D., and HOPE E. MEISELMAN,<br><br>Defendants. | CIVIL ACTION NO.: 04-12481-WGY |

**PARTIES' JOINT STATEMENT PURSUANT TO
FED.R.CIV.P. 26(f) AND LOCAL RULE 16.1**

The parties to the above-captioned matter, by and through their attorneys, hereby state that:

1. Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(b), and following the scheduling conference of March 7, 2005, they conferred for the purpose of:

   a. Preparing a proposed pretrial schedule for the case that includes a plan for discovery;
   b. Considering whether they will consent to trial by magistrate judge;
   c. Addressing potential discovery issues; and
   d. Considering whether they will agree to mediation.

35018.2

2. After consideration of the topics contemplated by Fed.R.Civ.P. 26(f) and Local Rule 16(b) and following the scheduling conference, the parties propose the following pretrial schedule:

| **Pretrial Activity** | **Date** |
|---|---|
| Required disclosures (26(a)) | April 7, 2005 |
| Written discovery requests | June 30, 2005 |
| Motions to amend or supplement pleadings | July 15, 2005 |
| Non-expert disclosures by Plaintiff | August 1, 2005 |
| **Pretrial Activity** | **Date** |
| Non-expert disclosures by Defendant | August 15, 2005 |
| Final answers to expert interrogatories by plaintiff | August 31, 2005 |
| Final answers to expert interrogatories by defendant | September 31, 2005 |
| All discovery completed | October 1, 2005 |
| All dispositive motions filed | December 1, 2005 |
| Ready for trial | February 2006 |

Dated: March 21, 2005            Respectfully submitted,

INDIANAPOLIS LIFE INSURANCE
COMPANY
By its attorneys,


/s/ *William T. Bogaert*
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

35018.2

RUDY K. MEISELMAN, M.D.
and HOPE E. MEISELMAN,
By their attorney,


*/s/ Charles P. Kazarian*
Charles P. Kazarian, BBO #262660
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
77 North Washington Street
Boston, MA 02114

ROSALYN HERMAN, TRUSTEE,
FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND
TRUST, FINANCIAL RESOURCES
NETWORK, INC. PROFIT SHARING
PLAN AND TRUST,
GREGG D. CAPLITZ,
By their attorney,


*/s/ Wayne R. Murphy*
Wayne R. Murphy, Esq. BBO #557658
MURPHY & ASSOCIATES
43 Bowdoin Street
Boston, MA 02114

35018.2