## FOR THE
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>        Plaintiff<br>vs.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN<br>        Defendants<br><br>RUDY K. MEISELMAN, M.D.<br><br>        Cross-Claim Plaintiff<br><br>vs.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ<br>        Cross-Claim Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ENTRY OF DEFAULT AGAINST
### CROSS-CLAIM DEFENDANTS

The cross-claim plaintiff, Rudy K. Meiselman, M.D., hereby moves for

entry of default under pursuant to Rule 55(a) of the Federal Rules of Civil

Procedure against cross-claim defendants Rosalind Herman, Trustee, Financial

Resources Network, Inc. Profit Sharing Plan And Trust, Financial Resources

Network, Inc. Profit Sharing Plan and Trust, and Gregg D. Caplitz. As grounds therefore, cross-claim plaintiff states through counsel:

1. Undersigned counsel electronically filed the cross-claim on or about February 10, 2005. At that time, counsel for the cross-claim defendants, Wayne Murphy, Esq. appeared not to be able to receive notification of electronic filing, so counsel served the cross-claim upon him by regular mail on February 10, 2005. A copy of the cover letter to Attorney Murphy is attached hereto and incorporated herein by reference.

2. Attorney Murphy has orally requested and received two extensions for filing his clients' response to the cross-claim. The most recent extension expired over one month ago, and no further extension has been requested nor given.

WHEREFORE, default should be entered against the cross-claim defendants on all counts set forth in the cross-claim.

Dated: May 17, 2005

        RUDY K. MEISELMAN
        CROSS-CLAIM PLAINTIFF
        By his attorney,
        LAW OFFICE OF CHARLES P. KAZARIAN, P.C.

        /s/ Charles P. Kazarian
        _____
        Charles P. Kazarian, Esquire
        77 North Washington Street
        Boston, Massachusetts 02114
        BBO#: 262660
        (617) 723-6676

LAW OFFICE OF
## CHARLES P. KAZARIAN, P.C.
77 NORTH WASHINGTON STREET
Suite 200
BOSTON, MASSACHUSETTS, 02114

CHARLES P. KAZARIAN, P.C.                    TELEPHONE (617) 723-6676
INTERNET: kazchaz@aol.com                    FACSIMILE  (617) 723-8170

February 10, 2005

Wayne Murphy, Esq.
Murphy & Flaherty
43 Bowdoin Street
Boston, MA 02114

    Re:   <u>Indianapolis Life v. Herman</u>, et al.
          U.S.D.C. No. 04-12481WGY

Dear Mr. Murphy:

    Enclosed please find a copy of <u>Answer and Cross-Claim</u> electronically filed in connection with the above-referenced civil action. I am serving this upon you by mail because the ECF notice does not appear to reference you firm. Please advise if you can be served electronically in the future. Otherwise, please be sure to include me on your service list for this action.

                                      Very truly yours,

                                      Charles P. Kazarian

cc:   William Bogaert, Esq.
        Rudy K. Meiselman