# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**INDIANAPOLIS LIFE**
**INSURANCE COMPANY,**
    **Plaintiff,**

v.   CIVIL ACTION NO. 04-12481-WGY

**ROSALYN HERMAN, ET AL,**
    **Defendant**s.

## *NOTICE OF MEDIATION*

COLLINGS, U.S.M.J.

    Please take notice that a **MEDIATION** in the above-entitled case is scheduled for **10:30 A.M. on Thursday, August 18, 2005**, with principals present, before the Honorable Robert B. Collings, United States Magistrate Judge at Courtroom 23, 7th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, MA 02210.

                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge
                    By:   *Kathleen M. Dolan*
                                      Deputy Clerk
                                      617-748-9229

Date: May 26, 2005.

Notice sent to:
Michele Calucci, Esquire
William T. Bogaert, Esquire
Charles P. Kazarian, Esquire

Wayne R. Murphy, Esquire