UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                            Civil Action
                                            No: **04-12481-WGY**

**RUDY K. MEISELMAN, M.D.**
Cross-Claim Plaintiff

v.

**ROSALIND HERMAN**
Cross-Claim Defendant

## NOTICE OF DEFAULT

      Upon application of the Cross-Claim Plaintiff, Rudy K. Meiselman, M.D. for an order of Default for failure of the Cross-Claim Defendant, Rosalind Herman to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Cross-Claim Defendant has been defaulted on June 28, 2005.

                                            Sarah A. Thornton,
                                            Clerk


                                            **By:  /s/ Marie Bell**
                                                       **Deputy Clerk**

Notice mailed to counsel of record and defendants.