# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Civil Action
No: <u>04-12481-WGY</u>**

### RUDY K. MEISELMAN, M.D.
**Cross-Claim Plaintiff**

**v.**

### FINANCIAL RESOURCES NETWORK, INC.
### PROFIT SHARING PLAN AND TRUST
**Cross-Claim Defendant**

## <u>NOTICE OF DEFAULT</u>

     Upon application of the Cross-Claim Plaintiff, Rudy K. Meiselman, M.D. for an order of Default for failure of the Cross-Claim Defendant, Financial Resources Network, Inc. Profit Sharing Plan and Trust to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Cross-Claim Defendant has been defaulted on June 28, 2005.

**Sarah A. Thornton,
Clerk**

**By:   /s/ Marie Bell                          
                    Deputy Clerk**

Notice mailed to counsel of record and defendants.