UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY ) ) ) ) | CIVIL ACTION NO.: 04-12481-WGY |

INDIANAPOLIS LIFE INSURANCE )
COMPANY )
 )
 )
            Plaintiff, )
v. )
 )
ROSALIND HERMAN, TRUSTEE, )
FINANCIAL RESOURCES NETWORK, )
INC., PROFIT SHARING PLAN AND )
TRUST, FINANCIAL RESOURCES )
NETWORK, INC. PROFIT SHARING )
PLAN AND TRUST, )
GREGG D. CAPLITZ, )
RUDY K. MEISELMAN, M.D., and )
HOPE E. MEISELMAN, )
 )
 )
            Defendants. )
 )

CIVIL ACTION NO.: 04-12481-WGY

## PARTIES' JOINT MOTION TO EXTEND DISCOVERY

NOW COME all parties and move this Honorable Court to extend the discovery deadline

an additional  thirty (30) days, up to and including October 31, 2005.  As grounds in support

thereof the parties submit the attached Memorandum.

WHEREFORE, all parties respectfully request that this Honorable Court extend the

discovery deadline by an additional thirty (30) days.

43939.1

Dated: September 27, 2005

Respectfully submitted,

INDIANAPOLIS LIFE INSURANCE
COMPANY
By its attorneys,


*/s/ William T. Bogaert*
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300


RUDY K. MEISELMAN, M.D.
and HOPE E. MEISELMAN,
By their attorney,


*/s/ Charles P. Kazarian*
Charles P. Kazarian, BBO #262660
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
77 North Washington Street
Boston, MA  02114

ROSALIND HERMAN, TRUSTEE,
FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND
TRUST, FINANCIAL RESOURCES
NETWORK, INC. PROFIT SHARING
PLAN AND TRUST,
GREGG D. CAPLITZ,
By their attorney,


*/s/ Wayne R. Murphy*
Wayne R. Murphy, Esq. BBO #557658
MURPHY & ASSOCIATES
600 Atlantic Ave.
Boston, MA  02210

43939.1