UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D., and HOPE E. MEISELMAN,<br><br>Defendants. | CIVIL ACTION NO.: 04-12481-WGY |

**PARTIES' MEMORANDUM IN SUPPORT OF JOINT MOTION
TO EXTEND DISCOVERY**

NOW COME all parties and move this Honorable Court to extend the discovery deadline an additional thirty (30) days, up to and including October 31, 2005. As grounds in support thereof the parties state the following:

The parties engaged in initial discovery and automatic disclosures at the outset of this matter. However, the parties agreed to mediate this matter before Magistrate Judge Collings and held off on further discovery in light of the mediation and the potential for settlement. The parties attended mediation on August 18, 2005 before Mahistrate Judge Collings. The matter did not settle, but the parties were directed to complete discovery by October 1, 2005, and to return

43940.1

for further mediation on October 18, 2005. The parties conferred and agreed upon the necessary discovery to be completed.

Despite the parties best efforts they cannot complete all necessary discovery prior to October 1, 2005. The deposition of the Defendant, Dr. Meiselman, commenced on September 16, 2005 and concluded on Monday, September 19, 2005. The parties also began the deposition of the Defendant, Gregg Caplitz, on September 19, 2005. The Defendants have requested the deposition of ten (10) current and former employees of Indianapolis Life Insurance Co., who are located in various locations, including Cedar Rapids, Des Moines and Indianapolis. The Plaintiff has noticed the deposition of the Defendant, Rosalind Herman, which will take place in Las Vegas, her place of residence. The parties have had difficulty arranging all the depositions and travel to accommodate the schedules of both counsel and the deponents, consequently the parties need an additional thirty days to complete discovery.

WHEREFORE, all parties respectfully request that this Honorable Court extend the discovery deadline by an additional thirty (30) days.

Dated: September 27, 2005

Respectfully submitted,

INDIANAPOLIS LIFE INSURANCE COMPANY
By its attorneys,

/s/ William T. Bogaert
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

43940.1

RUDY K. MEISELMAN, M.D.
and HOPE E. MEISELMAN,
By their attorney,


*/s/ Charles P. Kazarian*
Charles P. Kazarian, BBO #262660
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
77 North Washington Street
Boston, MA  02114

ROSALIND HERMAN, TRUSTEE,
FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND
TRUST, FINANCIAL RESOURCES
NETWORK, INC. PROFIT SHARING
PLAN AND TRUST,
GREGG D. CAPLITZ,
By their attorney,


*/s/ Wayne R. Murphy*
Wayne R. Murphy, Esq. BBO #557658
MURPHY & ASSOCIATES
600 Atlantic Avenue
Boston, MA  02210

43940.1