UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROSALIND HERMAN, TRUSTEE, )<br>FINANCIAL RESOURCES NETWORK, )<br>INC., PROFIT SHARING PLAN AND )<br>TRUST, FINANCIAL RESOURCES )<br>NETWORK, INC. PROFIT SHARING )<br>PLAN AND TRUST, )<br>GREGG D. CAPLITZ, )<br>RUDY K. MEISELMAN, M.D., and )<br>HOPE E. MEISELMAN, )<br>)<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 04-12481-WGY |

**PARTIES' JOINT MOTION TO CONTINUE MEDIATION**

NOW COME all parties and move this Honorable Court to continue the mediation of this matter which is currently scheduled for October 18, 2005. As grounds in support thereof the parties submit the attached Memorandum.

WHEREFORE, all parties respectfully request that this Honorable Court continue the mediation of this matter.

45792.1

Dated: October 14, 2005

Respectfully submitted,

INDIANAPOLIS LIFE INSURANCE
COMPANY
By its attorneys,

/s/ William T. Bogaert
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

RUDY K. MEISELMAN, M.D.
and HOPE E. MEISELMAN,
By their attorney,

/s/ Charles P. Kazarian
Charles P. Kazarian, BBO #262660
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
77 North Washington Street
Boston, MA 02114

ROSALIND HERMAN, TRUSTEE,
FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND
TRUST, FINANCIAL RESOURCES
NETWORK, INC. PROFIT SHARING
PLAN AND TRUST,
GREGG D. CAPLITZ,
By their attorney,

/s/ Wayne R. Murphy
Wayne R. Murphy, Esq. BBO #557658
MURPHY & ASSOCIATES
600 Atlantic Ave.
Boston, MA 02210

45792.1