UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY )<br>)<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROSALIND HERMAN, TRUSTEE, )<br>FINANCIAL RESOURCES NETWORK, )<br>INC., PROFIT SHARING PLAN AND )<br>TRUST, FINANCIAL RESOURCES )<br>NETWORK, INC. PROFIT SHARING )<br>PLAN AND TRUST, )<br>GREGG D. CAPLITZ, )<br>RUDY K. MEISELMAN, M.D., and )<br>HOPE E. MEISELMAN, )<br>)<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 04-12481-WGY |

## PARTIES' MEMORANDUM IN SUPPORT OF JOINT MOTION TO CONTINUE MEDIATION

NOW COME all parties and move this Honorable Court to continue the mediation of this matter which is currently scheduled for October 18, 2005. The parties seek a mediation date in the week of December 12, 2005. As grounds in support thereof the parties state the following:

The parties seek to continue the mediation so that they may complete discovery. The parties initially attended mediation on August 18, 2005 before Magistrate Judge Collings. At that time, the parties were directed to complete discovery by October 1, 2005, and to return for further mediation on October 18, 2005. Despite the parties best efforts they could not complete all necessary discovery prior to October 1, 2005, given that many of the deponents are located out of state in Indianapolis, Des Moines and Las Vegas. The parties have had difficulty

45793.1

arranging all the depositions and travel to accommodate the schedules of both counsel and the deponents, consequently the parties requested and granted an additional thirty days to complete discovery. Therefore discovery is currently scheduled to conclude on October 31, 2005 - after the mediation.

As an additional ground in support of continuing the mediation, Attorney Kazarian, counsel for the Meiselmans, has a trial scheduled to begin on October 17, 2005 – the day before the mediation. The trial of Wodzinsky v. Paul Boffeti, M.D., Middlesex No. 00-04441, is expected to last more than two days.

WHEREFORE, all parties respectfully request that this Honorable Court continue the mediation and schedule it for a day in the week of December 12, 2005.

Dated: October 14, 2005

Respectfully submitted,

INDIANAPOLIS LIFE INSURANCE COMPANY
By its attorneys,

/s/ William T. Bogaert
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

45793.1

RUDY K. MEISELMAN, M.D.
and HOPE E. MEISELMAN,
By their attorney,


*/s/ Charles P. Kazarian*
Charles P. Kazarian, BBO #262660
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
77 North Washington Street
Boston, MA  02114

ROSALIND HERMAN, TRUSTEE,
FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND
TRUST, FINANCIAL RESOURCES
NETWORK, INC. PROFIT SHARING
PLAN AND TRUST,
GREGG D. CAPLITZ,
By their attorney,


*/s/ Wayne R. Murphy*
Wayne R. Murphy, Esq. BBO #557658
MURPHY & ASSOCIATES
600 Atlantic Avenue
Boston, MA  02210

45793.1