UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vi. <br><br> ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D., and HOPE E. MEISELMAN, <br><br> Defendants. | CIVIL ACTION NO.: 04-12481-WGY |

### PLAINTIFF'S MOTION TO EXTEND TIME TO FILE A SUMMARY JUDGMENT MOTION

NOW COMES the plaintiff, Indianapolis Life Insurance Company, and moves this Honorable Court to extend the time by which it may file a motion for summary judgment by thirty (30) days, up to and including December 30, 2005. As grounds in support thereof the plaintiff submits the attached Memorandum.

WHEREFORE, the plaintiff respectfully requests that this Honorable Court extend the time by which plaintiff may file a summary judgment motion up to and including December 30, 2005.

49222.1

Dated: December 9, 2005

Respectfully submitted,

INDIANAPOLIS LIFE INSURANCE COMPANY
By its attorneys,

/s/ Michele Carlucci
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

**ASSENTED TO BY:**

RUDY K. MEISELMAN, M.D.
and HOPE E. MEISELMAN,
By their attorney,

/s/ Charles P. Kazarian
Charles P. Kazarian, BBO #262660
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
77 North Washington Street
Boston, MA 02114

**RULE 7.1 CERTIFICATION**

I, Michele Carlucci, hereby certify that counsel fro the moving party attempted to confer with Wayne R. Murphy, Esq. of Murphy & Flaherty, 43 Bowdoin Street, Boston, MA 02114, regarding this motion, but Attorney Murphy could not be reached.

s/ Michele Carlucci
Michele Carlucci

49222.1