**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| INDIANAPOLIS LIFE INSURANCE ) <br> COMPANY ) <br> ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROSALIND HERMAN, TRUSTEE, ) <br> FINANCIAL RESOURCES NETWORK, ) <br> INC., PROFIT SHARING PLAN AND ) <br> TRUST, FINANCIAL RESOURCES ) <br> NETWORK, INC. PROFIT SHARING ) <br> PLAN AND TRUST, ) <br> GREGG D. CAPLITZ, ) <br> RUDY K. MEISELMAN, M.D., and ) <br> HOPE E. MEISELMAN, ) <br> ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO.: 04-12481-WGY |

**PLAINTIFF'S MEMORANDUM IN SUPPPORT OF MOTION TO EXTEND TIME TO**
**FILE A SUMMARY JUDGMENT MOTION**

NOW COMES the plaintiff, Indianapolis Life Insurance Company, and moves this

Honorable Court to extend the time by which it may file a motion for summary judgment by

thirty (30) days, up to and including December 30, 2005. As grounds in support thereof the

plaintiff states the following:

The plaintiff needs to complete deposition of defendant Rosalind Herman, which plaintiff

first noticed to take place on August 12, 2005, but through no fault of the plaintiff, has yet to be

completed. The Plaintiff has noticed the deposition of the Defendant, Rosalind Herman, on

several occasions to take place in Las Vegas, her place of residence. See Exhibit A. Plaintiff

noticed her deposition to take place on August 12, 2005, then September 23, 2005, and then

49222.1

October 12, 2005. See Exhibit A.  Defendants' counsel repeatedly sought continuations or re-scheduling of Herman's deposition.  Herman's deposition was again noticed to take place November 4, 2005, which again was continued at defendants' counsel's request.  See Exhibit A.  Most recently, Herman's deposition, scheduled to take place on November 21, 2005, had to be postponed due to a life-threatening illness in defendant counsel's family.  See Exhibit A.  Herman's deposition has now been noticed to take place on December 20, 2005 in Las Vegas.  See Exhibit A.  Her deposition is necessary for the completion of the plaintiff's motion for summary judgment.

Furthermore, defendants have failed to respond to the plaintiff's interrogatories and requests for production of documents, which were served on August 31, 2005.  See Exhibit B.  On October 26, 2005 plaintiff's counsel wrote to defendants' counsel inquiring when defendants would respond to the outstanding discovery requests.  See 10/26/05 Letter, attached as Exhibit C.  However, plaintiff received no response from defendants.  On December 7, 2005, plaintiff's counsel wrote to defendants' counsel requesting a discovery conference pursuant to Local Rule 37.1.  See 12/7/05 Letter, attached as Exhibit D.  To date, plaintiff has received no response and intends to move to compel the responses on December 14, 2005, if necessary.  The plaintiff requires the defendant's discovery responses to prepare a motion for summary judgment.

In addition, plaintiff noticed the 30(b)(6) depositions of Financial Resources Network Inc. and Financial Resources Network Inc. Profit Sharing Plan and Trust to take place on September 19, 2005.  See Exhibit E.  However, defendants have not yet designated the deponents for either 30(b)(6) deposition.

It is in the interest of judicial efficiency for the Court to allow for the filing of a summary judgment motion.  The plaintiff has a meritorious motion for summary judgment, which if allowed, would obviate the need for a trial, or at least narrow the issues before the Court.

49222.1

WHEREFORE, the plaintiff respectfully requests that this Honorable Court extend the time

by which plaintiff may file a summary judgment motion up to and including December 30, 2005.


Dated: December 9, 2005                    Respectfully submitted,

                                           INDIANAPOLIS LIFE INSURANCE
                                           COMPANY
                                           By its attorneys,


                                           /s/ Michele Carlucci
                                           William T. Bogaert, BBO #546321
                                           Michele Carlucci, BBO #655211
                                           WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP
                                           155 Federal Street
                                           Boston, MA 02110
                                           617-422-5300


                                           **ASSENTED TO BY:**

                                           RUDY K. MEISELMAN, M.D.
                                           and HOPE E. MEISELMAN,
                                           By their attorney,


                                           /s/ Charles P. Kazarian
                                           Charles P. Kazarian, BBO #262660
                                           LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
                                           77 North Washington Street
                                           Boston, MA  02114


## RULE 7.1 CERTIFICATION

I, Michele Carlucci, hereby certify that counsel fro the moving party attempted to confer with Wayne R. Murphy, Esq. of Murphy & Flaherty, 43 Bowdoin Street, Boston, MA  02114, regarding this motion, but Attorney Murphy could not be reached.


                                    s/ Michele Carlucci
                                    Michele Carlucci


49222.1