UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY )<br>)<br>)<br>)<br>    Plaintiff,                )<br>vi.                                      )<br>)<br>ROSALIND HERMAN, TRUSTEE, )<br>FINANCIAL RESOURCES NETWORK, )<br>INC., PROFIT SHARING PLAN AND )<br>TRUST, FINANCIAL RESOURCES )<br>NETWORK, INC. PROFIT SHARING )<br>PLAN AND TRUST, )<br>GREGG D. CAPLITZ, )<br>RUDY K. MEISELMAN, M.D., and )<br>HOPE E. MEISELMAN, )<br>)<br>)<br>    Defendants.            )<br>                                       ) | CIVIL ACTION NO.: 04-12481-WGY |

### ASSENTED-TO MOTION TO CONTINUE MEDIATION

NOW COMES the Plaintiff and moves this Honorable Court to continue the mediation which is scheduled for December 14, 2005. As grounds in support thereof the plaintiff submits the attached memorandum.

WHEREFORE, the plaintiff respectfully requests that this Honorable Court continue the mediation of this matter, currently scheduled to take place on December 14, 2005.

49289.1

Dated: December 9, 2005

Respectfully submitted,

INDIANAPOLIS LIFE INSURANCE COMPANY
By its attorneys,

/s/ Michele Carlucci
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

**ASSENTED TO BY:**

RUDY K. MEISELMAN, M.D.
and HOPE E. MEISELMAN,
By their attorney,

/s/   Charles P. Kazarian
Charles P. Kazarian, BBO #262660
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
77 North Washington Street
Boston, MA 02114

**ASSENTED TO BY:**

ROSALIND HERMAN, TRUSTEE,
FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND
TRUST, FINANCIAL RESOURCES
NETWORK, INC. PROFIT SHARING
PLAN AND TRUST,
GREGG D. CAPLITZ,
By their attorney,

/s/   Wayne R. Murphy
Wayne R. Murphy, Esq. BBO #557658
MURPHY & ASSOCIATES
600 Atlantic Avenue
Boston, MA  02210

49289.1