UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY ) ) ) ) Plaintiff, ) v. ) ) ROSALIND HERMAN, TRUSTEE, ) FINANCIAL RESOURCES NETWORK, ) INC., PROFIT SHARING PLAN AND ) TRUST, FINANCIAL RESOURCES ) NETWORK, INC. PROFIT SHARING ) PLAN AND TRUST, ) GREGG D. CAPLITZ, ) RUDY K. MEISELMAN, M.D., and ) HOPE E. MEISELMAN, ) ) ) Defendants. ) ) | CIVIL ACTION NO.: 04-12481-WGY |

**MEMORANDUM IN SUPPORT OF
ASSENTED-TO MOTION TO CONTINUE MEDIATION**

NOW COMES the Plaintiff and moves this Honorable Court to continue the mediation which is scheduled for December 14, 2005. As grounds in support thereof the Plaintiff states the following:

The parties are scheduled to mediate this matter on December 14, 2005 with Judge Collings. However, despite the parties' best efforts, they could not complete all necessary discovery prior to the mediation. On November 15, 2005, the parties traveled to Des Moines in order to complete the depositions of John Cleavenger and Eric Westman of Indianapolis Life Insurance. Due to a storm in the area, the parties were significantly delayed and could not complete the depositions. The Plaintiff has noticed the deposition of the Defendant, Rosalind

49289.1

Herman, on several occasions to take place in Las Vegas, her place of residence. Most recently, her deposition, scheduled to take place on November 21, 2005, had to be postponed due to a life-threatening illness in defendants' counsel's family. Her deposition has now been noticed to take place on December 20, 2005 in Las Vegas. Defendants' counsel has indicated defendants are not in a position to make an offer of settlement or to mediate without completing these depositions. Consequently, the parties now move to continue the mediation until such time as these depositions are completed and the defendants are willing to engage in settlement negotiations. Without defendants' willingness to engage in settlement negotiations, the mediation would be meaningless.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court continue the mediation of this matter, currently scheduled to take place on December 14, 2005.

Dated: December 9, 2005

Respectfully submitted,

INDIANAPOLIS LIFE INSURANCE
COMPANY
By its attorneys,

/s/ Michele Carlucci
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

**ASSENTED-TO BY**

RUDY K. MEISELMAN, M.D.
and HOPE E. MEISELMAN,
By their attorney,

/s/   Charles P. Kazarian
Charles P. Kazarian, BBO #262660
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.

49289.1

77 North Washington Street
Boston, MA 02114

**ASSENTED-TO BY:**

ROSALIND HERMAN, TRUSTEE,
FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND
TRUST, FINANCIAL RESOURCES
NETWORK, INC. PROFIT SHARING
PLAN AND TRUST,
GREGG D. CAPLITZ,
By their attorney,


*/s/   Wayne R. Murphy*
Wayne R. Murphy, Esq. BBO #557658
MURPHY & ASSOCIATES
600 Atlantic Avenue
Boston, MA 02210

49289.1