## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY ) ) ) | CIVIL ACTION NO.: 04-12481-WGY |
| )<br>Plaintiff, )<br>vi. )<br>)<br>ROSALIND HERMAN, TRUSTEE, )<br>FINANCIAL RESOURCES NETWORK, )<br>INC., PROFIT SHARING PLAN AND )<br>TRUST, FINANCIAL RESOURCES )<br>NETWORK, INC. PROFIT SHARING )<br>PLAN AND TRUST, )<br>GREGG D. CAPLITZ, )<br>RUDY K. MEISELMAN, M.D., and )<br>HOPE E. MEISELMAN, )<br>)<br>)<br>Defendants. )<br> ) | |

### PLAINTIFF'S ASSENTED-TO MOTION TO
### CONTINUE SCHEDULING ORDER AND TRIAL

NOW COMES the plaintiff, Indianapolis Life Insurance Company, and moves this Honorable Court to extend the scheduling order to allow for the completion of discovery, the filing of summary judgment motions, and mediation. The plaintiff seeks to continue the time to file a summary judgment motion up to and including January 30, 2006. The mediation has been scheduled by the Court to take place on February 21, 2006, but the trial was previously scheduled for February 6, 2006. Accordingly, the plaintiff moves to continue the trial until some date after February 21, 2006. As grounds in support thereof the plaintiff submits the attached Memorandum.

49799.1

WHEREFORE, the plaintiff respectfully requests that this Honorable Court extend the time by which plaintiff may file a summary judgment motion up to and including January 30, 2006 and continue the trial to some time after February 21, 2006.

Dated: December 22, 2005                    Respectfully submitted,

                                            INDIANAPOLIS LIFE INSURANCE CO.
                                            By its attorneys,


                                            /s/ Michele Carlucci
                                            William T. Bogaert, BBO #546321
                                            Michele Carlucci, BBO #655211
                                            WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP
                                            155 Federal Street
                                            Boston, MA 02110
                                            617-422-5300

                                            **ASSENTED TO BY:**

                                            RUDY K. MEISELMAN, M.D.
                                            and HOPE E. MEISELMAN,
                                            By their attorney,

                                            /s/ Charles P. Kazarian
                                            Charles P. Kazarian, BBO #262660
                                            LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
                                            77 North Washington Street
                                            Boston, MA 02114

                                            **ASSENTED-TO BY:**

                                            ROSALIND HERMAN, TRUSTEE,
                                            FINANCIAL RESOURCES NETWORK,
                                            INC., PROFIT SHARING PLAN AND
                                            TRUST, FINANCIAL RESOURCES
                                            NETWORK, INC. PROFIT SHARING
                                            PLAN AND TRUST, GREGG D. CAPLITZ,
                                            By their attorney,

                                            /s/ Wayne R. Murphy
                                            Wayne R. Murphy, Esq. BBO #557658
                                            MURPHY & ASSOCIATES
                                            600 Atlantic Avenue
                                            Boston, MA 02210