**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

                                                                                 CIVIL NO. 04-12481-WGY

_____
                                                     )
INDIANAPOLIS LIFE INSURANCE COMPANY  )
                      Plaintiff                             )
  v.                                                        )
                                                        )
ROSALIND HERMAN, TRUSTEE, et al        )
                                                       )
                     Defendants                      )
_____

OPPOSITION OF CROSS-CLAIM DEFENDANTS TO MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT AND MOTION FOR RELIEF FROM JUDGEMENT

     NOW COME the cross-claim defendants, Rosalind Herman, Trustee, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network , Inc. Profit Sharing Plan and Trust, and Gregg D. Caplitz (hereinafter "Cross-Claim Defendant's) and hereby submits this opposition to Cross-Claim Plaintiff Rudy K. Meiselman's Motion for Entry of Separate and Final Judgment. Additionally, the cross-Claim Defendants, pursuant to Fed. R. Civ. P.60(b), respectfully moves this Honorable Court, to vacate its Order of Judgment entered against them on the Cross-Claim.

     In support of this motion the Cross-Claim defendants state that due to apparent mistake, inadvertence and excusable neglect of counsel, the Answer to the Cross-Claim, prepared during the first week of April, 2005 was never filed with the Clerk's office of the United States District Court.

     Additionally, the Cross-Claim defendants state that vacating the default judgment will achieve an equitable result insofar as the prejudice to the cross-claim plaintiff is minimal, there

will be no adverse impact on the proceedings and the Cross-Claim Defendants bring this motion before this Honorable Court in good faith. Additionally, the Cross-Claim Defendants have a meritorious defense to the allegations set forth in the Cross-Claim.

In further support of this Opposition and Motion the Cross-Claim Defendants submit the within Affidavits and Memorandum of Law.

WHEREFORE, the Cross-Claim Defendants respectfully pray this Honorable Court allow the within motion, vacating the default judgment and denying Cross-Claim Plaintiff's Motion For Entry of Separate and Final Judgment. The Cross-Claim Defendants respectfully pray this Honorable Court establish a hearing for argument on the within motion.

> Respectfully submitted
> Rosalind Herman, Trustee, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust And Gregg D. Caplitz
> By their attorney
>  /s/ *Wayne R. Murphy*
> Wayne R. Murphy/BBO#557658
> Murphy & Associates, P.C.
> 600 Atlantic Avenue
> Boston, MA 02210
> (617) 227-7777