**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY | ) )  )CIVIL ACTION NO.: 04-12481-WGY ) |
| Plaintiff, | ) |
| v. | ) ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D., and HOPE E. MEISELMAN, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION TO FILE LATE SUMMARY JUDGMENT**

NOW COMES the plaintiff, Indianapolis Life Insurance Company, and moves this Honorable Court to file a motion for summary judgment late. As grounds in support thereof the plaintiff submits the attached memorandum.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant Plaintiff's Motion to file a late motion for summary judgment.

51114.1

Dated:  January 13, 2006

Plaintiff, Indianapolis Life
Insurance Company
By its attorneys,

_____/s Michele Carlucci___
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617-422-5300)

## RULE 7.1 CERTIFICATION

I, Michele Carlucci, hereby certify that counsel for the moving party attempted to confer with Wayne R. Murphy, Esq. of Murphy & Flaherty, 43 Bowdoin Street, Boston, MA   02114, regarding this motion, but Attorney Murphy failed to respond to our repeated phone calls.

Attorney Kazarian, counsel for the Meiselmans, assents to this motion.

_____s/ Michele Carlucci_____
Michele Carlucci

51114.1