### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY | ) |
| | ) |
| | )CIVIL ACTION NO.: 04-12481-WGY |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D., and HOPE E. MEISELMAN, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MEMORANDUM IN SUPPPORT OF MOTION TO FILE LATE SUMMARY JUDGMENT

NOW COMES the plaintiff, Indianapolis Life Insurance Company, and moves this Honorable Court to file a motion for summary judgment late. As grounds in support thereof the plaintiff states the following:

The plaintiff has a meritorious motion for summary judgment on its rescission claims against all defendants and on its claims for the recoupment of the commission paid on the subject policy to the defendant Caplitz. The consideration of the motion will promote judicial economy and resources, as there is no dispute of material fact to be tried and the plaintiff's affirmative claims may be properly resolved as a matter of law. At the very least, consideration of the motion may narrow the issues.

51054.1

The plaintiff has good reasons for the delay in filing of its motion for summary judgment. Counsel for the plaintiff has made diligent efforts to complete discovery so that a motion for summary judgment could be prepared by the deadline. However, the plaintiff has been unable to take the deposition of the defendants Rosalind Herman and Financial Resource Network, Inc Profit Sharing Plan, key witness, due to those parties and/or their counsel's repeated tactic of cancelling a properly noticed deposition at the very last minute on the basis of some personal issue, alleged diarying snafu or the like. Furthermore, the defendants have failed to respond to written discovery requests, which were served on August 31, 2005, and are the subject of plaintiff's pending motion to compel. See Exhibit A.

On October 26, 2005 plaintiff's counsel wrote to defendants' counsel inquiring when defendants would respond to the outstanding discovery requests. See 10/26/05 Letter, attached as Exhibit B. However, plaintiff received no response from defendants. On December 7, 2005, plaintiff's counsel wrote to defendants' counsel requesting a discovery conference pursuant to Local Rule 37.1. See 12/7/05 Letter, attached as Exhibit C. Defendants' counsel agreed to provide the discovery responses by December 30, 2005, but has failed to do so. Therefore, the plaintiff has moved to compel the responses, and the motion is currently pending.

Plaintiff has been unable to depose the defendant, Rosalind Herman. The plaintiff first noticed her deposition to take place on August 12, 2005, but through no fault of the plaintiff, and at the repeated request of the defendants through their counsel, that deposition has yet to be taken. See Notices of Deposition, Exhibit D. The Plaintiff has noticed the deposition of the Herman **eight (8)** times to take place in Las Vegas, her place

of residence, for her own convenience. <u>See</u> Exhibit D. Plaintiff noticed her deposition to take place on August 12, 2005, then September 23, 2005, and then October 17, 2005. <u>See</u> Exhibit D. On the first notice Defendant's counsel did not receive the notice as it was sent to his firm's former address. Defendant's counsel then confirmed the second notice, but later requested a continuance. On the third notice, Defendant's counsel simply failed to confirm or deny that the deposition scheduled for October 17, 2005 would go forward, despite Plaintiff's counsel repeated attempts to contact counsel. Defendants' counsel repeatedly sought continuations or re-scheduling of Herman's deposition. Herman's deposition was again noticed to take place November 4, 2005 and then November 14, 2005, which again were continued at defendants' counsel's request. <u>See</u> Exhibit D. Herman's deposition, scheduled to take place on November 21, 2005, had to be postponed due to a life-threatening illness in Defendant counsel's family. <u>See</u> Exhibit D. Herman's deposition was then noticed to take place on December 20, 2005 in Las Vegas by agreement with counsel. <u>See</u> Exhibit D. Yet again Defendant's counsel cancelled the deposition due to the illness in his family. Finally, Defendant's counsel agreed to December 28, 2005, but at 4:30 p.m. the day before the deposition cancelled, stating that no one from his office had made him the necessary travel arrangements or notified the deponent of her deposition. Plaintiff's counsel made one last attempt at scheduling her deposition for either January 9th, 10th, 12th or 13th, this time to take place in Boston, but Defendant's counsel has failed to respond once again. <u>See</u> 1/4/06 letter from Attorney Bogaert to Attorney Murphy, attached as Exhibit E. It was impossible to take a hard line and go forward with the depositions despite defendants' counsel's requests for continuations, as the deposition involved travel and expenses. Furthermore, plaintiff's

51054.1

counsel had no choice but to respect the fact that defendants' counsel's family member had a life-threatening illness.

The Defendants' repeated stalling has completely frustrated the efficient administration of justice and has wasted the Court's time by compelling the Plaintiff to resort to repeated motions in order to obtain the necessary discovery and extensions of time. Plaintiff's counsel filed two motions to extend the time to file a motion for summary judgment. See Docket Report, attached as Exhibit F. The first motion was unopposed and was allowed on January 4, 2006, but requested an extension until December 30, 2005. See Exhibit F. The order allowing the motion was then vacated on January 9, 2006. See Exhibit F. On December 9, 2005, while the first motion was pending, the plaintiff was forced to file a motion (Court's Document # 40) seeking a further extension of time until January 30, 2006, due to the fact that the defendants had not yet provided discovery responses and Rosalind Herman was not yet deposed. See Exhibit F. This motion was terminated by the Court. The defendants had assented to the motion. The parties had previously moved for and were granted a continuation of the mediation which was scheduled for December 14, 2005. See Exhibit F. The parties did not seek re-scheduling, but the Court allowed the motion and set a mediation date for February 21, 2006, *after* the scheduled trial date. See Exhibit F. Therefore, Plaintiff moved to continue the trial to allow for the mediation scheduled by the Court. Admittedly, the repeated, overlapping motions have caused confusion. However, the need for the motions was caused by defendants' repeated delays. Plaintiff should not be prejudiced by Defendants' scheduling difficulties, if not stalling tactics, and should be given the opportunity to be heard on summary judgment.

51054.1

Trial is set for February 6, 2006, and the plaintiff seeks to have its motion for summary judgment heard prior to that date.  Plaintiff is prepared to file its motion for summary judgment immediately upon allowance of this motion.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant Plaintiff's Motion to file a late motion for summary judgment.

Dated:  January 13, 2006

Plaintiff, Indianapolis Life
Insurance Company
By its attorneys,

_____/s Michele Carlucci___
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
155 Federal Street
Boston, MA 02110
(617-422-5300)

51054.1

# EXHIBIT A

## CERTIFICATE OF SERVICE

I, Michele Carlucci, Attorney representing plaintiff, Indiana Life Insurance Company hereby certify that I have this 31ˢᵗ day of August, 2005 served the within:

1.  Plaintiff, Indianapolis Life Insurance Company's Interrogatories to Defendant, Gregg Caplitz;

2.  Plaintiff, Indianapolis Life Insurance Company's Interrogatories to the Defendant, Rosalyn Herman;

3.  Plaintiff, Indianapolis Life Insurance Company's Interrogatories to the Defendant, Financial Resources Network, Inc. Profit Sharing Plan and Trust.

4.  Plaintiff, Indianapolis Life Insurance Company's Request for Production of Documents to the Defendant, Gregg Caplitz;

5.  Plaintiff, Indianapolis Life Insurance Company's Request for Production of Documents to the Defendant, Rosalyn Herman;

6.  Plaintiff, Indianapolis Life Insurance Company's Request for Production of Documents to the Defendant, Financial Resources Network, Inc. Profit Sharing Plan and Trust.

upon the attorneys of record, by mailing copies of same, postage paid, as follows:

Charles P. Kazarian, Esq.
Law Office of Charles P. Kazarian, P.C.
77 North Washington Street
Boston, MA 02114

Wayne R. Murphy, Esq.
Murphy & Associates
600 Atlantic Avenue
Boston, MA 02210

_Michele Carlucci_
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

43028.1

# EXHIBIT B

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110-1727
Tel: (617) 422-5300   Fax: (617) 423-6917

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

——

www.wemed.com

**Michele Carlucci**
Writer's Ext.: 5416
CarlucciM@wemed.com

October 26, 2005

Wayne R. Murphy, Esq.
Murphy & Associates, P.C.
600 Atlantic Avenue
Boston, MA 02210

Re:   Indianapolis Life Insurance Trust v. Roslyn Herman, et al
      Our File No.        :      04650.00003

Dear Attorney Murphy:

As you are aware, the defendants' responses to Indianapolis Life's Request for Production of Documents and Answers to Interrogatories are overdue.  Please advise us as to when we may expect them.

Thank you for your anticipated prompt response.

Very truly yours,

William T. Bogaert
Michele Carlucci

WTB/dab

cc:    Charles Kazarian, Esq.

46614.1

# EXHIBIT C

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110   Tel: (617) 422-5300   Fax: (617) 423-6917

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY*
*Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

—

www.wemed.com

**William T. Bogaert**
Writer's Ext.: 5491
BogaertW@wemed.com

**Michele Carlucci**
Writer's Ext.: 5416
CarluccM@wemed.com

December 7, 2005

**VIA FACSIMILE**

Wayne R. Murphy, Esq.
Murphy & Associates, P.C.
600 Atlantic Avenue
Boston, MA 02210
Facsimile No.: 617-227-7757

Re:   Indianapolis Life Insurance Company v. Rosalyn Herman, et al.
      Civil Action No.: 04-12481WGY
      <u>Our File No.: 04650.00003</u>

Dear Mr. Murphy:

As you are aware, we have previously written you regarding your overdue discovery responses. To date we have received no response from you as to when we may expect your clients' answers to interrogatories and response to request for production of documents. Pursuant to Local Rule 37.1, consider this a request for a discovery conference. Please call us so that we may arrange a convenient time for a telephone conference. If we do not here from you in this regard within seven (7) days, we will file a motion to compel.

Thank you for you attention to this matter.

Very truly yours,

*Michele Carlucci*

William T. Bogaert
Michele Carlucci

MC/dab

49065.1

# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-12481 WGY

INDIANAPOLIS LIFE INSURANCE COMPANY

Plaintiff

v.

ROSALYN HERMAN, TRUSTEE, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, GREGG D.
CAPLITZ, RUDY K. MEISELMAN, M.D. and
HOPE E. MEISELMAN,

Defendants

TO:    Charles P. Kazarian, Esq.          Wayne R. Murphy, Esq.
       Law Office of Charles P. Kazarian, P.C.   Murphy & Associates
       77 North Washington Street         43 Bowdoin Street
       Boston, MA 02114                    Boston, MA 02114

Please take notice that at 10:00 a.m. on Friday, August 12, 2005, at the office of

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 155 Federal Street, 5th Floor,

Boston, MA the plaintiff in this action by their attorney will take the deposition of the defendant,

Rosalyn Herman, upon oral examination before a Notary Public or before some other officer

authorized by law to take depositions. The deposition will be recorded by stenotype machine or

any other method agreed to by the parties.

41389.1

Dated at Boston, Massachusetts this 27th day of July, 2005.

INDIANAPOLIS LIFE INSURANCE COMPANY

By its attorneys,

William T. Bogaert, BBO#546321
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

2

41389.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-12481 WGY

| |
|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN,<br><br>Defendants |

## NOTICE OF DEPOSITION

TO:    Charles P. Kazarian, Esq.          Wayne R. Murphy, Esq.
         Law Office of Charles P. Kazarian,   Murphy & Associates
         P.C.                         43 Bowdoin Street
         77 North Washington Street      Boston, MA 02114
         Boston, MA 02114

Please take notice that at **9:00 a.m.** on **Friday, September 23, 2005**, at the offices of

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 415 South 6th Street,**

**Suite 300, Las Vegas, Nevada,** the plaintiff in this action by their attorney will take the

deposition of the defendant, **Rosalyn Herman,** upon oral examination before a Notary Public or

before some other officer authorized by law to take depositions. The deposition will be recorded

by stenotype machine or any other method agreed to by the parties.

Dated at Boston, Massachusetts this 2nd day of September, 2005.

41389.2

INDIANAPOLIS LIFE INSURANCE COMPANY

By its attorneys,

William T. Bogaert, BBO#546321
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

2

41389.2

<u>CERTIFICATE OF SERVICE</u>

I, William T. Bogaert, attorney representing plaintiff, Indiana Life Insurance Company hereby certify that I have this 2nd day of September, 2005 served the within:

1.      Notice of Taking Deposition of Defendant, Rosalyn Herman;

upon the attorneys of record, by mailing copies of same, postage paid, as follows:

Charles P. Kazarian, Esq.
Law Office of Charles P. Kazarian, P.C.
77 North Washington Street
Boston, MA 02114

Wayne R. Murphy, Esq.
Murphy & Associates
43 Bowdoin Street
Boston, MA 02114

William T. Bogaert

3

41389.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-12481 WGY

INDIANAPOLIS LIFE INSURANCE COMPANY

Plaintiff

v.

ROSALYN HERMAN, TRUSTEE, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, GREGG D.
CAPLITZ, RUDY K. MEISELMAN, M.D. and
HOPE E. MEISELMAN,

Defendants

## RE-NOTICE OF TAKING DEPOSITION

**TO:**     Charles P. Kazarian, Esq.          Wayne R. Murphy, Esq.
Law Office of Charles P. Kazarian,          Murphy & Associates
P.C.                                        43 Bowdoin Street
77 North Washington Street                  Boston, MA 02114
Boston, MA  02114

Please take notice that at **10:00 a.m.** on **Monday, October 17, 2005**, at the offices of

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 415 South 6th Street,**

**Suite 300, Las Vegas, Nevada,** the plaintiff in this action by its attorney will take the deposition

of the defendant, **Rosalyn Herman,** upon oral examination before a Notary Public or before

some other officer authorized by law to take depositions.  The deposition will be recorded by

stenotype machine or any other method agreed to by the parties.

Dated at Boston, Massachusetts this 12th  day of October, 2005.

45759.1

INDIANAPOLIS LIFE INSURANCE COMPANY

By its attorneys,

*William T. Bogaert*

William T. Bogaert, BBO#546321
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300


## CERTIFICATE OF SERVICE

I, William T. Bogaert, counsel representing plaintiff, Indiana Life Insurance Company hereby certify that I have on this 12th day of October, 2005 served the foregoing *Re-Notice of Taking Deposition of Rosalyn Herman*, upon the attorneys of record, by mailing copies of same, postage paid, as follows:

Charles P. Kazarian, Esq.
Law Office of Charles P. Kazarian, P.C.
77 North Washington Street
Boston, MA 02114

Wayne R. Murphy, Esq.
Murphy & Associates
43 Bowdoin Street
Boston, MA 02114

*William T. Bogaert*

William T. Bogaert

MURPHY & ASSOCIATES, P.C.
COUNSELLORS AT LAW

600 ATLANTIC AVENUE, BOSTON, MASSACHUSETTS 02210
617-227-7777 • Fax 617-227-7757

WAYNE R. MURPHY

October 12, 2005

Mr. William T. Bogaert
Wilson, Elser
155 Federal Street
Boston, MA 02210

**Via Facsimile and 1st Class Mail**

*Re: Deposition of Rosalind Herman*

Dear Mr. Bogaert,

   I am presently scheduled to begin a jury trial in the Ayer District Court on Monday October 17, 2005.  I have had communication with the prosecutor's office in Ayer and am making efforts to move the case (*Commonwealth v. Noble).*

   I will keep you advised accordingly.  Thank you for your time and attention to this matter.

Very truly yours,

Wayne R. Murphy
*Dictated Not Read*

cc. C. Kazarian, Esq. *(via fax)*
     File

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-12481 WGY

---

INDIANAPOLIS LIFE INSURANCE COMPANY

Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, GREGG D.
CAPLITZ, RUDY K. MEISELMAN, M.D. and
HOPE E. MEISELMAN,

Defendants

---

## RE-NOTICE OF DEPOSITION

TO:   Charles P. Kazarian, Esq.                    Wayne R. Murphy, Esq.
      Law Office of Charles P. Kazarian, P.C.      Murphy & Associates
      77 North Washington Street                   600 Atlantic Avenue
      Boston, MA 02114                             Boston, MA 02210

Please take notice that at **10:00 a.m.** on **Friday, November 4, 2005**, at the offices of

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 415 South 6th Street,**

**Suite 300, Las Vegas, Nevada,** the plaintiff in this action by their attorney will take the

deposition of the defendant, **Rosalind Herman,** upon oral examination before a Notary Public or

before some other officer authorized by law to take depositions. The deposition will be recorded

by stenotype machine or any other method agreed to by the parties.

46759.1

You are invited to attend and cross-examine.

INDIANAPOLIS LIFE INSURANCE COMPANY

By its attorneys,

William T. Bogaert, BBO#546321
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

Dated: _____10/27/05_____

2

46759.1

<u>CERTIFICATE OF SERVICE</u>

I, William T. Bogaert, attorney representing plaintiff, Indiana Life Insurance Company hereby certify that I have this 27th day of October, 2005 served the within:

1.      Re-Notice of Taking Deposition of Defendant, Rosalind Herman;

upon the attorneys of record, by mailing copies of same, postage paid, as follows:

Charles P. Kazarian, Esq.
Law Office of Charles P. Kazarian, P.C.
77 North Washington Street
Boston, MA 02114

Wayne R. Murphy, Esq.
Murphy & Associates
600 Atlantic Avenue
Boston, MA 02210

William T. Bogaert, BBO#546321
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

3

46759.1

11/04/2005 11:03 FAX                                                002/002

## MURPHY & ASSOCIATES, P.C.
### COUNSELLORS AT LAW

600 Atlantic Avenue, Boston, Massachusetts 02210
617-227-7777 • Fax 617-227-7757

WAYNE R. MURPHY

November 4, 2005

Mr. William Bogaert, Esq.
Wilson, Elser
155 Federal Street
Boston, MA 02110

Re: *Indianapolis Life v. Herman, Trustee, et al*        *Via facsimile only 617 423 6917*

Dear Attorney Bogaert,

This letter will confirm that the deposition of Ms. Rosalind Herman will take place in Las Vegas, Nevada on Monday November 14, 2005 at the local offices of Wilson, Elser.

Thank you for your time and attention to this matter.

Very truly yours,

Wayne R. Murphy

cc: File

Received   Nov-04-06   11:06        From-                    To-WILSON ELSER MOSKOWI    Page 002

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-12481 WGY

INDIANAPOLIS LIFE INSURANCE COMPANY

Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, GREGG D.
CAPLITZ, RUDY K. MEISELMAN, M.D. and
HOPE E. MEISELMAN,

Defendants

## RE-NOTICE OF DEPOSITION

**TO:**   Charles P. Kazarian, Esq.                    Wayne R. Murphy, Esq.
          Law Office of Charles P. Kazarian, P.C.      Murphy & Associates
          77 North Washington Street                    600 Atlantic Avenue
          Boston, MA 02114                               Boston, MA 02210

Please take notice that at **10:00 a.m.** on **Tuesday, December 20, 2005**, at the offices of

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 415 South 6th Street,**

**Suite 300, Las Vegas, Nevada,** the plaintiff in this action by their attorney will take the

deposition of the defendant, **Rosalind Herman,** upon oral examination before a Notary Public or

before some other officer authorized by law to take depositions. The deposition will be recorded

by stenotype machine or any other method agreed to by the parties.

49187.1

You are invited to attend and cross-examine.

INDIANAPOLIS LIFE INSURANCE COMPANY

By its attorneys,

William T. Bogaert, BBO#546321
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

Dated: ___12/8/05___

2

49187.1

<u>CERTIFICATE OF SERVICE</u>

I, Michele Carlucci, attorney representing plaintiff, Indiana Life Insurance Company hereby certify that I have this 8th day of December, 2005 served the within:

1.      Re-Notice of Taking Deposition of Defendant, Rosalind Herman;

upon the attorneys of record, by mailing copies of same, postage paid, as follows:

Charles P. Kazarian, Esq.
Law Office of Charles P. Kazarian, P.C.
77 North Washington Street
Boston, MA 02114

Wayne R. Murphy, Esq.
Murphy & Associates
600 Atlantic Avenue
Boston, MA 02210

_____
William T. Bogaert, BBO#546321
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

3

49187.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-12481 WGY

INDIANAPOLIS LIFE INSURANCE COMPANY

Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, GREGG D.
CAPLITZ, RUDY K. MEISELMAN, M.D. and
HOPE E. MEISELMAN,

Defendants

## RE-NOTICE OF DEPOSITION

**TO:**   Charles P. Kazarian, Esq.            Wayne R. Murphy, Esq.
Law Office of Charles P. Kazarian, P.C.   Murphy & Associates
77 North Washington Street           600 Atlantic Avenue
Boston, MA  02114                Boston, MA 02210

Please take notice that at **10:00 a.m.** on **Wednesday, December 28, 2005**, at the offices

of **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 415 South 6th Street,**

**Suite 300, Las Vegas, Nevada**, the plaintiff in this action by their attorney will take the

deposition of the defendant, **Rosalind Herman**, upon oral examination before a Notary Public or

before some other officer authorized by law to take depositions.  The deposition will be recorded

by stenotype machine or any other method agreed to by the parties.

49898.1

You are invited to attend and cross-examine.

INDIANAPOLIS LIFE INSURANCE COMPANY

By its attorneys,

_William T. Bogaert_, BBO#546321
Michele Carlucci, BBO#655211
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

Dated: ___12/22/05___

2

49898.1

<u>CERTIFICATE OF SERVICE</u>

I, Michele Carlucci, attorney representing plaintiff, Indiana Life Insurance Company hereby certify that I have this 22nd day of December, 2005 served the within:

1.      Re-Notice of Taking Deposition of Defendant, Rosalind Herman;

upon the attorneys of record, by mailing copies of same, postage paid, as follows:

Charles P. Kazarian, Esq.
Law Office of Charles P. Kazarian, P.C.
77 North Washington Street
Boston, MA  02114

Wayne R. Murphy, Esq.
Murphy & Associates
600 Atlantic Avenue
Boston, MA 02210

                                  _____
                                    William T. Bogaert, BBO#546321
                                    Michele Carlucci, BBO#655211
                                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                    DICKER LLP
                                    155 Federal Street
                                    Boston, MA 02110
                                    617-422-5300

49898.1

# EXHIBIT E

Chron

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110-1727
Tel: (617) 422-5300  Fax: (617) 423-6917

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

—

www.wemed.com

**William T. Bogaert**
Writer's Ext.: 5491
BogaertW@wemed.com

January 4, 2006

**VIA FACSIMILE**

Wayne R. Murphy, Esq.
Murphy & Associates, P.C.
600 Atlantic Avenue
Boston, MA 02210
Facsimile No.: 617-227-7757

> Re:   Indianapolis Life Insurance Trust v. Roslyn Herman, et al
>        Our File No.       :       04650.00003

Dear Wayne:

Despite my best efforts over the last six months to take the deposition of your client Rosalind Herman, I have been prevented from doing so. Most recently, you and I agreed that Ms. Herman's deposition would be taken on <u>Wednesday, December 28, 2005</u> in our Las Vegas office. This deposition was rescheduled from a proposed December 20, 2005 date which was rescheduled from an agreed to date of November 21, 2005. The December 28th deposition was cancelled by you at 4:30 p.m. just before I was to leave for my flight.   Today, I have sought to complete this necessary discovery without the Court's intervention. However, at this time, it appears that either you or your client are unwilling to have Ms. Herman appear for her deposition. Accordingly, unless I receive your commitment that Ms. Herman will appear at a deposition in our offices in Boston on either Monday, January 9th; Tuesday, January 10th; Thursday, January 12th or Friday, January 13th, I will file a motion with the Court to compel her appearance and to obtain other sanctions. I trust that this will not be necessary and look forward to your immediate response.

Further, despite your agreement to the contrary, we did not receive your client's answers to our interrogatories on Friday, December 30th.   Accordingly, we are filing a motion to compel those discovery responses.   While it is my sincere desire to cooperate with your office in completing discovery in this matter, I cannot let my client's interests be jeopardized by your office or your client's unwillingness timely address these outstanding discovery issues.

50472.1

File No.: 04650.00003
January 4, 2006
Page 2

      Please feel free to telephone me if you have any questions.

                                  Very truly yours,

                                  William T. Bogaert

WTB/mdk

cc:    Charles Kazarian, Esq.
       Rich Cohan, Esq.

50472.1

# EXHIBIT F

ADR

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12481-WGY

Indianapolis Life Insurance Company v. Herman et al
Assigned to: Judge William G. Young
Demand: $650,000
Related Case: 1:04-cv-12304-WGY
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 11/23/2004
Jury Demand: Both
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Indianapolis Life Insurance
Company**

represented by **Michele Calucci**
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street
Boston, MA 02110-4737
617-422-5300
Fax: 617-423-6917
Email: carluccm@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Bogaert**
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street
5th Floor
Boston, MA 02110-4737
617-422-5300
Fax: 617-423-6917
Email: bogaertw@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rosalyn Herman**
*Trustee*

**Defendant**

**Financial Resources Network, Inc.,
Profit Sharing Plan and Trust**

**Defendant**

**Financial Resources Network, Inc.**

**Profit Sharing Plan and Trust**

**Defendant**

**Gregg D. Caplitz**

**Defendant**

**Rudy K. Meiselman**                  represented by    **Charles P. Kazarian**
*M.D.*                                                   Law Office of Charles P. Kazarian
                                                         77 N. Washington Street
                                                         Boston, MA 02114
                                                         617-723-6676
                                                         Fax: 617-723-8170
                                                         Email: kazchaz@aol.com
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Hope E. Meiselman**                  represented by    **Charles P. Kazarian**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**All Defendants**

**Mediator**

**Robert B. Collings**

**Cross Claimant**

**Rudy K. Meiselman**                  represented by    **Charles P. Kazarian**
*M.D.*                                                   (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Hope E. Meiselman**                  represented by    **Charles P. Kazarian**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Rudy K. Meiselman**                  represented by    **Charles P. Kazarian**
*M.D.*                                                   (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Hope E. Meiselman**                  represented by    **Charles P. Kazarian**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rosalyn Herman**
*Trustee*

**Cross Defendant**

**Financial Resources Network, Inc.,**
**Profit Sharing Plan and Trust**

**Cross Defendant**

**Financial Resources Network, Inc.**
**Profit Sharing Plan and Trust**

**Cross Defendant**

**Gregg D. Caplitz**

**Counter Claimant**

**Rosalyn Herman**
*Trustee*

represented by **Wayne R Murphy**
Murphy and Associates
600 Atlantic Avenue
Boston, MA 02210
617-227-7777
Fax: 617-227-7757
Email:
wmurphy@murphyandassociates.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Financial Resources Network, Inc.,**
**Profit Sharing Plan and Trust**

represented by **Wayne R Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Financial Resources Network, Inc.**
**Profit Sharing Plan and Trust**

represented by **Wayne R Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Gregg D. Caplitz**

represented by **Wayne R Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Indianapolis Life Insurance**
**Company**

represented by **William T. Bogaert**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2004 | 1 | COMPLAINT against Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Hope E. Meiselman, Rudy K. Meiselman Filing fee: $ 150, receipt number 60346, filed by Indianapolis Life Insurance Company. Exhibits Attached. (Attachments: # 1 Civil Cover Sheet)(Bell, Marie) (Entered: 11/29/2004) |
| 11/23/2004 | | Summons Issued as to Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Hope E. Meiselman, Rudy K. Meiselman. (Bell, Marie) (Entered: 11/29/2004) |
| 11/23/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Bell, Marie) (Entered: 11/29/2004) |
| 01/06/2005 | 2 | SUMMONS Returned Executed Gregg D. Caplitz served on 12/6/2004, answer due 12/26/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 3 | SUMMONS Returned Executed Financial Resources Network, Inc. Profit Sharing Plan and Trust served on 12/6/2004, answer due 12/26/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 4 | SUMMONS Returned Executed Rosalyn Herman served on 12/8/2004, answer due 12/28/2004; Financial Resources Network, Inc., Profit Sharing Plan and Trust served on 12/8/2004, answer due 12/28/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 5 | SUMMONS Returned Executed Rudy K. Meiselman served on 12/7/2004, answer due 12/27/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 6 | SUMMONS Returned Executed Hope E. Meiselman served on 12/7/2004, answer due 12/27/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 7 | AFFIDAVIT OF SERVICE Executed by Rudy K. Meiselman, Hope E. Meiselman. Acknowledgement filed by Rudy K. Meiselman, Hope E. Meiselman. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 8 | MOTION Real Estate Attachment by Indianapolis Life Insurance Company.(Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 9 | MEMORANDUM in Support re 8 MOTION Real Estate Attachment filed by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 10 | AFFIDAVIT of William T. Bogaert, Esq. in Support re 8 MOTION Real |

| | | |
|---|---|---|
| | | Estate Attachment filed by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 11 | MOTION to Appoint Special Process Server by Indianapolis Life Insurance Company.(Bogaert, William) (Entered: 01/06/2005) |
| 01/27/2005 | | Judge William G. Young : Electronic ORDER entered granting 8 Motion For Real Estate Attachment. cc/cl. (Bell, Marie) (Entered: 01/27/2005) |
| 01/31/2005 | | Judge William G. Young : Electronic ORDER entered granting 11 Motion to Appoint Special Process Server. cc/cl. (Bell, Marie) (Entered: 01/31/2005) |
| 02/09/2005 | 12 | ANSWER to Complaint, CROSSCLAIM against all defendants by Rudy K. Meiselman, Hope E. Meiselman.(Kazarian, Charles) (Entered: 02/09/2005) |
| 02/09/2005 | 13 | WRIT of Attachment issued (Bell, Marie) (Entered: 02/10/2005) |
| 02/11/2005 | 14 | NOTICE of Scheduling Conference Scheduling Conference set for 3/7/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 02/11/2005) |
| 02/16/2005 | 15 | ACKNOWLEDGEMENT OF SERVICE Executed by Indianapolis Life Insurance Company. Acknowledgement filed by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 02/16/2005) |
| 02/17/2005 | 16 | NOTICE of Appearance by Michele Carlucci on behalf of Indianapolis Life Insurance Company. c/s. (Bell, Marie) (Entered: 02/23/2005) |
| 03/03/2005 | 17 | CORPORATE DISCLOSURE STATEMENT by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 03/03/2005) |
| 03/03/2005 | 18 | CERTIFICATE OF CONSULTATION *L.R. 16.1(D)(3)* by William T. Bogaert on behalf of Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 03/03/2005) |
| 03/03/2005 | 19 | CERTIFICATE OF CONSULTATION by Charles P. Kazarian on behalf of Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman, Hope E. Meiselman. (Kazarian, Charles) (Entered: 03/03/2005) |
| 03/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 3/7/2005. Court explains requirements of session. Case to go to ADR as of May, 2005. Final Pretrial Conference set for NO SOONER THAN 1/3/06. Jury Trial set for RUNNING TRIAL LIST AS OF 2/6/06. (Entered: 03/09/2005) |
| 03/07/2005 | 20 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Indianapolis Life Insurance Company by Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz. c/s.(Bell, Marie) (Entered: 03/09/2005) |
| 03/09/2005 | 21 | ANSWER to Counterclaim *of Defendants, Rosalyn Herman, Trustee,* |

| | | |
|---|---|---|
| | | *Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust and Gregg D. Caplitz* by Indianapolis Life Insurance Company.(Bogaert, William) (Entered: 03/09/2005) |
| 03/21/2005 | 22 | JOINT STATEMENT of counsel *Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1.* (Bogaert, William) (Entered: 03/21/2005) |
| 03/23/2005 | | Judge William G. Young : Electronic ORDER entered. re 22 Joint statement of counsel. SO ORDRED AS THE CASE MANAGEMENT SCHEDULING ORDER. Discovery due by 10/1/2005. Dispositive Motions due by 12/1/2005. cc/cl.(Bell, Marie) (Entered: 03/29/2005) |
| 04/04/2005 | 23 | REFERRING CASE to Alternative Dispute Resolution for 5/2005.(Bell, Marie) (Entered: 04/04/2005) |
| 05/17/2005 | | Notice of assignment to ADR Provider. Mag. Judge Robert B. Collings appointed as mediator. The court will contact counsel about scheduling a mediation.(Nee, Amy) (Entered: 05/17/2005) |
| 05/17/2005 | 24 | MOTION for Entry of Default by Rudy K. Meiselman. (Attachments: # 1)(Kazarian, Charles) (Entered: 05/17/2005) |
| 05/26/2005 | 25 | NOTICE of MEDIATION set for 8/18/2005 10:30 AM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 05/26/2005) |
| 06/28/2005 | | Judge William G. Young : Electronic ORDER entered granting 24 Motion for Entry of Default against cross claim defendants. (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 26 | NOTICE: Clerk's ENTRY OF DEFAULT as to Rosalind Herman. (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 27 | NOTICE: Clerk's ENTRY OF DEFAULT as to Financial Resources Network, Inc. Profit Sharing Plan and Trust (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 28 | NOTICE: Clerk's ENTRY OF DEFAULT as to Financial Resources Network, Inc., Profit Sharing Plan and Trust (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 29 | NOTICE: Clerk's ENTRY OF DEFAULT as to Gregg D. Caplitz (Bell, Marie) (Entered: 06/28/2005) |
| 08/04/2005 | 30 | MOTION for Default Judgment as to all cross claim defendants by Rudy K. Meiselman. (Attachments: # 1 # 2)(Kazarian, Charles) (Entered: 08/04/2005) |
| 08/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings (mediator): Mediation Session held on 8/18/2005. Parties need to do basic discovery before a meaningful mediation can be held. Counsel meet and confer on a schedule for completing discovery by October 1 as ordered by Chief Judge Young. Further Mediation Session |

|  |  | scheduled for October 18, 2005 at 10:30 A.M. (Not recorded) (Entered: 08/18/2005) |
|---|---|---|
| 08/18/2005 |  | Judge William G. Young : Electronic ORDER entered granting 30 Motion for Default Judgment as to all cross claim defendants. cc/cl. (Bell, Marie) (Entered: 08/19/2005) |
| 09/27/2005 | 31 | Joint MOTION for Extension of Time to 10/31/05 to Complete Discovery by, Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, Gregg D. Caplitz.(Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 09/27/2005) |
| 09/27/2005 | 32 | Joint MEMORANDUM in Support re 31 Joint MOTION for Extension of Time to 10/31/05 to Complete Discovery filed by, Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, Gregg D. Caplitz. (Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 09/27/2005) |
| 09/28/2005 |  | Judge William G. Young : Electronic ORDER entered GRANTING 31 Joint MOTION for Extension of Time to 10/31/05 to Complete Discovery. Discovery due by 10/31/2005. cc/cl.(Bell, Marie) (Entered: 09/29/2005) |
| 10/14/2005 | 33 | Joint MOTION to Continue Mediation to 12/12/05 -12/16/05 by, Rudy K. Meiselman, Hope E. Meiselman, All Defendants, Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, |

| | | Gregg D. Caplitz.(Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 10/14/2005) |
|---|---|---|
| 10/14/2005 | 34 | Joint MEMORANDUM in Support re 33 Joint MOTION to Continue Mediation to 12/12/05 -12/16/05 filed by, Rudy K. Meiselman, Hope E. Meiselman, All Defendants, Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, Gregg D. Caplitz. (Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 10/14/2005) |
| 10/17/2005 | | Judge Robert B. Collings : ElectronicORDER entered granting 33 Motion to Continue Mediation. Mediation continued to December 14, 2005 at 10:30 A.M. (Dolan, Kathleen) (Entered: 10/17/2005) |
| 10/18/2005 | | Notice of correction to docket made by Court staff. Correction: Doc. #'s 31,32,33,34 corrected because: removed Judge Collings name as a filer (Smith3, Dianne) (Entered: 10/18/2005) |
| 12/09/2005 | 35 | MOTION for Extension of Time to 12/30/05 to File *Summary Judgment Motion* by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 12/09/2005) |
| 12/09/2005 | 36 | MEMORANDUM in Support re 35 MOTION for Extension of Time to 12/30/05 to File *Summary Judgment Motion* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) (Entered: 12/09/2005) |
| 12/09/2005 | 37 | Assented to MOTION to Continue Mediation by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 12/09/2005) |
| 12/09/2005 | 38 | MEMORANDUM in Support re 37 Assented to MOTION to Continue Mediation filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele). (Entered: 12/09/2005) |
| 12/09/2005 | 39 | AMENDED MEMORANDUM in Support re 35 MOTION for Extension of Time to 12/30/05 to File *Summary Judgment Motion with exhibits* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) Additional attachment(s) (Exhibits A-E) added on 12/12/2005 (Bell, Marie). Modified on 12/12/2005 (Bell, Marie). (Entered: 12/09/2005) |
| 12/12/2005 | | Judge Robert B. Collings : Electronic ORDER entered granting 37 Assented-to Motion to Continue Mediation. Mediation re-scheduled 2/21/2006 10:30 AM in Courtroom 23 before Magistrate Judge Robert B. |

| | | Collings. (Dolan, Kathleen) (Entered: 12/12/2005) |
|---|---|---|
| 12/22/2005 | 40 | Assented to MOTION for Extension of Time to 1/30/05 to To File Summary Judgment and Continue Trial by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 12/22/2005) |
| 12/22/2005 | 41 | MEMORANDUM in Support re 40 Assented to MOTION for Extension of Time to 1/30/05 to To File Summary Judgment and Continue Trial filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Carlucci, Michele) (Entered: 12/22/2005) |
| 01/03/2006 | | Judge William G. Young : ORDER entered granting 35 Motion for Extension of Time to File a Motion for Summary Judgment until December 30, 2005. (Paine, Matthew) (Entered: 01/04/2006) |
| 01/05/2006 | 42 | MOTION to Compel *Defendants' Discovery Responses* by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) (Entered: 01/05/2006) |
| 01/05/2006 | 43 | MEMORANDUM in Support re 42 MOTION to Compel *Defendants' Discovery Responses* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Carlucci, Michele) (Entered: 01/05/2006) |
| 01/06/2006 | 44 | MOTION for Entry of Judgment under Rule 54(b) by Rudy K. Meiselman.(Kazarian, Charles) (Entered: 01/06/2006) |
| 01/09/2006 | | Judge William G. Young : Electronic ORDER VACATING ORDER entered. re Order on Motion for Extension of Time to File and Continue the Trial. The Order previously entered allowing this motion is hereby VACATED and the motion is DENIED. There will be no continuance of the trial and any motion for Summary Judgment is to be filed by the time originally set. Mediation does not trump the trial date. cc/cl(Smith, Bonnie) (Entered: 01/09/2006) |
| 01/10/2006 | | Motions terminated: 40 Assented to MOTION for Extension of Time to 1/30/05 to To File Summary Judgment and Continue Trial filed by Indianapolis Life Insurance Company. Please see Order dated 1/9/2006. (Paine, Matthew) (Entered: 01/10/2006) |
| 01/10/2006 | 45 | First RESPONSE to Motion re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/10/2006) |
| 01/11/2006 | | Judge William G. Young : ORDER entered: The Motion for Relief 45 from Judgment is Denied without Prejudice to its Renewal Supported by Detailed Affidavits from Witnesses Setting forth the Substance of the Evidence in Support of every Defense Profferred in the Proposed Answer. (Paine, Matthew) (Entered: 01/12/2006) |

| 01/12/2006 | 46 | Judge William G. Young : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 1/26/2006 02:00 PM in Courtroom 18 before Judge William G. Young. cc/cl(Smith, Bonnie) (Entered: 01/12/2006) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/13/2006 16:15:24 | | | |
| **PACER Login:** | we0014 | **Client Code:** | 04650.0003 |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-12481-WGY |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |