UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 04-12481 WGY

| |
|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br><br>Plaintiff<br><br>v.<br><br>ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN,<br><br>Defendants |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the plaintiff, Indianapolis Life Insurance Company, and moves this Honorable Court for summary judgment on all counts of the plaintiff's Complaint and defendants' Counterclaims. As grounds in support thereof the plaintiff submits the accompanying Memorandum and Statement of Undisputed Material Facts and supporting exhibits.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant the Plaintiff's motion for summary judgment on all counts of the plaintiff's Complaint and Defendants' Counterclaims.

51232.1

Dated:___1/17/06_____

                    INDIANAPOLIS LIFE INSURANCE
                    COMPANY
                    By its attorneys,

                    */s/ Michele Carlucci*
                    William T. Bogaert, BBO#546321
                    Michele Carlucci, BBO#655211
                    WILSON, ELSER, MOSKOWITZ,
                    EDELMAN & DICKER LLP
                    155 Federal Street
                    Boston, MA 02110
                    617-422-5300

51232.1