UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D., and HOPE E. MEISELMAN,<br><br>Defendants. | CIVIL ACTION NO.: 04-12481-WGY |

**PLAINTIFF'S MOTION TO DISMISS AND FOR DEFAULT JUDGMENT FOR DEFENDANTS' FAILURE TO PROVIDE WRITTEN DISCOVERY RESPONSES AND DEFENDANT HERMAN'S FAILURE TO GIVE DEPOSITION TESTIMONY**

NOW COMES the plaintiff, Indianapolis Life Insurance Company, and moves this Honorable Court pursuant to Fed. R. Civ. P. 37(d) and specifically request that this Honorable Court grant the following:

a) dismiss the Defendants, Financial Resources Network Inc, Profit Sharing Plan and Trust ("the FRN Plan") and Gregg Caplitz's ("Caplitz") counterclaims, with prejudice;

b) enter a default judgment against the Defendants, Caplitz, Rosalind Herman ("Herman"), and the FRN Plan; or in the alternative

51477.1

1

    c)    preclude Herman from offering any evidence in this matter by way of affidavit or testimony.

In support of this motion, the Plaintiff submits the attached Memorandum.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant Plaintiff's Motion and order and enter an order of default against the Defendants, FRN, Inc., the FRN Plan, Herman and Caplitz and dismiss the Defendants' counterclaims. In the alternative, the Plaintiff request that the Court preclude Herman from submitting affidavits in response to Plaintiff's pending motion for summary judgment and from testifying at trial.

Dated: January 20, 2006

                                      Plaintiff, Indianapolis Life
                                      Insurance Company
                                      By its attorneys,

                                      */s Michele Carlucci*
                                    William T. Bogaert, BBO #546321
                                    Michele Carlucci, BBO #655211
                                    WILSON ELSER MOSKOWITZ
                                    EDELMAN & DICKER LLP
                                    155 Federal Street
                                    Boston, MA 02110

## RULE 7.1 CERTIFICATION

I, Michele Carlucci, hereby certify that counsel for the moving party attempted to confer with Wayne R. Murphy, Esq. of Murphy & Flaherty, 43 Bowdoin Street, Boston, MA 02114, regarding this motion, but Attorney Murphy failed to respond to our repeated phone calls.

Attorney Kazarian, counsel for the Meiselmans, assents to this motion.

                                      *s/ Michele Carlucci*
                                      Michele Carlucci

51477.1