UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D., and HOPE E. MEISELMAN,<br><br>Defendants. | ) ) ) ) CIVIL ACTION NO.: 04-12481-WGY ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

The Plaintiff requests an opportunity to be heard at oral argument on Plaintiff's *Motion to Dismiss and For Default Judgment for Defendant's Failure to Provide Written Discovery Responses and Defendant Herman's Failure to Give Deposition Testimony.*

Dated: January 20, 2006

Plaintiff, Indianapolis Life
Insurance Company
By its attorneys,

          /s Michele Carlucci
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
155 Federal Street
Boston, MA 02110
617-422-5300

51482.1

1