UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-12481WGY

INDIANAPOLIS LIFE INSURANCE COMPANY,

Plaintiffs

v.

ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN,

Defendants

*January 24, 2006*
YOUNG, D.J.
MOTION DENIED

/s/ William G. Young
U.S. District Judge

**PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS OF DEFENDANTS, ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT PLAN AND TRUST AND GREGG D. CAPLITZ,**

Plaintiff, Indianapolis Life Insurance Company ("ILIC"), moves this Court pursuant to Fed. R. Civ. P. 37(a)(2)(B) to compel the Defendants, Rosalyn Herman, Trustee, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust and Gregg D. Caplitz ("Defendants"), to provide answers to Interrogatories and responses to Request for Production of Documents by January 20, 2006. As grounds in support of this motion, the Plaintiff submits the attached Memorandum.

**WHEREFORE**, the Plaintiff, Indianapolis Life Insurance Company, requests that this Honorable Court grant its Motion to Compel the Defendants' discovery responses, require the Defendants to respond by January 20, 2006.

49595.1

Dated: January 5, 2006                       Plaintiff,

                                             Indianapolis Life Insurance Company

                                             By its attorneys,

                                             _____/s Michele Carlucci_____
                                             William T. Bogaert, BBO #546321
                                             Michele Carlucci, BBO #655211
                                             WILSON ELSER MOSKOWITZ
                                             EDELMAN & DICKER LLP
                                             155 Federal Street
                                             Boston, MA 02110
                                             (617) 422-5300


## Local Rule 37.1(B) Certification

I, Michele Carlucci, certify that on December 7, 2005, I sent a letter via facsimile to Wayne Murphy, Esq., counsel for the Defendants, requesting a discovery conference. On December 22, 2005, Attorney Murphy requested an extension to respond to discovery until December 30, 2005. No responses have been received as of the filing of this motion.

                                             _s/ Michele Carlucci_____
                                             Michele Carlucci

49595.1