UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-12481-WGY
_____

|  |  |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>Plaintiff<br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC.<br>PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK,<br>INC. PROFIT SHARING PLAN TRUST, GREGG D. CAPLITZ,<br>RUDY K. MEISELMAN, M.D. and HOPE MEISELMAN<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

AFFIDAVIT OF COUNSEL IN SUPPORT OF OPPOSITION TO CROSS-CLAIM
DEFENDANTS MOTION FOR ENTRY OF SEPARATE AND FINAL JUDGMENT AND
MOTION FOR RELIEF FROM JUDGEMENT

NOW COMES Wayne R. Murphy, and being duly sworn, avers as follows:

1. My name is Wayne R. Murphy and I am a duly-licensed attorney in the Commonwealth of Massachusetts; and

2. I maintain an office for the practice of law at Murphy & Associates. P.C. 600 Atlantic Avenue 12th Floor Boston ,MA 02210; and

3. I have maintained the 600 Atlantic Avenue office since April 1, 2005; and

4. At all relevant times through March 31, 2005 I maintained an office for the practice of law at 43 Bowdoin Street Suite 1A Boston, MA 02114; and

5. My electronic mail address is wmurphy@murphyandassociates.net. That account was established on or about April 1, 2005; and

6. At all relevant times through the establishment of the above-referenced electronic mail address my most previous address was wmurphy@verizon.net; and

7. The Answer and Cross-Claim of Rudy Meiselman was sent to my former law office during my time there; and

8. At the Rule 16.1 Conference held in this matter counsel for the Meiselmans agreed to my request for an extension to file a responsive pleading to the Cross-Claim by the end of the first week of April, 2005; and

9. Sometime during the first business week of April, 2005, between April 4, 2005 and April 8, 2005 I typed the Answer to the Cross-Claim. I have a distinct memory of this as I typed it at my home during the first week of my new tenancy at 600 Atlantic Avenue; and

10. I also prepared a cover letter for the filing of the pleading with the Clerk's Office of the United States District Court; and

11. My best memory is that I placed the pleading within my office at the mail drop location.; and

12. I had no reason to believe that the pleading hadn't reached its intended destinations until sometime in July, 2005 when my clients called me and advised that they had received a Notice of Default;and

13. My office placed a telephone call to the clerk's Office of the United States District Court and was told that an Answer had been filed. My office was advised that an Answer to the Cross-Claim had been filed; and

14. When I appeared for the scheduled mediation in this matter on August 18, 2005 I was advised by M.J. Collings that a default had entered against my client s on the Meiselman Cross-Claim; and

15. I returned to the office and reviewed the case-file maintained on this matter and couldn't find any hard copies of the Answer I prepared and believed to be filed; and

16. I made efforts to recover the computer that the Answer was typed on as it had subsequently been donated, along with two others to a local grammar school ; and

17. I learned that the computers were not of much use to the school and that the school had closed as it merged with a school within a contiguous locale and the school building itself had closed; and

18. I have made diligent search of the case file in this matter, which is several thousand pages of documents, as well as all other case files maintained by my office in the hopes of locating a hard copy of the Answer. I have not found it; and

19. I have never received hard copies of the various filings made by counsel for the Meiselmans relative to the default in this matter; and

20. I never saw any of the electronic filings relative to the default in this matter prior to the August, 2005 mediation before the Honorable Collings, M.J.; and

21. Sometime after April, 2005 my email address was changed with the Pacer system. I have been unable to determine the exact date that this happened; and

22. During the summer of 2005 I did have problems with the e-filing system as evidenced by certain filings and notices that were unsuccessful. I have direct knowledge of this happening in at least one federal case that I was involved in *U.S. v. Eddy Aoude, number 4:03-CR-40013*; and

23. Since early October, 2005 I have been largely occupied by a family health matter which has taken a significant and consistent amount of my weekly schedule; and

24. As a result of this family health matter I have been caused to significantly alter my work schedule over the course of the past three and one-half months; and

25. I believe that there are valid and meritorious defenses to the Meiselman Cross-Claim not the least of which is that in a previously filed lawsuit by Meiselman against Financial Resources Network the claims which form the sum and substance of his allegations in this matter were dismissed with prejudice. *See Meiselman v. Financial resources Network, inc, Civil Action No. 04-12304 WGY;* and

26. I believe that the allegations set forth in the Meiselman Cross-Claim are in effect barred by the dismissal with prejudice of the 2004 case; and

27. The defendants should not be prohibited from defending the claims against them and the case should be resolved on its merits; and

28. Meiselman will not be prejudiced by the removal of the default. Counsel for Meiselman attended and participated in the deposition of Gregg Caplitz and questioned him on the substance of the claims alleged; and

29. The defendants move in good faith to remove this default and the impact on the proceedings is minimal. When balanced against the equitable interest in resolving cases on the merits, especially in light of the fact that all of Meiselman's claims were resolved and disposed of in the first litigation, I believe that removal of the default would be just.

Signed under the penalties of perjury this __ day of January, 2006.

                                                            /s/ Wayne R. Murphy

MURPHY & ASSOCIATES, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210
(617) 227-7777

| | |
|---|---|
| Filename: | FRN Affidavit |
| Directory: | C:\Documents and Settings\Wayne\Desktop |
| Template: | C:\documents and settings\wayne murphy\application data\microsoft\templates\Legal Pleadings\COMMONWEALTH OF MASSACHUSETTS.dot |
| Title: | Pleading Wizard |
| Subject: | |
| Author: | wayne murphy |
| Keywords: | |
| Comments: | |
| Creation Date: | 1/19/2006 11:26:00 AM |
| Change Number: | 5 |
| Last Saved On: | 1/25/2006 1:24:00 PM |
| Last Saved By: | Wayne Murphy |
| Total Editing Time: | 68 Minutes |
| Last Printed On: | 1/25/2006 1:25:00 PM |
| As of Last Complete Printing | |
|    Number of Pages: | 5 |
|    Number of Words: | 1,068 (approx.) |
|    Number of Characters: | 5,203 (approx.) |