UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>            Plaintiff<br><br>vs.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN<br>            Defendants<br><br>RUDY K. MEISELMAN, M.D.<br><br>            Cross-Claim Plaintiff<br><br>vs.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ<br>            Cross-Claim Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT

This action came for hearing before the Court, Honorable William G. Young, District Judge, presiding, and the issues having been duly heard, and a decision having been duly rendered,

52001.1

It is Ordered and Adjudged, and JUDGMENT shall be and hereby is entered upon the docket as follows:

1. For Plaintiff Indianapolis Life Insurance Company on its prayer for rescission of the life insurance contracts;

2. For Plaintiff Indianapolis Life Insurance Company against the Defendant Gregg D. Caplitz in the amount of Six Hundred Fifty Thousand Two Hundred and Ninety Seven Dollars and One Cent ($650,297.01), plus costs, pre-judgment interest at the rate of 12% from June 15, 2004 through January 27, 2006, and post-judgment interest of 4.37% from January 27, 2006 until date of collection.

3. For Plaintiff Indianapolis Life Insurance Company on the Counterclaims filed by Defendants; and

4. For Crossclaim Plaintiff Rudy Meiselman against Crossclaim Defendants Rosalind Herman, Trustee, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc., and Gregg D. Caplitz, jointly and severally, in the amount of Nine Hundred Thirty Eight Thousand Six Hundred Forty ($938,640.14) Dollars and Fourteen Cents), plus costs and pre-judgment interest at the rate of 12% from February 10, 2005 through January 27, 2006, and post-judgment interest of 4.37% from January 27, 2006 until date of collection.

So entered.

Dated: January 27, 2006

*William G. Young*
Hon. William G. Young
Justice
United States District Court
District of Massachusetts

52001.1