# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-12481-WGY

_____

|  |  |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY | ) |
| Plaintiff | ) |
| v. | ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D and HOPE MEISELMAN | ) |
| Defendants | ) |

_____

## DEFENDANTS', ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK INC. PROFIT SHARING PLAN TRUST, AND GREGG D. CAPLITZ, NOTICE OF APPEAL

Notice is hereby given that Defendants', Rosalind Herman, Trustee, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network Inc. Profit Sharing Plan Trust, and Gregg D. Caplitz, appeal to the United States Court of Appeals for the First Circuit from this Court's January 27, 2006, Judgment for the Plaintiff Indianapolis Life Insurance Company and Judgment for Cross-claim Plaintiffs' Rudy K. Meiselman and Hope Meiselman.

       /S/ *Wayne R. Murphy*
Wayne R. Murphy/BBO 557658
MURPHY & ASSOCIATES
600 ATLANTIC AVENUE, 12TH FL
BOSTON, MA 02210
(617)227.7777

Date: February 24, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 24, 2006.

                                                  */S/ Wayne R. Murphy*
                                                  Wayne R. Murphy

MURPHY & ASSOCIATES, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210
(617) 227-7777