UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                                   CIVIL ACTION NO.0412481WGY

      To the United States Marshal for the District of Massachusetts or either of his Deputies:

      WHEREAS Rudy K. Meiselman has recovered judgment against Gregg D. Caplitz, Rosalind Herman, and Financial Resources Network. Inc. on the 27th day of January, 2006 for the sum of $938.640.14 debt or damage, pre-judgment interest in the amount of $108,315.09 and costs of this suit in the amount of **$---,** as to us appears of record, whereof this First Execution remains to be done,

      WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of **$1,046,955.23** in the whole, with interest thereon at the rate of **4.37%** from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

      HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

      Dated this ____ day of March, 2006.

                              SARAH A. THORNTON
                              CLERK OF COURT

   SEAL

                          By:
                              Deputy Clerk

(Execution lst.wpd . *3l1l2OO5~*