```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Civil Action
 3                                          No. 04-12481-WGY

 4   * * * * * * * * * * * * * * * * *
                                      *
 5   INDIANAPOLIS LIFE INSURANCE      *
     COMPANY,                         *
 6                                    *
              Plaintiff,              *
 7                                    *
     v.                               *   MOTION HEARING
 8                                    *
     ROSALIND HERMAN, TRUSTEE,        *
 9   FINANCIAL RESOURCES NETWORK,     *
     INC., PROFIT SHARING PLAN AND    *
10   TRUST, FINANCIAL RESOURCES       *
     NETWORK, INC., PROFIT SHARING    *
11   PLAN AND TRUST,                  *
     GREGG D. CAPLITZ,                *
12   RUDY K. MEISELMAN, M.D., and     *
     HOPE E. MEISELMAN,               *
13                                    *
              Defendants.             *
14   * * * * * * * * * * * * * * * *
              BEFORE:  The Honorable William G. Young,
15                     District Judge

16   APPEARANCES:

17          WILSON ELSER MOSKOWITZ ENDELMAN & DICKER,
        LLP  (By William T. Bogaert, Esq. and Michele
18      Carlucci, Esq.) 155 Federal Street, Boston,
        Massachusetts 02110, on behalf of Indianapolis
19      Life Insurance Company

20          MURPHY & ASSOCIATES (By Wayne R. Murphy,
        Esq.), 600 Atlantic Avenue, 12th Floor, Boston,
21      Massachusetts 02210, on behalf of Rosalind Herman,
        Trustee, Financial Resources Network, Inc. Profit
22      Sharing Plan and Trust, Financial Resources
        Network, Inc. Profit Sharing Plan and Trust and
23      Gregg D. Caplitz
                                       1 Courthouse Way
24                                     Boston, Massachusetts

25                                     January 25, 2006
```

```
 1              A P P E A R A N C E S (Cont'd)
 2
 3           LAW OFFICE OF CHARLES P. KAZARIAN (By
         Charles P. Kazarian, Esq.), 77 N. Washington
 4       Street, Boston, Massachusetts 02114, on behalf of
         Rudy K. Meiselman, M.D. and Hope E. Meiselman
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```