```
 1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 2
                                    Civil Action
 3                                  No. 04-12481-WGY

 4   * * * * * * * * * * * * * * *  *
                                    *
 5   INDIANAPOLIS LIFE INSURANCE    *
     COMPANY,                       *
 6                                  *
            Plaintiff,              *
 7                                  *
     v.                             *   PRETRIAL CONFERENCE
 8                                  *
     ROSALIND HERMAN, TRUSTEE,      *
 9   FINANCIAL RESOURCES NETWORK,   *
     INC., PROFIT SHARING PLAN AND  *
10   TRUST, FINANCIAL RESOURCES     *
     NETWORK, INC., PROFIT SHARING  *
11   PLAN AND TRUST,                *
     GREGG D. CAPLITZ,              *
12   RUDY K. MEISELMAN, M.D., and   *
     HOPE E. MEISELMAN,             *
13                                  *
            Defendants.             *
14   * * * * * * * * * * * * * * *  *
            BEFORE:  The Honorable William G. Young,
15                        District Judge

16   APPEARANCES:

17            WILSON ELSER MOSKOWITZ ENDELMAN & DICKER,
       LLP  (By William T. Bogaert, Esq. and Michele
18     Carlucci, Esq.) 155 Federal Street, Boston,
       Massachusetts 02110, on behalf of Indianapolis
19     Life Insurance Company

20            MURPHY & ASSOCIATES (By Wayne R. Murphy,
       Esq.), 600 Atlantic Avenue, 12th Floor, Boston,
21     Massachusetts 02210, on behalf of Rosalind Herman,
       Trustee, Financial Resources Network, Inc. Profit
22     Sharing Plan and Trust, Financial Resources
       Network, Inc. Profit Sharing Plan and Trust and
23     Gregg D. Caplitz
                                  1 Courthouse Way
24                                Boston, Massachusetts

25                                January 25, 2006
```

1              A P P E A R A N C E S (Cont'd)

2

3         LAW OFFICE OF CHARLES P. KAZARIAN (By
     Charles P. Kazarian, Esq.), 77 N. Washington
4    Street, Boston, Massachusetts 02114, on behalf of
     Rudy K. Meiselman, M.D. and Hope E. Meiselman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25