| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF IN CROSS CLAIM | COURT CASE NUMBER |
|---|---|
| RUDY K. MEISELMAN | 04-12481 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| GREGG D. CAPLITZ | Execution |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | GREGG D. CAPLITZ |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 120 BEACON STREET, APT. 1, CHELSEA, MA |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CHARLES P. KAZARIAN, P.C.
77 N. WASHINGTON ST.
BOSTON, MA 02114
617 723-6676

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT   TELEPHONE NUMBER: 617-723-6676   DATE: 3-14-06
Crossclaim Plaintiff

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | [signature] | 3/15/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/27/06   Time: 1:15 pm
Signature of U.S. Marshal or Deputy: [signature]

8 miles RD TRIP

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 2.92 | | 92.92 | 48.65 | 44.27 | |

REMARKS:
3/27/06 10:45 AM - NO ANS.
3/27/06 1:15 PM NO ANS, LEFT ORDER W/B-CARD
[signature]

1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                                CIVIL ACTION NO.0412481WGY

To the United States Marshal for the District of Massachusetts or either of his Deputies:

WHEREAS Rudy K. Meiselman has recovered judgment against Gregg D. Caplitz, Rosalind Herman, and Financial Resources Network. Inc. on the 27th day of January, 2006 for the sum of $938,640.14 debt or damage, pre-judgment interest in the amount of $108,315.09 and costs of this suit in the amount of $---, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of **$1,046,955.23** in the whole, with interest thereon at the rate of **4.37%** from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 6 day of March, 2006.

SARAH A. THORNTON
CLERK OF COURT

By: *Elizabeth Smith*

Deputy Clerk

(Execution lst.wpd . 3/11/2005~