UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12481

Indianapolis Life Insurance Company

v.

Rosalind Herman, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-66

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/24/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 26, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4-26-6.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12481-WGY

Indianapolis Life Insurance Company v. Herman et al

Assigned to: Judge William G. Young

Demand: $650,000

Related Case: 1:06-cv-10344-WGY

Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 11/23/2004

Jury Demand: Both

Nature of Suit: 110 Insurance

Jurisdiction: Diversity

### Plaintiff

**Indianapolis Life Insurance Company**

represented by **Michele Calucci**
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110-4737
617-422-5300
Fax: 617-423-6917
Email: carluccm@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Bogaert**
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
5th Floor
Boston, MA 02110-4737
617-422-5300
Fax: 617-423-6917
Email: bogaertw@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Rosalyn Herman**

*Trustee*

**Defendant**

**Financial Resources Network, Inc., Profit Sharing Plan and Trust**

**Defendant**

**Financial Resources Network, Inc. Profit Sharing Plan and Trust**

**Defendant**

**Gregg D. Caplitz**

**Defendant**

**Rudy K. Meiselman** *M.D.*     represented by **Charles P. Kazarian**
Law Office of Charles P. Kazarian
77 N. Washington Street
Boston, MA 02114
617-723-6676
Fax: 617-723-8170
Email: kazchaz@aol.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hope E. Meiselman**     represented by **Charles P. Kazarian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**All Defendants**

**Mediator**

**Robert B. Collings**

**Cross Claimant**

**Rudy K. Meiselman** *M.D.*     represented by **Charles P. Kazarian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Hope E. Meiselman**     represented by **Charles P. Kazarian**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Rudy K. Meiselman**
*M.D.*

represented by **Charles P. Kazarian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Hope E. Meiselman**

represented by **Charles P. Kazarian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rosalyn Herman**
*Trustee*

**Cross Defendant**

**Financial Resources Network, Inc., Profit Sharing Plan and Trust**

**Cross Defendant**

**Financial Resources Network, Inc. Profit Sharing Plan and Trust**

**Cross Defendant**

**Gregg D. Caplitz**

**Counter Claimant**

**Rosalyn Herman**
*Trustee*

represented by **Wayne R Murphy**
Murphy and Associates
600 Atlantic Avenue
Boston, MA 02210
617-227-7777
Fax: 617-227-7757
Email: wmurphy@murphyandassociates.net

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Financial Resources Network, Inc., Profit Sharing Plan and Trust**

represented by **Wayne R Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Financial Resources Network, Inc. Profit Sharing Plan and Trust**

represented by **Wayne R Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Gregg D. Caplitz**

represented by **Wayne R Murphy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Indianapolis Life Insurance Company**

represented by **William T. Bogaert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2004 | 1 | COMPLAINT against Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Hope E. Meiselman, Rudy K. Meiselman Filing fee: $ 150, receipt number 60346, filed by Indianapolis Life Insurance Company. Exhibits Attached. (Attachments: # 1 Civil Cover Sheet)(Bell, Marie) (Entered: 11/29/2004) |
| 11/23/2004 | | Summons Issued as to Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Hope E. Meiselman, Rudy K. Meiselman. (Bell, Marie) (Entered: 11/29/2004) |

| | | |
|---|---|---|
| 11/23/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Bell, Marie) (Entered: 11/29/2004) |
| 01/06/2005 | 2 | SUMMONS Returned Executed Gregg D. Caplitz served on 12/6/2004, answer due 12/26/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 3 | SUMMONS Returned Executed Financial Resources Network, Inc. Profit Sharing Plan and Trust served on 12/6/2004, answer due 12/26/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 4 | SUMMONS Returned Executed Rosalyn Herman served on 12/8/2004, answer due 12/28/2004; Financial Resources Network, Inc., Profit Sharing Plan and Trust served on 12/8/2004, answer due 12/28/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 5 | SUMMONS Returned Executed Rudy K. Meiselman served on 12/7/2004, answer due 12/27/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 6 | SUMMONS Returned Executed Hope E. Meiselman served on 12/7/2004, answer due 12/27/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 7 | AFFIDAVIT OF SERVICE Executed by Rudy K. Meiselman, Hope E. Meiselman. Acknowledgement filed by Rudy K. Meiselman, Hope E. Meiselman. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 8 | MOTION Real Estate Attachment by Indianapolis Life Insurance Company.(Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 9 | MEMORANDUM in Support re 8 MOTION Real Estate Attachment filed by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 10 | AFFIDAVIT of William T. Bogaert, Esq. in Support re 8 MOTION Real Estate Attachment filed by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 11 | MOTION to Appoint Special Process Server by Indianapolis Life Insurance Company.(Bogaert, William) (Entered: 01/06/2005) |
| 01/27/2005 | | Judge William G. Young : Electronic ORDER entered |

| | | |
|---|---|---|
| | | granting 8 Motion For Real Estate Attachment. cc/cl. (Bell, Marie) (Entered: 01/27/2005) |
| 01/31/2005 | | Judge William G. Young : Electronic ORDER entered granting 11 Motion to Appoint Special Process Server. cc/cl. (Bell, Marie) (Entered: 01/31/2005) |
| 02/09/2005 | 12 | ANSWER to Complaint, CROSSCLAIM against all defendants by Rudy K. Meiselman, Hope E. Meiselman. (Kazarian, Charles) (Entered: 02/09/2005) |
| 02/09/2005 | 13 | WRIT of Attachment issued (Bell, Marie) (Entered: 02/10/2005) |
| 02/11/2005 | 14 | NOTICE of Scheduling Conference Scheduling Conference set for 3/7/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 02/11/2005) |
| 02/16/2005 | 15 | ACKNOWLEDGEMENT OF SERVICE Executed by Indianapolis Life Insurance Company. Acknowledgement filed by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 02/16/2005) |
| 02/17/2005 | 16 | NOTICE of Appearance by Michele Carlucci on behalf of Indianapolis Life Insurance Company. c/s. (Bell, Marie) (Entered: 02/23/2005) |
| 03/03/2005 | 17 | CORPORATE DISCLOSURE STATEMENT by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 03/03/2005) |
| 03/03/2005 | 18 | CERTIFICATE OF CONSULTATION *L.R. 16.1(D)(3)* by William T. Bogaert on behalf of Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 03/03/2005) |
| 03/03/2005 | 19 | CERTIFICATE OF CONSULTATION by Charles P. Kazarian on behalf of Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman, Hope E. Meiselman. (Kazarian, Charles) (Entered: 03/03/2005) |
| 03/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 3/7/2005. Court explains requirements of session. Case to go to ADR as of May, 2005. Final Pretrial Conference set for NO SOONER THAN 1/3/06. Jury Trial set for RUNNING TRIAL LIST AS OF 2/6/06. (Entered: 03/09/2005) |

| 03/07/2005 | 20 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Indianapolis Life Insurance Company by Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz. c/s.(Bell, Marie) (Entered: 03/09/2005) |
|---|---|---|
| 03/09/2005 | 21 | ANSWER to Counterclaim *of Defendants, Rosalyn Herman, Trustee, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust and Gregg D. Caplitz* by Indianapolis Life Insurance Company.(Bogaert, William) (Entered: 03/09/2005) |
| 03/21/2005 | 22 | JOINT STATEMENT of counsel *Pursuant to Fed.R.Civ.P. 26 (f) and Local Rule 16.1*. (Bogaert, William) (Entered: 03/21/2005) |
| 03/23/2005 |  | Judge William G. Young : Electronic ORDER entered. re 22 Joint statement of counsel. SO ORDRED AS THE CASE MANAGEMENT SCHEDULING ORDER. Discovery due by 10/1/2005. Dispositive Motions due by 12/1/2005. cc/cl.(Bell, Marie) (Entered: 03/29/2005) |
| 04/04/2005 | 23 | REFERRING CASE to Alternative Dispute Resolution for 5/2005.(Bell, Marie) (Entered: 04/04/2005) |
| 05/17/2005 |  | Notice of assignment to ADR Provider. Mag. Judge Robert B. Collings appointed as mediator. The court will contact counsel about scheduling a mediation.(Nee, Amy) (Entered: 05/17/2005) |
| 05/17/2005 | 24 | MOTION for Entry of Default by Rudy K. Meiselman. (Attachments: # 1)(Kazarian, Charles) (Entered: 05/17/2005) |
| 05/26/2005 | 25 | NOTICE of MEDIATION set for 8/18/2005 10:30 AM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 05/26/2005) |
| 06/28/2005 |  | Judge William G. Young : Electronic ORDER entered granting 24 Motion for Entry of Default against cross claim defendants. (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 26 | NOTICE: Clerk's ENTRY OF DEFAULT as to Rosalind Herman. (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 27 | NOTICE: Clerk's ENTRY OF DEFAULT as to Financial |

| | | |
|---|---|---|
| | | Resources Network, Inc. Profit Sharing Plan and Trust (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 28 | NOTICE: Clerk's ENTRY OF DEFAULT as to Financial Resources Network, Inc., Profit Sharing Plan and Trust (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 29 | NOTICE: Clerk's ENTRY OF DEFAULT as to Gregg D. Caplitz (Bell, Marie) (Entered: 06/28/2005) |
| 08/04/2005 | 30 | MOTION for Default Judgment as to all cross claim defendants by Rudy K. Meiselman. (Attachments: # 1 # 2) (Kazarian, Charles) (Entered: 08/04/2005) |
| 08/18/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings (mediator): Mediation Session held on 8/18/2005. Parties need to do basic discovery before a meaningful mediation can be held. Counsel meet and confer on a schedule for completing discovery by October 1 as ordered by Chief Judge Young. Further Mediation Session scheduled for October 18, 2005 at 10:30 A.M. (Not recorded) (Entered: 08/18/2005) |
| 08/18/2005 | | Judge William G. Young : Electronic ORDER entered granting 30 Motion for Default Judgment as to all cross claim defendants. cc/cl. (Bell, Marie) (Entered: 08/19/2005) |
| 09/27/2005 | 31 | Joint MOTION for Extension of Time to 10/31/05 to Complete Discovery by, Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, Gregg D. Caplitz.(Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 09/27/2005) |
| 09/27/2005 | 32 | Joint MEMORANDUM in Support re 31 Joint MOTION for Extension of Time to 10/31/05 to Complete Discovery filed by, Rudy K. Meiselman, Hope E. Meiselman, Rudy K. |

| | | |
|---|---|---|
| | | Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, Gregg D. Caplitz. (Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 09/27/2005) |
| 09/28/2005 | | Judge William G. Young : Electronic ORDER entered GRANTING 31 Joint MOTION for Extension of Time to 10/31/05 to Complete Discovery. Discovery due by 10/31/2005. cc/cl.(Bell, Marie) (Entered: 09/29/2005) |
| 10/14/2005 | 33 | Joint MOTION to Continue Mediation to 12/12/05 -*12/16/05* by, Rudy K. Meiselman, Hope E. Meiselman, All Defendants, Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, Gregg D. Caplitz.(Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 10/14/2005) |
| 10/14/2005 | 34 | Joint MEMORANDUM in Support re 33 Joint MOTION to Continue Mediation to 12/12/05 -*12/16/05* filed by, Rudy K. Meiselman, Hope E. Meiselman, All Defendants, Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and |

| | | |
|---|---|---|
| | | Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, Gregg D. Caplitz. (Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 10/14/2005) |
| 10/17/2005 | | Judge Robert B. Collings : ElectronicORDER entered granting 33 Motion to Continue Mediation. Mediation continued to December 14, 2005 at 10:30 A.M. (Dolan, Kathleen) (Entered: 10/17/2005) |
| 10/18/2005 | | Notice of correction to docket made by Court staff. Correction: Doc. #'s 31,32,33,34 corrected because: removed Judge Collings name as a filer (Smith3, Dianne) (Entered: 10/18/2005) |
| 12/09/2005 | 35 | MOTION for Extension of Time to 12/30/05 to File *Summary Judgment Motion* by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 12/09/2005) |
| 12/09/2005 | 36 | MEMORANDUM in Support re 35 MOTION for Extension of Time to 12/30/05 to File *Summary Judgment Motion* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) (Entered: 12/09/2005) |
| 12/09/2005 | 37 | Assented to MOTION to Continue Mediation by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 12/09/2005) |
| 12/09/2005 | 38 | MEMORANDUM in Support re 37 Assented to MOTION to Continue Mediation filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele). (Entered: 12/09/2005) |
| 12/09/2005 | 39 | AMENDED MEMORANDUM in Support re 35 MOTION for Extension of Time to 12/30/05 to File *Summary Judgment Motion with exhibits* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) Additional attachment(s)(Exhibits A-E) added on 12/12/2005 (Bell, Marie). Modified on 12/12/2005 (Bell, Marie). (Entered: 12/09/2005) |
| | | |

| | | |
|---|---|---|
| 12/12/2005 | | Judge Robert B. Collings : Electronic ORDER entered granting 37 Assented-to Motion to Continue Mediation. Mediation re-scheduled 2/21/2006 10:30 AM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 12/12/2005) |
| 12/22/2005 | 40 | Assented to MOTION for Extension of Time to 1/30/05 to To File Summary Judgment and Continue Trial by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 12/22/2005) |
| 12/22/2005 | 41 | MEMORANDUM in Support re 40 Assented to MOTION for Extension of Time to 1/30/05 to To File Summary Judgment and Continue Trial filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Carlucci, Michele) (Entered: 12/22/2005) |
| 01/03/2006 | | Judge William G. Young : ORDER entered granting 35 Motion for Extension of Time to File a Motion for Summary Judgment until December 30, 2005. (Paine, Matthew) (Entered: 01/04/2006) |
| 01/05/2006 | 42 | MOTION to Compel *Defendants' Discovery Responses* by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 01/05/2006) |
| 01/05/2006 | 43 | MEMORANDUM in Support re 42 MOTION to Compel *Defendants' Discovery Responses* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Carlucci, Michele) (Entered: 01/05/2006) |
| 01/06/2006 | 44 | MOTION for Entry of Judgment under Rule 54(b) by Rudy K. Meiselman.(Kazarian, Charles) (Entered: 01/06/2006) |
| 01/09/2006 | | Judge William G. Young : Electronic ORDER VACATING ORDER entered. re Order on Motion for Extension of Time to File and Continue the Trial. The Order previously entered allowing this motion is hereby VACATED and the motion is DENIED. There will be no continuance of the trial and any motion for Summary Judgment is to be filed by the time originally set. Mediation does not trump the trial date. cc/cl (Smith, Bonnie) (Entered: 01/09/2006) |
| | | |

| | | |
|---|---|---|
| 01/10/2006 | | Motions terminated: 40 Assented to MOTION for Extension of Time to 1/30/05 to To File Summary Judgment and Continue Trial filed by Indianapolis Life Insurance Company. Please see Order dated 1/9/2006. (Paine, Matthew) (Entered: 01/10/2006) |
| 01/10/2006 | 45 | First RESPONSE to Motion re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/10/2006) |
| 01/11/2006 | | Judge William G. Young : ORDER entered: The Motion for Relief 45 from Judgment is Denied without Prejudice to its Renewal Supported by Detailed Affidavits from Witnesses Setting forth the Substance of the Evidence in Support of every Defense Profferred in the Proposed Answer. (Paine, Matthew) (Entered: 01/12/2006) |
| 01/12/2006 | 46 | Judge William G. Young : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 1/26/2006 02:00 PM in Courtroom 18 before Judge William G. Young. cc/cl(Smith, Bonnie) (Entered: 01/12/2006) |
| 01/13/2006 | 47 | MOTION for Leave to File *Late Motion for Summary Judgment* by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 01/13/2006) |
| 01/13/2006 | 48 | MEMORANDUM in Support re 47 MOTION for Leave to File *Late Motion for Summary Judgment* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Carlucci, Michele) (Entered: 01/13/2006) |
| 01/17/2006 | | Judge William G. Young : Electronic ORDER entered granting 47 Motion for Leave to File Motion for Summary Judgment (Smith, Bonnie) (Entered: 01/17/2006) |
| 01/17/2006 | 49 | MOTION for Summary Judgment by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) (Entered: 01/17/2006) |
| 01/17/2006 | 50 | STATEMENT of facts re 49 MOTION for Summary Judgment. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 |

| | | |
|---|---|---|
| | | Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T# 21 Exhibit U# 22 Exhibit V# 23 Exhibit W) (Carlucci, Michele) (Entered: 01/17/2006) |
| 01/17/2006 | 51 | MEMORANDUM in Support re 49 MOTION for Summary Judgment filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) (Entered: 01/17/2006) |
| 01/18/2006 | | NOTICE of Hearing on Motion 44 MOTION for Entry of Judgment under Rule 54(b), 49 MOTION for Summary Judgment: Motion Hearing set for 1/25/2006 02:00 PM in Courtroom 18 before Judge William G. Young. Opposition to the motion for summary judgment need not be filed in writing due to the lateness of the motion. The Court will obviously accept any written submission in opposition, but does not require it. The Court will hear oral argument re: the motion. cc/cl(Smith, Bonnie) (Entered: 01/18/2006) |
| 01/20/2006 | 52 | MOTION to Dismiss *and Default for Failure to Respond to Discovery and to Give Deposition Testimony* by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 01/20/2006) |
| 01/20/2006 | 53 | MEMORANDUM in Support re 52 MOTION to Dismiss *and Default for Failure to Respond to Discovery and to Give Deposition Testimony* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Carlucci, Michele) (Entered: 01/20/2006) |
| 01/20/2006 | 54 | ADDENDUM re 52 MOTION to Dismiss *and Default for Failure to Respond to Discovery and to Give Deposition Testimony Request for Oral Argument* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) (Entered: 01/20/2006) |
| 01/23/2006 | | NOTICE of Hearing on Motion 52 MOTION to Dismiss *and Default for Failure to Respond to Discovery and to Give Deposition Testimony*: Motion Hearing set for WED. 1/25/2006 02:00 PM before Judge William G. Young. (Smith, Bonnie) (Entered: 01/23/2006) |
| 01/24/2006 | 55 | Judge William G. Young : ORDER entered on Motion 42 DENIED. (Paine, Matthew) (Entered: 01/24/2006) |

| 01/24/2006 | 56 | RESPONSE to Motion re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Rudy K. Meiselman. (Attachments: # 1 Affidavit)(Kazarian, Charles) (Entered: 01/24/2006) |
|---|---|---|
| 01/25/2006 | 57 | MEMORANDUM in Opposition re 49 MOTION for Summary Judgment filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/25/2006) |
| 01/25/2006 | 58 | AFFIDAVIT of Counsel in Opposition re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/25/2006) |
| 01/25/2006 | 59 | MEMORANDUM in Opposition re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/25/2006) |
| 01/25/2006 |  | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 1/25/2006 re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Rudy K. Meiselman,, 49 MOTION for Summary Judgment filed by Indianapolis Life Insurance Company,, 52 MOTION to Dismiss *and Default for Failure to Respond to Discovery and to Give Deposition Testimony* filed by Indianapolis Life Insurance Company,. After heqaring the court denies the request to remove the default, denies the motion for entry of judgment and takes UNDER ADVISEMENT the Motion for Summary Judgment(Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/26/2006) |
| 01/26/2006 | 60 | Supplemental MEMORANDUM in Opposition re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/26/2006) |
| 01/26/2006 |  | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Final Pretrial Conference held on 1/26/2006. The Court holds a hearing on the Motion for removal of default. After hearing the Court denies the request for removal of default. The court orders the Plaintiff's Motion for Summary Judgment, Allowed. The parties are to prepare a form of judgment for submittal to the court. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/27/2006) |

| | | |
|---|---|---|
| 01/27/2006 | 61 | Judge William G. Young : ORDER entered. JUDGMENT in favor of Plaintiff against Defendants(Smith, Bonnie) (Entered: 01/27/2006) |
| 01/31/2006 |  | Remark: In light of this case closing, the Mediation scheduled before Magistrate Judge Robert B. Collings on 2/21/06 is CANCELLED. (Dolan, Kathleen) (Entered: 01/31/2006) |
| 02/24/2006 | 62 | NOTICE OF APPEAL by All Defendants. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/16/2006. (Murphy, Wayne) (Entered: 02/24/2006) |
| 03/03/2006 | 63 | Proposed Document(s) submitted by Rudy K. Meiselman. Document received: Proposed First Execution. (Kazarian, Charles) (Entered: 03/03/2006) |
| 03/17/2006 |  | Filing fee: $ 255.00, receipt number 71161 for 62 Notice of Appeal. (Paine, Matthew) (Entered: 03/20/2006) |
| 03/23/2006 | 64 | TRANSCRIPT of Proceedings held on 1/25/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 03/23/2006) |
| 03/23/2006 | 65 | TRANSCRIPT of Proceedings held on 1/26/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 03/23/2006) |
| 03/28/2006 | 66 | US Marshal Process Receipt and Return for First Execution as to Gregg D. Caplitz, 120 Beacon Street, Chelsea MA served Delivered on 3/24/2006. (Paine, Matthew) (Entered: 03/28/2006) |