**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

PLAINTIFF: Indianapolis Life Insurance Company
COURT CASE NUMBER: 04-12481

DEFENDANT: Gregg D Caplitz, et al
TYPE OF PROCESS: Writ of attachment

FILED IN CLERKS OFFICE 2006 APR 28 A 10:05 U.S. DISTRICT COURT DISTRICT OF MASS

SERVE AT:
NAME: Suffolk County Register of Deeds (at 120 Beacon St, Chelsea, MA /342?, Page 143)
ADDRESS: 24 New Chardon St, Boston, MA 02114-9660

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Michele Carlucci, Esq
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal St.
Boston, MA 02110

Number of process to be served with this Form 285: one (1)
Number of parties to be served in this case: one (1)
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS: Recording Hours 9:00 am to 4:00 pm at Registry of Deeds

2006 APR 25 P 12:26 U.S. MARSHAL SERVICE BOSTON MA

Signature of Attorney: Michele Carlucci — PLAINTIFF
TELEPHONE NUMBER: 617-422-5300
DATE: 4/4/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

Total Process: 1
District of Origin: No. 38
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy [signature]
Date: 4/25/06

Date: 4/24/06
Signature of U.S. Marshal or Deputy: [signature]

Service Fee: 45.00
Total Charges: 45.00

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**         CIVIL ACTION NO. 04-12481WGY

To the United States Marshall for the District of Massachusetts or either of his Deputies:

WHEREAS Indianapolis Life Insurance Company has recovered judgment against Gregg D. Caplitz on the 27th day of January for the sum of $650,297.01 debt or damage, pre-judgment interest in the amount of $48,121.98 and costs of this suit in the amount of $_____, as to us appears of record, whereof this First Execution remains to be done.

WE COMMAND YOU, therefore, that of the good and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $698,418.98 in the whole, with interest thereon at the rate of 4.37% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 31 day of March, 2006

SARA A. THORNTON
CLERK OF COURT

SEAL

By: /s/ Elizabeth Smith
Deputy Clerk



55322.1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

No. 04-12481-WGY  2005 FEB -3  A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

INDIANAPOLIS LIFE INSURANCE COMPANY,

Plaintiffs

v.

ROSALYN HERMAN, TRUSTEE, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, FINANCIAL
RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, GREGG D.
CAPLITZ, RUDY K. MEISELMAN, M.D. and
HOPE E. MEISELMAN,

Defendants

Bk: 39457 Pg: 51    Doc: ATT
Page: 1 of 7    04/26/2006 11:13 AM

### WRIT OF ATTACHMENT

We command you to attach the goods or estate of **Gregg D. Caplitz of 120 Beacon Street, Chelsea, Massachusetts** to the value of **$650,297.01**, together with interest and costs, as prayed for by Indianapolis Life Insurance Company of Indianapolis, Indiana, whose attorney is William B. Bogaert, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP in an action brought by said Indianapolis Life Insurance Company against said Gregg D. Caplitz in the United States District Court for the District of Massachusetts, and make due return of this writ with your doing thereon. Suvalle & Jodrey Associates has been appointed special process server for the purposes of this Writ of Attachment.

Signed as a sealed instrument this 2nd day of February, 2005.

I HEREBY ATTEST AND CERTIFY ON 2/9/05
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

TONY ANASTAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
By: /s/ Marie Bell
34004-1

William G. Young
Chief Justice Judge

Attested hereto
/s/ Francis M. Roache
Francis M. Roache

DOCKETED

13

```
*------------------------------------------------*
Official Receipt for Recording in:

        Suffolk Registry of Deeds
        24 New Chardon St.

        Boston, Massachusetts 02114

Issued To:
        W


                  Recording Fees
*------------------------------------------------*
Document                                Recording
Description   Number    Book/Page        Amount
*------------------------------------------------*
ATT           00046032  39457    51      $75.00
                                        --------
                                         $75.00
                Collected Amounts
*------------------------------------------------*
 Payment
 Type                                    Amount
*------------------------------------------------*
Check                   021598           $75.00
                                        --------
                                         $75.00

            Total Received  :           $75.00
       Less Total Recordings:           $75.00
                                        --------
            Change Due      :            $.00

                   Thank You
        FRANCIS M. ROACHE - Register of Deeds

        By: Anthony Taylor

           Receipt#   Date       Time
           0109807   04/26/2006  11:13a
```