## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY | ) ) |
| Plaintiff | ) |
| vs. | ) ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN | ) ) ) ) ) ) ) |
| Defendants | ) ) |
| RUDY K. MEISELMAN, M.D. | ) ) |
| Cross-Claim Plaintiff | ) |
| vs. | ) ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, and GREGG D. CAPLITZ | ) ) ) ) ) ) |
| Cross-Claim Defendants | ) |

## MOTION TO COMPEL ATTENDANCE AT DEPOSITION

Cross-claim plaintiff Rudy K. Meiselman hereby moves for an order compelling cross-claim defendant Gregg D. Caplitz to appear in the office of undersigned counsel to be deposed in connection with movant's effort to collect on the judgment entered by this court. As grounds therefore, movant states through counsel that he scheduled the deposition of Caplitz for April 18, 2006, with nearly a month's notice to Caplitz's counsel (see **FIRST AMENDED NOTICE OF DEPOSITION IN AID OF**

**EXECUTION** attached hereto). On April 13, 2006, undersigned counsel left a message with the answering service for Caplitz's counsel, advising that the deposition would be going forward as scheduled. There was no return contact from the office of Caplitz's counsel until the morning of April 18 at which time counsel informed me that he was starting a trial in Suffolk Superior Court on that day, and could not appear for the deposition.

Movant invokes the court's intervention to avoid the pattern of last minute cancellations by Caplitz's counsel which characterized the parties' attempts to schedule the deposition of cross-claim defendant Rosalind Herman in Las Vegas, and which last minute cancellations have begun anew. Movant hereby requests that the court:

1. Order that Caplitz provide undersigned counsel with the documents requested in Schedule A of the First Amended Notice Of Deposition In Aid Of Execution not later than May 10, 2006;

2. Order that Caplitz appear in the office of undersigned counsel to be deposed on May 16, 2006 at 2:00 pm;

3. Order that Caplitz pay $150.00 to undersigned counsel for the stenographer's late cancellation fee he has incurred;

4. Enter such further orders as may be required to ensure compliance by Caplitz.

Dated: May 1, 2006

RUDY K. MEISELMAN
By his attorney
/s/Charles P. Kazarian
_____
77 N. Washington Street
Boston, MA 02114 (617) 723-6676
BBO: 262660

## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>         Plaintiff<br>vs.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN<br>         Defendants<br>_____<br><br>RUDY K. MEISELMAN, M.D.<br><br>         Cross-Claim Plaintiff<br>vs.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ<br>         Cross-Claim Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To:   Wayne R. Murphy, Esq.           William T. Bogaert, Esq.
      Murphy & Asociates              Wilson, Elser, Moskowitz
      600 Atlantic Avenue             Edelman & Dicker, LLP
      Boston, MA 02114                155 Federal Street
                                      Boston, MA 02110

**FIRST AMENDED NOTICE OF DEPOSITION IN AID OF EXECUTION**

Please take notice that at **2:00 a.m.** on **April 18, 2006** at the office of undersigned

counsel, the cross-claim plaintiff in this action, Rudy K. Meiselman, by his attorney,

Charles P. Kazarian, will take the deposition upon oral examination of Gregg D. Caplitz.

This deposition was previously and erroneously noticed for April 17, 2006, which is a holiday. It will take place before a Notary Public in and for the Commonwealth of Massachusetts or before any other officer authorized by law to administer oaths, and will continue from day to day until completed. You are invited to attend and cross-examine.

The deponent shall bring with him all documents set forth in the attached Schedule A.


Dated: March 13, 2006    RUDY K. MEISELMAM
  By his attorney,
  LAW OFFICE OF CHARLES P. KAZARIAN, P.C.

   /s/Charles P. Kazarian
  _____
  Charles P. Kazarian, Esquire
  77 North Washington Street
  Boston, Massachusetts 02114
  BBO#: 262660
  (617) 723-6676

## SCHEDULE A

1. Signed copies of all state and federal tax returns filed by you in 2001, 2002, 2003, 2004 and 2005.

2. Copies of all Form W-2s issued to you in 2001, 2002, 2003, 2004 and 2005.

3. Copies of all Form 1099s issued to you in 2001, 2002, 2003, 2004 and 2005.

4. Copies of all deeds to real estate in which you have any legal or equitable interest, in whole or in part.

5. Copies of all mortgages and liens recorded against any and all real estate referred to in paragraph 4 above.

6. Copies of the latest real estate tax bill issued in connection with any and all real estate referred to in paragraph 4 above.

7. Copies of the excise tax bills on any motor vehicle owned or leased by you.

8. Copies of the most recent bank statement for any bank account in which you have any interest.

9. Copies of any and all statements from any brokerage, investment house or the like listing securities of any kind owned by you in the past three years.

10. Copies of any and all current statements from any brokerage, investment house or the like listing securities of any kind owned by you now.

11. Copies of any contracts of any kind pursuant to which you expect to receive payment for services rendered or to be rendered.

12. Copies of any and all agency agreements with all insurance companies for whom you have provided any services or with whom you have placed insurance for third parties in the past three years.

13. Evidence of all commissions you have received for placement or renewal in the past three years in connection with any insurance policy.

14. Copies of any and all trust documents pertinent to any beneficial interest you may have in any trust of any kind.