Case 1:04-cv-12481-WGY     Document 72     Filed 05/18/2006     Page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-112481-WGY

INDIANAPOLIS LIFE INSURANCE COMPANY,

Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES
NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D.
CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN

Defendants

---

RUDY K. MEISELMAN, M.D.,

Cross-Claim Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES
NETWORK, INC., PROFIT SHARING PLAN AND TRUST, and GREGG D.
CAPLITZ,

Cross-Claim Defendants

**ORDER ON**

**MOTION TO COMPEL ATTENDANCE AT DEPOSITION**

**(Docket # 69 )**

ALEXANDER, M.J.

This case is before this Court for a ruling on cross-claim plaintiff Rudy K. Meiselman's motion to compel cross-claim defendant Gregg D. Caplitz's attendance at a deposition. On January 27, 2006, the District Court (Young, J.) entered a judgment in favor of, *inter alia*, Dr. Meiselman, awarding Dr. Meiselman $ 938,640.14 plus costs and both pre- and post-judgment interest. Dr. Meiselman now seeks to depose Mr. Caplitz in connection with collecting that judgment.

According to Dr. Meiselman's motion, a deposition had been scheduled for April 18, 2006. Five days prior, on April 13, 2006, counsel for Dr. Meiselman left a message for counsel for Mr. Caplitz that the deposition would go forward as scheduled. Mr. Caplitz's counsel did not respond to the message until the morning of April 18, when he contacted Dr. Meiselman's counsel to state that he was starting a trial that day and so could not appear for the deposition. Although it does not appear that Dr. Meiselman's counsel has since tried to re-schedule the deposition, his motion indicates that Mr. Caplitz's counsel has engaged in similar conduct in the past.

No opposition to the motion has been filed. Although the date for which Dr. Meiselman sought to re-schedule the deposition, through Court order, has

passed, the Court ALLOWS the motion. Mr. Caplitz is directed to appear for his deposition on a date and time to be determined by the parties, but no later than thirty days from entry of this Order. He is furthermore directed to provide Dr. Meiselman's counsel with the documents requested in Schedule A of the First Amended Notice of Deposition in Aid of Execution no later than five days prior to the date of the deposition. Finally, Mr. Caplitz's counsel is ordered to reimburse Dr. Meiselman's counsel for the stenographer's late cancellation fee incurred when the April 18, 2006, deposition was abruptly cancelled.

SO ORDERED.

5/18/06
Date

United States Magistrate Judge