### DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>          Plaintiff<br>vs.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RUDY K. MEISELMAN, M.D.<br><br>          Cross-Claim Plaintiff<br>vs.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, and GREGG D. CAPLITZ<br>          Cross-Claim Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO AMEND ORDER ALLOWING MOTION
### TO COMPEL ATTENDANCE AT DEPOSITION

On May 19, 2006 Magistrate Judge Alexander allowed, without opposition, a motion to compel attendance at a deposition in aid of execution that cross-claim plaintiff Meiselman filed with the court on or about May 1, 2006. In the intervening period, the dates requested by movant and assumed within the order have expired. Movant requests that the court amend Judge Alexander's order only to insert future dates, as follows:

1. Order that Caplitz provide undersigned counsel with the documents requested in Schedule A of the <u>First Amended Notice Of Deposition In Aid Of Execution</u> not later than 5:00 p.m. on May 31, 2006;

2. Order that Caplitz appear in the office of undersigned counsel to be deposed on June 6, 2006 at 2:00 pm;

3. Order that Caplitz pay $150.00 to undersigned counsel for the stenographer's late cancellation fee he has incurred;

4. Enter such further orders as may be required to ensure compliance by Caplitz.

Dated: May 19, 2006　　　　　　　　　　RUDY K. MEISELMAN
　　　　　　　　　　　　　　　　　　　By his attorney
　　　　　　　　　　　　　　　　　　　/s/Charles P. Kazarian
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　77 N. Washington Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02114 (617) 723-6676
　　　　　　　　　　　　　　　　　　　BBO: 262660