UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-112481-WGY

INDIANAPOLIS LIFE INSURANCE COMPANY,

Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN

Defendants

---

RUDY K. MEISELMAN, M.D.,

Cross-Claim Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, and GREGG D. CAPLITZ,

Cross-Claim Defendants

**ORDER ON**

**MOTION TO AMEND ORDER ALLOWING MOTION
TO COMPEL ATTENDANCE AT DEPOSITION**

**(Docket # 73 )**

ALEXANDER, M.J.

On May 18, 2006, this Court entered an Order allowing cross-claim plaintiff Rudy K. Meiselman's motion to compel cross-claim defendant Gregg D. Caplitz's attendance at a deposition ("the Order"). The Order granted Dr. Meiselman all of the relief that he sought in his motion to compel other than his request that the deposition take place on May 16, 2006, because that date had already passed when the Court issued the Order on May 18, 2006. The Court instead gave the parties thirty (30) days from the date of the Order, or until June 19, 2006, in which to arrange for and take Mr. Caplitz's deposition. Nonetheless, Dr. Meiselman has now filed the extant motion to amend, asking the Court to insert certain dates for the taking of Mr. Caplitz's deposition and for the provision of documents related to the deposition. The motion to amend is DENIED. The parties have until June 19, 2006, to arrange for and take Mr. Caplitz's deposition, as previously directed.

SO ORDERED.

5/23/06
Date

United States Magistrate Judge