## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY | )<br>)<br>) |
| Plaintiff | ) |
| vs. | )<br>) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants | ) |
| | ) |
| RUDY K. MEISELMAN, M.D. | )<br>) |
| Cross-Claim Plaintiff | ) |
| vs. | )<br>**)** |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, and GREGG D. CAPLITZ | )<br>)<br>)<br>)<br>)<br>) |
| Cross-Claim Defendants | ) |

### MOTION TO COMPEL THE ATTENDANCE AT DEPOSITION OF CROSSCLAIM DEFENDANTS ROSALIND HERMAN, AND GREGG CAPLITZ, AND FOR CONTEMPT SANCTIONS

Cross-claim plaintiff Rudy K. Meiselman hereby moves for an order compelling cross-claim defendants Rosalind Herman and Gregg Caplitz to appear in the office of undersigned counsel to be deposed in connection with Meiselman's effort to collect on the judgment entered by this court against Herman and Caplitz. As grounds therefore, Meiselman states that undersigned counsel scheduled Herman's deposition for July 6,

2006, with proper notice to her counsel dated June 22, 2006(see <u>Notice of Deposition in Aid of Execution</u> attached hereto as Exhibit A). Herman failed to appear, and her counsel claimed he failed to receive the notice. (see letter of July 5, 2006 from Charles P. Kazarian, P.C. to Wayne Murphy, Esq. attached hereto as Exhibit B).

By hand delivery on July 5, 2006, undersigned counsel served Attorney Murphy with another notice of deposition for Herman to take place on July 13, 2006.(see, <u>Re-Notice of Deposition in Aid of Execution</u>, attached hereto as Exhibit C). Again Herman failed to appear. Neither Herman nor her attorney made any effort whatsoever to contact undersigned counsel to explain Herman's blatant disregard of her obligation to sit for her deposition.

**Herman's co-defendant, Gregg Caplitz, also continues to disregard deposition notices and the order of this court. He has still neither sat for his deposition in aid of execution, not provided any of the documents he was ordered to produce by Magistrate Judge Alexander in May, 2006. Court Document No. _____. Caplitz has continued to ignore Judge Alexander's order despite the efforts of undersigned counsel to obtain his compliance.** Crossclaim plaintiff requires the Court's assistance to impress upon Caplitz, Herman and their attorney that they are not free to ignore deposition notices and court orders, and asks that the Court:

1. Order that Caplitz and Herman each provide undersigned counsel with the documents requested in Schedule A of their respective notices of deposition not later than October 2, 2006.

2. Order that Caplitz appear in the office of undersigned counsel to be deposed on October 9, 2006 at 10:00 a.m;

3. Order that Herman appear in the office of undersigned counsel to be deposed on October 9, 2006 at 2:00 pm;

4. Find Caplitz and Herman in contempt of court, and enter appropriate sanctions, including but not limited to attorney's fees and costs

5. Enter such further orders as may be required to ensure compliance by Caplitz, and Herman, to include requiring their personal appearances in any hearing set by the court pursuant to this motion, and that copies of all Schedule A described above be brought to court with them.

Dated: September 15, 2006            RUDY K. MEISELMAN

                                            By his attorney
/s/Charles P. Kazarian

_____
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
77 N. Washington Street
Boston, MA 02114
(617) 723-6676
BBO: 262660

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY | ) ) |
| Plaintiff | ) |
| vs. | ) ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN | ) ) ) ) ) ) ) |
| Defendants | ) |
| | ) |
| RUDY K. MEISELMAN, M.D. | ) ) |
| Cross-Claim Plaintiff | ) |
| vs. | ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ | ) ) ) ) ) ) |
| Cross-Claim Defendants | ) |

To:   Wayne R. Murphy, Esq.              William T. Bogaert, Esq.
      Murphy & Asociates                 Wilson, Elser, Moskowitz
      600 Atlantic Avenue                Edelman & Dicker, LLP
      Boston, MA 02114                   155 Federal Street
                                         Boston, MA 02110

**NOTICE OF DEPOSITION IN AID OF EXECUTION**

**(Rosalind Herman)**

Please take notice that at **2:00 p.m.** on **July 6, 2006** at the office of undersigned counsel, the cross-claim plaintiff in this action, Rudy K. Meiselman, by his attorney, Charles P. Kazarian, will take the deposition upon oral examination of Rosalind Herman.

It will take place before a Notary Public in and for the Commonwealth of Massachusetts or before any other officer authorized by law to administer oaths, and will continue from day to day until completed. You are invited to attend and cross-examine.

The deponent shall bring with her all documents set forth in the attached **Schedule A**.

Dated:  June 22, 2006         RUDY K. MEISELMAM
                              By his attorney,
                              LAW OFFICE OF CHARLES P. KAZARIAN, P.C.

                               /s/Charles P. Kazarian
                              _____
                              Charles P. Kazarian, Esquire
                              77 North Washington Street
                              Boston, Massachusetts 02114
                              BBO#: 262660
                              (617) 723-6676

**SCHEDULE A**

1. Signed copies of all state and federal tax returns filed by you in 2001, 2002, 2003, 2004 and 2005.

2. Copies of all Form W-2s issued to you in 2001, 2002, 2003, 2004 and 2005.

3. Copies of all Form 1099s issued to you in 2001, 2002, 2003, 2004 and 2005.

4. Copies of all deeds to real estate in which you have any legal or equitable interest, in whole or in part.

5. Copies of all mortgages and liens recorded against any and all real estate referred to in paragraph 4 above.

6. Copies of the latest real estate tax bill issued in connection with any and all real estate referred to in paragraph 4 above.

7. Copies of the excise tax bills on any motor vehicle owned or leased by you.

8. Copies of the most recent bank statement for any bank account in which you have any interest.

9. Copies of any and all statements from any brokerage, investment house or the like listing securities of any kind owned by you in the past three years.

10. Copies of any and all current statements from any brokerage, investment house or the like listing securities of any kind owned by you now.

11. Copies of any contracts of any kind pursuant to which you expect to receive payment for services rendered or to be rendered.

12. Copies of any and all agency agreements with all insurance companies for whom you have provided any services or with whom you have placed insurance for third

parties in the past three years.

13. Evidence of all commissions you have received for placement or renewal in the past three years in connection with any insurance policy.

14. Copies of any and all trust documents pertinent to any beneficial interest you may have in any trust of any kind.

15. Copies of all documents generated in connection with any sale or re-finance of any real estate owned by you in whole or in part during 2002-2006.

16. Copies of any and all homestead exemptions filed by you or on your behalf in connection with any real estate owned by you in whole or in part.

17. Copies of all credit card bills and statements for the past three years for each and every credit card active in your name during 2002 to the present.

18. Any and all statements of your net worth generated by you or on your behalf from 2002 to the present.

19. All corporate income tax returns for Financial Resources Network, Inc. for 2002, 2003, 2004 and 2005.

20. Any and all balance sheets for Financial Resources Network, Inc. for 2002, 2003, 2004 and 2005.

21. Any and all profit and loss statements for Financial Resources Network, Inc. for 2002, 2003, 2004 and 2005.

22. Copies of all credit card bills and statements for the past three years for each and every credit card active in the name of Financial Resources Network, Inc. during 2002 to the present.

23. Any and all documents evidencing payment of money to Gregg Caplitz by Financial Resources Network, Inc. at all times from 2002 to the present.

-Page 3 of 3-

LAW OFFICE OF
## CHARLES P. KAZARIAN, P.C.
77 NORTH WASHINGTON STREET
Suite 200
BOSTON, MASSACHUSETTS, 02114

| | |
|---|---|
| CHARLES P. KAZARIAN, P.C. | TELEPHONE (617) 723-6676 |
| INTERNET: kazchaz@aol.com | FACSIMILE  (617) 723-8170 |

July 5, 2006

**BY HAND**
Wayne R. Murphy, Esq.
Murphy & Asociates
600 Atlantic Avenue
Boston, MA 02114

Dear Mr. Murphy:

    I learned today from your associate, Andrea, that you file does not contain the letter and notice I sent to you by hand on June 22, 2006 regarding the deposition in aid of execution of your client, Rosalind Herman, scheduled for tomorrow. Enclosed please find another copy of the June 22 notice and my cover letter of that date, along with the proof of delivery by my courier on that date.

    There is no doubt in my mind that your office received the original notice on June 22, 2006. Nevertheless, I have called off the deposition, and enclosed please find a re-notice of Mrs. Herman's deposition for **July 13, 2006 at 9:00 a.m**. in my office.

    Any problems you or your clients may have with that date or time will have to be addressed to the court, by motion, as my client's tolerance for the delay and stalling tactics has been exhausted.

                            Very truly yours,

                              Charles P. Kazarian

encs.
cc:    W. Bogaert, Esq.
        R. Meiselman, M.D.

## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY | ) ) |
| Plaintiff | ) |
| vs. | ) ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN | ) ) ) ) ) ) ) |
| Defendants | ) ) |
| RUDY K. MEISELMAN, M.D. | ) ) |
| Cross-Claim Plaintiff | ) |
| vs. | ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ | ) ) ) ) ) ) |
| Cross-Claim Defendants | ) |

To:  Wayne R. Murphy, Esq.  
      Murphy & Asociates  
      600 Atlantic Avenue  
      Boston, MA 02114  

William T. Bogaert, Esq.  
Wilson, Elser, Moskowitz  
Edelman & Dicker, LLP  
155 Federal Street  
Boston, MA 02110  

**RE-NOTICE OF DEPOSITION IN AID OF EXECUTION**

**(Rosalind Herman)**

Please take notice that at **9:00 a.m.** on **July 13, 2006** at the office of undersigned

counsel, the cross-claim plaintiff in this action, Rudy K. Meiselman, by his attorney,

Charles P. Kazarian, will take the deposition upon oral examination of Rosalind Herman.

It will take place before a Notary Public in and for the Commonwealth of Massachusetts or before any other officer authorized by law to administer oaths, and will continue from day to day until completed. You are invited to attend and cross-examine.

The deponent shall bring with her all documents set forth in the attached **Schedule A**.

Dated: July 5, 2006    RUDY K. MEISELMAM
By his attorney,
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.

_____
Charles P. Kazarian, Esquire
77 North Washington Street
Boston, Massachusetts 02114
BBO#: 262660
(617) 723-6676

## SCHEDULE A

1. Signed copies of all state and federal tax returns filed by you in 2001, 2002, 2003, 2004 and 2005.

2. Copies of all Form W-2s issued to you in 2001, 2002, 2003, 2004 and 2005.

3. Copies of all Form 1099s issued to you in 2001, 2002, 2003, 2004 and 2005.

4. Copies of all deeds to real estate in which you have any legal or equitable interest, in whole or in part.

5. Copies of all mortgages and liens recorded against any and all real estate referred to in paragraph 4 above.

6. Copies of the latest real estate tax bill issued in connection with any and all real estate referred to in paragraph 4 above.

7. Copies of the excise tax bills on any motor vehicle owned or leased by you.

8. Copies of the most recent bank statement for any bank account in which you have any interest.

9. Copies of any and all statements from any brokerage, investment house or the like listing securities of any kind owned by you in the past three years.

10. Copies of any and all current statements from any brokerage, investment house or the like listing securities of any kind owned by you now.

11. Copies of any contracts of any kind pursuant to which you expect to receive payment for services rendered or to be rendered.

12. Copies of any and all agency agreements with all insurance companies for whom you have provided any services or with whom you have placed insurance for third

parties in the past three years.

13. Evidence of all commissions you have received for placement or renewal in the past three years in connection with any insurance policy.

14. Copies of any and all trust documents pertinent to any beneficial interest you may have in any trust of any kind.

15. Copies of all documents generated in connection with any sale or re-finance of any real estate owned by you in whole or in part during 2002-2006.

16. Copies of any and all homestead exemptions filed by you or on your behalf in connection with any real estate owned by you in whole or in part.

17. Copies of all credit card bills and statements for the past three years for each and every credit card active in your name during 2002 to the present.

18. Any and all statements of your net worth generated by you or on your behalf from 2002 to the present.

19. All corporate income tax returns for Financial Resources Network, Inc. for 2002, 2003, 2004 and 2005.

20. Any and all balance sheets for Financial Resources Network, Inc. for 2002, 2003, 2004 and 2005.

21. Any and all profit and loss statements for Financial Resources Network, Inc. for 2002, 2003, 2004 and 2005.

22. Copies of all credit card bills and statements for the past three years for each and every credit card active in the name of Financial Resources Network, Inc. during 2002 to the present.

23. Any and all documents evidencing payment of money to Gregg Caplitz by Financial Resources Network, Inc. at all times from 2002 to the present.

-Page 3 of 3-

Case 1:04-cv-12481-WGY     Document 76-4     Filed 09/15/2006     Page 6 of 6