DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY Plaintiff vs. ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| RUDY K. MEISELMAN, M.D. Cross-Claim Plaintiff vs. ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, and GREGG D. CAPLITZ Cross-Claim Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**EMERGENCY MOTION FOR CONTEMPT**

Cross-claim plaintiff Rudy K. Meiselman moved for an order on September 15, 2006 (Document No. 76) compelling cross-claim defendants Rosalind Herman and Gregg Caplitz to provide certain financial documents by October 2, 2006 and appear on October 9, 2006 to be deposed in connection with Meiselman's effort to collect on the judgment entered by this court against Herman and Caplitz.. This Court granted the motion on September 26, 2006, and electronically notified counsel of same. Nevertheless, Caplitz

and Herman have failed to produce any documents whatsoever to undersigned counsel's office by October 2, 2006. Still, as of today (October 4, 2006, 5:00 p.m) no such documents have been produced, and Meiselman cannot go forward with the depositions without the documents.

It is absolutely clear that neither Caplitz, nor Herman, nor their counsel take the orders of this court seriously. Caplitz and his counsel ignored the order of Magistrate Alexander (Document No. 72) to provide the same documents and appear for the same deposition in aid of execution that plaintiff has been trying to compel for many months. This Court is again asked to take forceful steps against Caplitz, Herman and their counsel to impress upon them that they are not free to ignore deposition notices and court orders, and asks that the Court:

1. Order that Caplitz and Herman each ***personally*** appear, with counsel on October 9, 2006 at 2:00 to show cause why they should not be held in contempt of court; and

2. after hearing, find them in contempt of court, enter such sanctions as deemed warranted by the court, and enter such further orders as may be necessary to ensure their compliance with outstanding deposition notices and document requests.

Dated: October 4, 2006     RUDY K. MEISELMAN
                           By his attorney

                           /s/Charles P. Kazarian
                           _____
                           LAW OFFICE OF CHARLES P. KAZARIAN,
                           P.C.            BBO: 262660
                           77 N. Washington Street
                           Boston, MA 02114