UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV- 12481-WGY

INDIANAPOLIS LIFE INSURANCE COMPANY,

Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES
NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D.
CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN

Defendants

---

RUDY K. MEISELMAN, M.D.,

Cross-Claim Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES
NETWORK, INC., PROFIT SHARING PLAN AND TRUST, and GREGG D.
CAPLITZ,

Cross-Claim Defendants

## ORDER ON

## EMERGENCY MOTION FOR CONTEMPT

**(Docket # 78 )**

ALEXANDER, M.J.

On November 20, 2006, this Court held a show cause hearing related to cross-claim plaintiff Rudy K. Meiselman's Emergency Motion for Contempt (hereinafter "cross-claim plaintiff"). The crux of cross-claim plaintiff's motion stems from the failure of cross-claim defendants Rosalyn Herman and Gregg D. Caplitz ("cross-claim defendants") to comply with various orders of this Court to produce documents and submit to depositions.

During the hearing, the parties informed the Court that they agreed to a production of the sought documents on or before November 27, 2006, to holding Mr. Caplitz's deposition on December 8, 2006 at 9:00 a.m., and conditionally agreed to hold Ms. Herman's deposition on December 20, 2006 if another deposition she is scheduled to attend in Nevada does not proceed. In light of the cross-claim defendants' obfuscatory behavior, the Court warned counsel during the hearing, and reiterates now, that cross-claim defendants' failure to provide documents or submit to depositions per the above-mentioned agreement will be met with sanctions, possibly including the issuance of arrest warrants.

Further, as previously ordered by this Court, counsel for cross-claim defendants acknowledged without argument that cross-claim defendants were responsible for paying the reasonable costs and attorneys fees associated with the making of cross-

2

claim plaintiff's Emergency Motion for Contempt, including preparation for and attendance at both the October 18, 2006 and November 20, 2006 hearings.

SO ORDERED.

11/22/06
Date

United States Magistrate Judge

3