09-1248
USDC/MA
Young, W.

# United States Court of Appeals
## For the First Circuit

No. 06-1722

INDIANAPOLIS LIFE INSURANCE COMPANY,



Plaintiff, Appellee,

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC.
PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES
NETWORK, INC. PROFIT SHARING PLAN TRUST, AND
GREGG D. CAPLITZ,

Defendants, Appellants,

RUDY K. MEISELMAN, M.D. AND HOPE MEISELMAN,

Defendants, Appellees.

**JUDGMENT**

Entered: November 9, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgments are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 11/30/06

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Ms. Calucci, Mr. Bogaert, Mr. Murphy, & Mr. Kazarian.]