UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-12481-WGY

_____
                                                                  )
INDIANAPOLIS LIFE INSURANCE COMPANY                               )
                  Plaintiff                                       )
  v.                                                              )
                                                                  )
ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC.       )
PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK,       )
INC. PROFIT SHARING PLAN TRUST, GREGG D. CAPLITZ,                 )
                                                                  )
                  Defendants                                      )
_____)

MOTION OF DEFENDANTS ROSALIND HERMAN, TRUSTEE FINANCIAL RESOURCES
NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES
NETWORK, INC. PROFIT SHARING PLAN AND TRUST
TO STAY ENFORCEMENT OF JUDGMENT

NOW COME the defendants Rosalind Herman, Trustee Financial Resources Network, Inc. Profit Sharing Plan and Trust and Financial Resources Network, Inc. Profit Sharing Plan and Trust and respectfully moves this Honorable Court to enter a Stay of any/all attempts to enforce the Judgment entered by this Court on the Cross-Claim brought by defendants Rudy and Hope Meiselman. Said Judgment, entered by way of a default judgment was entered by this Court on or about January 27, 2006. In support of this motion the defendants state the following:

1. In November, 2004 Rudy Meiselman initiated an action captioned *Rudy K. Meiselman v. Financial Resources Network, et al No. 04-12304 WGY*. The action was dismissed with the filing of a Stipulation of Dismissal on or about December 10, 2004; and

-1-   MURPHY & ASSOCIATES, P.C.
      600 ATLANTIC AVENUE
      BOSTON, MA 02210
      (617) 227-7777

2. The Stipulation of Dismissal was predicated upon the execution of both a Settlement Agreement and Release by the parties to the action. *See Settlement Agreement Attached and Release;* and

3. The Settlement Agreement, in paragraph 4 contracted for the " …dismissal with prejudice…" of the pending action; and

4. The executed release provide, in part, "…[that the Meiselmans] release Rosalind Herman, individually and as Trustee of the Financial Resources Network, Inc. Profit Sharing… from any and all causes of action, all manner of actions,…suits…judgments, executions,…and any and all other damages …whatsoever, past, present and future…which directly or indirectly arise from…(1) the subject matter of the [2004 action] …including[claims] fro breach of contract, breach of fiduciary duty, and/or any claims, whether under ERISA or otherwise… [Meiselman] further …promise[d] never to assert any and all claims they may have or might have against FRN…; and

5. In its Cross-Claim in the instant matter, Meiselman acted in direct violation of the Settlement Agreement, Release and Stipulation of Dismissal; and

6. Herman, Trustee, et al have filed an action to enforce the Settlement Agreement. Said action is pending before this Court with a running trial date of March 5, 2007. *See C.A. No. 06-10344-WGY;* and

7. With the trial date being less than ninety (90) days away it makes sense to enter an order staying all attempts at enforcing the judgment in this matter; and

8. The judgment in the instant matter is not adjudication upon the merits. Rather, the judgment was entered as a default judgment; and

9. The interests of justice, in light of the particular facts and circumstances of this matter, suggest that the requested Stay should be granted.

WHEREFORE, the defendants Rosalind Herman, Trustee Financial Resources Network, Inc. Profit Sharing Plan and Trust and Financial Resources Network, Inc. Profit Sharing Plan and Trust respectfully pray this Honorable Court allow the within Motion to Stay.

>Respectfully submitted
>Rosalind Herman, Trustee, Financial Resources
>Network, Inc. Profit Sharing Plan and Trust, Financial
>Resources Network, Inc. Profit Sharing Plan and Trust
>By their attorney
>____/s Wayne R. Murphy
>Wayne R. Murphy/BBO#557658
>Murphy & Associates, P.C.
>600 Atlantic Avenue
>Boston, MA 02210
>(617) 227-7777