UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-12481-WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>Plaintiff<br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN TRUST, GREGG D. CAPLITZ,<br><br>Defendants | ) ) ) ) ) ) ) ) ) ) ) |

EMERGENCY MOTION OF ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST TO CORRECT EXECUTION

NOW COME the defendants Rosalind Herman, Trustee Financial Resources Network, Inc. Profit Sharing Plan and Trust and Financial Resources Network, Inc. Profit Sharing Plan and Trust and respectfully moves this Honorable Court to correct the Execution issued in this matter to accurately reflect the judgment entered in this matter. Specifically, the defendants respectfully request that this Honorable Court enter an Order correcting the Execution to accurately reflect that the judgment entered in this matter was against Rosalind Herman, *Trustee* (emphasis supplied). In support of this motion the defendants states as follows:

1. The Judgment entered in this matter, in its relevant portion was entered against Rosalind Herman, Trustee; and

2. For unknown reasons, the Execution prepared by counsel for cross-claimant Rudy Meiselman, and subsequently endorsed by this Court lists the judgment debtor as Rosalind Herman. The "Trustee" qualifier is omitted; and

-1-     MURPHY & ASSOCIATES, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210
(617) 227-7777

3. Counsel for Meiselman has taken the Execution and used it to initiate enforcement actions in a foreign jurisdiction (Nevada); and

4. In the filing of the Application for Foreign Judgment, counsel for Meisleman has not indicated to the Nevada Court that the Judgment supporting the Execution was entered against Rosalind Herman, Trustee; and

5. This inaccuracy by and between the Judgment and the Execution has caused Rosalind Herman significant harm and injury in Nevada, her state of residence.

WHEREFORE, the defendants respectfully request this Honorable Court allow the within Motion to Correct Execution.

Respectfully submitted
Rosalind Herman, Trustee, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust
By their attorney
/s *Wayne R. Murphy*
Wayne R. Murphy/BBO#557658
Murphy & Associates, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 227-7777