LAW OFFICE OF
# CHARLES P. KAZARIAN, P.C.
77 NORTH WASHINGTON STREET
Suite 200
BOSTON, MASSACHUSETTS, 02114

CHARLES P. KAZARIAN, P.C.                                        TELEPHONE (617) 723-6676
INTERNET: kazchaz@aol.com                                        FACSIMILE  (617) 723-8170


December 15, 2006


**By Facsimile, Email, and Regular Mail**
Wayne Murphy, Esq.
Murphy & Associates, P.C.
600 Atlantic Avenue
Boston, MA 02110

    Re:    <u>Indianapolis Life v. Herman, et al.</u>
             United States District Court
             Civil Action No. 04-12481WGY
.
Dear Mr. Murphy:

    Your clients are inexcusably and completely in contempt of Magistrate Judge Alexander's November 22, 2006 order (Document No. 78) as follows:

    1. You have not rendered payment on the invoice I sent you on November 24, 2006 (copy attached again hereto).

    2. Rosalind Herman has produced no financial records at all, either for herself or her company, Financial Resources Network.

    3. Gregg Caplitz has produced virtually no financial records, and has ignored several of the categories of documents demand in the Schedule A to his deposition notice, but claims that you failed to tell him what he had to produce until November 27, 2006, despite that you received many identical notices from me over the eight months that clearly spelled out the schedule of documents required to be produced. Even if this ridiculous story is true, it means that he has had nearly three weeks to produce basic financial information, but has failed to do so.

    To make matters worse, Caplitz testified in his deposition last week to a fraudulent income-shifting scheme between himself and Rosalind Herman. As you recall, Caplitz testified that for all of the insurance commission income he has earned and received for at least the past decade, he has reported exactly none of it on his tax returns,

Wayne R. Murphy, Esq.
December 15, 2006
Page 2


and has paid all of that income over to Herman's various companies as repayment of alleged loans that they made to him, for which no records at all have been produced.

  I intend to seek the intervention of the court, so that Judge Young or Judge Alexander can determine whether your clients should be jailed for contempt, a possibility that Judge Alexander orally and in writing advised your clients they might face if they did not comply with her order.

          Very truly yours,

          /s/ Charles P. Kazarian

          Charles P. Kazarian

cc: Hon. William G. Young
   Rudy Meiselman
   William Bogaert, Esq.