DISTRICT OF MASSACHUSETTS

INDIANAPOLIS LIFE INSURANCE COMPANY
      Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. and HOPE E. MEISELMAN
      Defendants

RUDY K. MEISELMAN, M.D.
      Cross-Claim Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and GREGG D. CAPLITZ
      Cross-Claim Defendants

FILED
in Open Court
USDC, Mass
Date 12/21/06
By _____
Deputy Clerk

CIVIL ACTION NO. 04-12481WGY

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    The undersigned, Robert D. Cohan hereby appears as attorney for the defendants and cross-claim defendants, Rosalind Herman, Trustee, Financial Resources Network, Inc., Profit Sharing Plan and Trust, and Financial Resources Network, Inc., Profit Sharing Plan and Trust.

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand/mail on 12/21/06

Robert D. Cohan, Esquire (BBO #088300)
Cohan Rasnick Myerson LLP
One State Street, Suite 1200
Boston, MA 02109
(617) 742-1820