## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-12481WGY

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY | ) ) |
| Plaintiff | ) |
| vs. | ) ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEIESELMAN, M.D. AND HOPE E. MEISELMAN | ) ) ) ) ) ) ) |
| Defendants | ) ) |
| RUDY K. MEISELMAN, M.D. | ) ) |
| Cross-Claim Plaintiff | ) |
| vs. | ) ) |
| ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, and GREGG D. CAPLITZ | ) ) ) ) ) ) |
| Cross-Claim Defendants | ) |

### EMERGENCY MOTION OF CROSSCLAIM PLAINTIFF MEISELMAN FOR REAL ESTATE ATTACHMENT AGAINST CROSSCLAIM DEFENDANT ROSALIND HERMAN

Pursuant to Rule 64 of the Federal Rules of Civil Procedure, plaintiff moves this Court for an order approving attachment in the amount of $1,046,955.23 upon all of the right, title and interest in the real estate in Middlesex County, Massachusetts known as 27 Davis Road, Woburn, Massachusetts standing in the name of crossclaim defendant Rosalind Herman. In support of this motion plaintiff states that he has recovered

judgment ands execution jointly and severally against Herman and others in this court in the amount of $1,046,955.23, that there is no liability insurance which has been shown by Herman to be available to satisfy such judgment, and that not one cent of the execution has been paid to date.

The emergency nature of this motion is that if Herman is given sufficient time to do so, and given that she is currently in contempt of orders of this court and has done nothing to satisfy the execution against her, she will attempt to encumber the said real estate with debt or improve the position of the currently inadequate or defective homestead exemption she has already placed upon it..

In the alternative to the allowance of this motion *ex parte*, crossclaim plaintiff respectfully seeks a temporary order barring Herman from selling, borrowing against, transferring, encumbering or otherwise modifying or alienating any of her right title and interest in the subject property, or filing any additional homestead declaration, and an order of notice for hearing on the real estate attachment.

Dated: December 29, 2006    RUDY K. MEISELMAN

By his attorney
/s/Charles P. Kazarian

_____
LAW OFFICE OF CHARLES P. KAZARIAN, P.C.
77 N. Washington Street
Boston, MA 02114
(617) 723-6676
BBO: 262660