USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: INDIANAPOLIS LIFE INS (CROSSCLAIM PLAINTIFF RUDY K. MEISELMAN) | COURT CASE NUMBER: 04-12481-WGY |
| DEFENDANT: ROSALIND HERMAN, ET AL. | TYPE OF PROCESS: WRIT OF R.E. ATTACHMENT |

FILED CLERKS OFFICE 2007 JAN 10 P 2:52 U.S. DISTRICT COURT DISTRICT OF MASS

SERVE AT: NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
27 DAVIS ST. WOBURN, MASS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

CHARLES P. KAZARIAN, P.C.
77 N. WASHINGTON ST.
SIXTH FLOOR
BOSTON, MA 02114

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

- RECORD WRIT OF ATTACHMENT AT MIDDLESEX SOUTH REG. OF D.
- SERVE ON ROSALIND HERMAN, 27 DAVIS ST., WOBURN, MA

Signature of Attorney other Originator requesting service on behalf of: ☒ CROSSCLAIM PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617 723-6676
DATE: 1-4-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Peucima Aquino (clerk)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above):

Date: 1/8/07   Time: 12:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| $90.00 | 10 mi/$12.46 | | 102.46 | | |

REMARKS: Document # Description 00004276/48796/547
rec # 0691848

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

```
*------------------------------------------------*
Official Receipt for Recording in:

        Middlesex South Registry of Deeds
        208 Cambridge St.

        Cambridge, Massachusetts 02141

Issued To:
        W



                   Recording Fees
*------------------------------------------------*
Document                                Recording
Description  Number    Book/Page         Amount
*------------------------------------------------*
ATT          00004276  48796   547       $75.00
                                        ---------
                                         $75.00
                  Collected Amounts
*------------------------------------------------*
  Payment
  Type                                   Amount
*------------------------------------------------*
Check                  6320              $75.00
                                        ---------
                                         $75.00

            Total Received  :            $75.00
        Less Total Recordings:           $75.00
                                        ---------
            Change Due      :             $.00

                    Thank You
        EUGENE C. BRUNE - Register of Deeds

        By: Geucimar A

            Receipt#    Date      Time
            0691848  01/08/2007  12:16p
```