UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>    Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN<br>    Defendants<br><br>RUDY K. MEISELMAN, M.D.<br>    Cross-Claim Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and GREGG D. CAPLITZ<br>    Cross-Claim Defendants | CIVIL ACTION NO. 04-12481WGY |

AFFIDAVIT OF DANIEL GOODNESS
(Leave to File Granted on January 11, 2007)

Now comes Daniel Goodness and, under oath, deposes and says as follows:

  1.  I am an Enrolled Agent licensed by the Internal Revenue Service to prepare tax returns and represent tax payers in IRS proceedings. I am currently the President and owner of Bottom Line Specialists, Inc., which engages in the business of accounting, bookkeeping and tax services.

2. Since 1999, I have prepared the personal tax returns for Rosalind Herman ("Mrs. Herman") and also the tax returns for Financial Resources Network, Inc. ("FRNI"). I am also the Controller of FRNI.

3. Mrs. Herman's personal tax return for 2005 has not yet been prepared as it is on extension. The document does not exist. The extension ended October 2006, but this will not result in a penalty to Mrs. Herman because she has overpaid her taxes for 2005. I cannot finish the return without information from Financial Designing Consulting, Inc. ("FDCI") which will not become available until I complete that tax return. I cannot complete FDCI's 2005 return until I receive additional financial information from FDCI, which I expect to receive shortly. Based upon prior years, I estimate that Mrs. Herman's income will be between $30,000 and $40,000 for 2005.

4. As an Enrolled Agent, I am knowledgeable about IRS rules and regulations. I signed her personal tax returns as Preparer but the signed originals were filed with the IRS. I did not keep signed copies. I also signed FRNI's returns as Controller so there was no reason to sign as Preparer as well.

5. There are no K-1 schedules attached to Mrs. Herman's personal tax returns because they are not required to be attached. At the request of Mrs. Herman's attorney, on January 10, 2007, I forwarded to him a 2004 K-1 schedule from FDCI reflecting ordinary income to Mrs. Herman of $716,344 (with a sec. 179 deduction of $9,640).

6. I worked with Gregg Caplitz of FRNI to produce the documents requested by the cross-claim plaintiff, Rudy K. Meiselman ("Meiselman") and, through oversight, we failed to produce Mrs. Herman's 1099s for 2004 and 2005 although they are in my possession. 1099 forms issued to Gregg Caplitz were produced by mistake instead.

7. When this oversight was brought to my attention, on January 10, 2007, I forwarded to Herman's attorney four 1099s for interest income earned in 2005, totaling under

2

$3,000 and two 1099s for interest income earned in 2004 totaling about $13,000. I subsequently found four more for interest income of about $20,000 for 2003, which I also promptly forwarded.

8. I have kept no documents for the years 2002 or earlier because I routinely shred all client records after three years.

SIGNED THIS 16TH DAY OF JANUARY, 2007, UNDER THE PENALTIES OF PERJURY.

\s\Daniel Goodness
Daniel Goodness

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on January 17, 2007.

\s\ Robert D. Cohan
Robert D. Cohan, Esq.

C:\Myfiles\H\Herman, Rosalind\Affidavit of Daniel Goodness 1-11-07.doc