UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>            Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN<br>            Defendants<br><br>RUDY K. MEISELMAN, M.D.<br>            Cross-Claim Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and GREGG D. CAPLITZ<br>            Cross-Claim Defendants | CIVIL ACTION NO. 04-12481WGY |

COUNTERCLAIM DEFENDANT, ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST'S EMERGENCY MOTION FOR LEAVE TO FILE CONFIDENTIAL MATERIALS
(In Reference to Magistrate Judge Joyce London Alexander's Order of January 30, 2007)

Pursuant to Local Rules 7.2, the counterclaim defendant, Rosalind Herman ("Herman")

in her capacity as Trustee of Financial Resources Network, Inc. Profit Sharing Plan and Trust,

respectfully moves the Court on an emergency basis to impound all tax returns and other documents filed with the IRS by her or on her behalf which are provided to this Court, until further order of the Court.

As grounds therefore, Herman asserts as follows:

1. On January 30, 2007, this Court (Alexander, M. J.) entered an order requiring Herman to provide to the Court, as well as opposing counsel, on or before February 8, 2007, at 4:00 p.m., her 2005 tax returns and applications to the IRS requesting copies of her prior returns and documents regarding her 2005 filing extension.

2. The documents required to be produced contain confidential and personal information which, if made public, could expose Herman to the substantial risk of identity theft and the information contained therein is confidential to Herman.

3. Herman proposes to deliver the documents to Magistrate Judge Alexander's Clerk in a sealed envelope marked confidential.

4. Herman agrees to retrieve the confidential documents immediately upon request of the Court.

5. This motion has been filed on an emergency basis because the documents which are the subject of this motion are required to be filed on or before February 8, 2007, at 4:00 p.m.

Respectfully submitted,
ROSALIND HERMAN, TRUSTEE,
FINANCIAL RESOURCES NETWORK,
INC., PROFIT SHARING PLAN AND
TRUST and FINANCIAL RESOURCES
NETWORK, INC., PROFIT SHARING
PLAN AND TRUST
Defendants and Cross-Claim Defendants
By Their Attorney s
COHAN RASNICK MYERSON LLP


\s\ Robert D. Cohan
Robert D. Cohan, Esquire (BBO #088300)
One State Street, Suite 1200
Boston, MA  02109
(617) 742-1820
rcohan@crmllp.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on February 5, 2007.


\s\ Robert D. Cohan
Robert D. Cohan, Esq.


C:\Myfiles\H\Herman, Rosalind\Emergency Motion for leave to File Confidential 2-5-07

3