UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>            Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN<br>            Defendants<br><br>RUDY K. MEISELMAN, M.D.<br>            Cross-Claim Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and GREGG D. CAPLITZ<br>            Cross-Claim Defendants | CIVIL ACTION NO. 04-12481WGY |

JOINT STATEMENT
(Pursuant to Order on Herman's Emergency Motion for Ruling that She
Has Purged Herself of the Contempt Order Entered 2/9/07)

William T. Bogaert, counsel for plaintiff, Indianapolis Life Insurance Company, Charles

P. Kazarian, counsel for cross-claim plaintiff, Rudy K. Meiselman, M.D. and Robert D. Cohan,

counsel for cross-claim defendant, Rosalind Herman, Trustee, Financial Resources Network, Inc.

2

Profit Sharing Plan and Trust ("Herman"), hereby stipulate that Herman has made payment of attorneys' fees and costs as required by the Court's <u>Order on Herman's Emergency Motion for Ruling that She Has Purged Herself of the Contempt Order</u> (Docket No. 101).

Respectfully submitted,

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY,<br>Plaintiff,<br>By their attorneys,<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST<br>Defendants and Cross-Claim Defendants<br>By Their Attorneys<br>COHAN RASNICK MYERSON LLP |
| \s\ William T. Bogaert<br>William T. Bogaert, Esq. (BBO #546321)<br>155 Federal Street, 5th Floor<br>Boston, MA 02110-4737<br>617-422-5300<br>bogaertw@wemed.com | \s\ Robert D. Cohan<br>Robert D. Cohan, Esquire (BBO #088300)<br>One State Street, Suite 1200<br>Boston, MA 02109<br>(617) 742-1820<br>rcohan@crmllp.com |

RUDY K. MEISELMAN, M.D. and
HOPE E. MEISELMAN,
Defendants, and Cross-Claim Plaintiffs
By their attorneys,
LAW OFFICES OF CHARLES P. KAZARIAN, P.C.

\s\ Charles P. Kazarian
Charles P. Kazarian, Esq. (BBO #262660)
77 North Washington Street
Boston, MA 02114
(617) 723-6676
kazchaz@aol.com

3

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on March 6, 2007.

                                        \s\ Robert D. Cohan
                                        Robert D. Cohan, Esq.

C:\Myfiles\H\Herman, Rosalind\Joint Statement on Order 2-13-07.doc