UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>　　　　　Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN<br>　　　　　Defendants<br><br>RUDY K. MEISELMAN, M.D.<br>　　　　　Cross-Claim Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and GREGG D. CAPLITZ<br>　　　　　Cross-Claim Defendants | CIVIL ACTION NO. 04-12481WGY |

EMERGENCY MOTION OF CROSS-CLAIM DEFENDANTS, ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST AND FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST TO SET ASIDE AND AMEND EXECUTION, VACATE ATTACHMENT AND FOR OTHER RELIEF

The cross-claim defendants, Rosalind Herman ("Herman") in her capacity as Trustee of

Financial Resources Network, Inc. Profit Sharing Plan and Trust, and Financial Resources

Network, Inc., Profit Sharing Plan and Trust (the "FRNI Plan"), respectfully moves the Court to:

(1) set aside the First Execution (Docket no. 63) issued against Herman personally; (2) amend the First Execution (Docket no. 63) to conform to this Court's Judgment (Docket no. 61) against Herman in her representative capacity as Trustee and not against Herman individually; (3) vacate the attachment on Herman's residence; and (4) enjoin the cross-claim plaintiff, Rudy K. Meiselman ("Meiselman") from proceeding against Herman's personal assets to collect the Judgment (Docket no. 61).

As grounds therefore, Herman and the FRNI Plan assert as follows:

1. Herman, individually, is not now, and never has been, a party to this action.

2. Herman was never joined in this action in her individual capacity, she was joined only in her representative capacity as Trustee.

3. Neither the plaintiff, Indianapolis Life Insurance Company, nor Meiselman brought claims against Herman individually.

4. Meiselman never requested nor otherwise moved the Court to enter judgment against Herman individually.

5. The Judgment (Docket no. 61) entered by the Court is against Herman solely in her capacity as Trustee and not individually.

6. Meiselman's counsel prepared and submitted to the Clerk a draft First Execution (Docket no. 63) which was subsequently issued by the Clerk and omits the designation of "trustee" after Herman's name, thereby creating the incorrect appearance that the underlying judgment had issued against Herman individually although this was not true.

7. This motion has been filed on an emergency basis because Meiselman has used this incorrect First Execution (Docket no. 63) to obtain from this Court an attachment (Docket

2

no. 89) on Herman's personal residence in Massachusetts and he has used this incorrect <u>First Execution</u> (Docket no. 63) to proceed in the Nevada Courts against Herman's personal assets.

As further grounds, Herman and the FRNI Plan rely on their memorandum of law filed herewith.

    Respectfully submitted,
ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST
Defendants and Cross-Claim Defendants
By Their Attorneys
COHAN RASNICK MYERSON LLP

\s\ Robert D. Cohan
Robert D. Cohan, Esquire (BBO #088300)
One State Street, Suite 1200
Boston, MA  02109
(617) 742-1820
rcohan@crmllp.com

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on March 6, 2007.

\s\ Robert D. Cohan
Robert D. Cohan, Esq.

C:\Myfiles\H\Herman, Rosalind\Motion to Set Aside Execution 1-30-07.doc