UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>    Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN<br>    Defendants<br><br>RUDY K. MEISELMAN, M.D.<br>    Cross-Claim Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and GREGG D. CAPLITZ<br>    Cross-Claim Defendants | CIVIL ACTION NO. 04-12481WGY |

MOTION OF CROSS-CLAIM DEFENDANTS, ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, AND FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FOR LEAVE TO FILE REPLY BRIEF

Pursuant to Local Rule 7.1(B)(3), the cross-claim defendants, Rosalind Herman ("Herman") in her capacity as Trustee of Financial Resources Network, Inc. Profit Sharing Plan and Trust and Financial Resources Network, Inc. Profit Sharing Plan and Trust, respectfully move the Court for leave to file a reply brief to the Opposition of Cross-Claim Plaintiff to

<u>Emergency Motion of Cross-Claim Defendants to Set Aside and Amend Execution, Vacate Attachment and for Other Relief</u> [Doc. 105] on or before March 26, 2006.

As grounds therefore, the cross-claim defendants state that they wish to address the applicability of the state court cases cited by the cross-claim plaintiff and the applicability of the preemption doctrine to those cases.  These matters were never raised or addressed in the <u>Memorandum in Support of Emergency Motion of Cross-Claim Defendants, Rosalind Herman, Trustee, Financial Resources Network, Inc., Profit Sharing Plan and Trust and Financial Resources Network, Inc., Profit Sharing Plan and Trust to Set Aside and Amend Execution, Vacate Attachment and for Other Relief</u> [Doc. 104].

    Respectfully submitted,
ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST
Defendants and Cross-Claim Defendants
By Their Attorney s
COHAN RASNICK MYERSON LLP


\s\ Robert D. Cohan
Robert D. Cohan, Esquire (BBO #088300)
One State Street, Suite 1200
Boston, MA  02109
(617) 742-1820
rcohan@crmllp.com

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on March 19, 2007.

\s\ Robert D. Cohan
Robert D. Cohan, Esq.

C:\Myfiles\H\Herman, Rosalind\Motion for Leave to File Reply Brief 3-19-07.doc

2