UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INDIANAPOLIS LIFE INSURANCE
COMPANY
    Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL
RESOURCES NETWORK, INC., PROFIT
SHARING PLAN AND TRUST, FINANCIAL
RESOURCES NETWORK, INC., PROFIT
SHARING PLAN AND TRUST GREGG D.
CAPLITZ, RUDY K. MEISELMAN, M.D. and
HOPE E. MEISELMAN
    Defendants

RUDY K. MEISELMAN, M.D.
    Cross-Claim Plaintiff

v.

ROSALIND HERMAN, TRUSTEE, FINANCIAL
RESOURCES NETWORK, INC., PROFIT
SHARING PLAN AND TRUST, FINANCIAL
RESOURCES NETWORK, INC., PROFIT
SHARING PLAN AND TRUST and GREGG D.
CAPLITZ
    Cross-Claim Defendants

CIVIL ACTION NO. 04-12481WGY

MOTION OF CROSS-CLAIM DEFENDANTS, ROSALIND HERMAN, TRUSTEE,
FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN
AND TRUST AND FINANCIAL RESOURCES NETWORK, INC. PROFIT
SHARING PLAN AND TRUST, FOR LEAVE TO FILE OPPOSITION TO THE
EMERGENCY MOTION UNDER RULE 60(a) OF CROSS-CLAIM PLAINTIFF
TO AMEND JUDGMENT AGAINST ROSALIND HERMAN, TRUSTEE

Pursuant to Local Rule 7.1(B)(3), the cross-claim defendants, Rosalind Herman

("Herman") in her capacity as Trustee of Financial Resources Network, Inc. Profit Sharing Plan

and Trust and Financial Resources Network, Inc. Profit Sharing Plan and Trust, respectfully

move the Court for leave to file an opposition to the <u>Emergency Motion Under Rule 60(a) of Crossclaim Plaintiff to Amend Judgment Against Rosalind Herman, Trustee</u> [Doc. 86] on or before March 26, 2007.

  As grounds therefore, the cross-claim defendants assert as follows:

  1. On December 21, 2006, this Court entered its electronic order denying as moot the aforesaid motion [Doc. 86] but the cross-claim plaintiff now seeks to renew that motion in his <u>Opposition of Cross-Claim Plaintiff to Emergency Motion of Cross-Claim Defendants to Set Aside and Amend Execution, Vacate Attachment and for Other Relief</u> [Doc. 105], at 6.

  2. That motion [Doc. 86] was originally filed before the undersigned attorney appeared in this action and prior counsel filed no opposition prior to the time that this Court denied the motion as moot.

  3. Because the cross-claim plaintiff now seeks to renew that motion, it is in the interest of justice to permit the cross-claim defendants an opportunity to file opposition.

            Respectfully submitted,
            ROSALIND HERMAN, TRUSTEE,
            FINANCIAL RESOURCES NETWORK,
            INC., PROFIT SHARING PLAN AND
            TRUST and FINANCIAL RESOURCES
            NETWORK, INC., PROFIT SHARING
            PLAN AND TRUST
            Defendants and Cross-Claim Defendants
            By Their Attorneys
            COHAN RASNICK MYERSON LLP

            \s\ Robert D. Cohan
            Robert D. Cohan, Esquire (BBO #088300)
            One State Street, Suite 1200
            Boston, MA  02109
            (617) 742-1820
            rcohan@crmllp.com

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on March 19, 2007.

      \s\ Robert D. Cohan
      Robert D. Cohan, Esq.

C:\Myfiles\H\Herman, Rosalind\Motion for Leave to File Opposition 3-19-07.doc