UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY<br>    Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN<br>    Defendants<br><br>RUDY K. MEISELMAN, M.D.<br>    Cross-Claim Plaintiff<br><br>v.<br><br>ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and GREGG D. CAPLITZ<br>    Cross-Claim Defendants | CIVIL ACTION NO. 04-12481WGY |

<u>DEFENDANTS, ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK INC. PROFIT SHARING PLAN AND TRUST AND FINANCIAL RESOURCES NETWORK INC. PROFIT SHARING PLANT TRUST'S NOTICE OF APPEAL</u>

  Notice is hereby given that Rosalind Herman, Trustee, Financial Resources Network, Inc. Profit Sharing Plan and Trust and Financial Resources Network Inc. Profit Sharing Plan Trust, defendants in the above named case, appeal to the United States Court of Appeals for the First Circuit from this Court's electronic ORDER entered on May 4, 2007, re: <u>Emergency Motion Of</u>

2

<u>Cross-Claim Defendants, Rosalind Herman, Trustee, Financial Resources Network, Inc., Profit Sharing Plan And Trust And Financial Resources Network, Inc., Profit Sharing Plan And Trust To Set Aside And Amend Execution, Vacate Attachment And For Other Relief</u>  [Docket no. 103].

                                            Respectfully submitted,
ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST and FINANCIAL RESOURCES NETWORK, INC., PROFIT SHARING PLAN AND TRUST
Defendants and Cross-Claim Defendants
By Their Attorneys
COHAN RASNICK MYERSON LLP

\s\ Robert D. Cohan
Robert D. Cohan, Esquire (BBO #088300)
One State Street, Suite 1200
Boston, MA  02109
(617) 742-1820
rcohan@crmllp.com

CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on May 7, 2007.

\s\ Robert D. Cohan
Robert D. Cohan, Esq.

C:\Myfiles\H\Herman, Rosalind\Notice of Appeal on Electronic Order 5-7-07.doc

2