## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12481

Indianapolis Life Insurance Company

v.

Rosalyn Herman

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-112

and contained in I-II Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   5/7/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 21, 2007.

Sarah A. Thornton, Clerk of Court

By:

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 5/21/07 .

Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12481-WGY
## Internal Use Only

Indianapolis Life Insurance Company v. Herman et al
Assigned to: Judge William G. Young
Demand: $650,000
Case: 1:06-cv-10344-WGY
Case in other court: First Circuit, 06-01722
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 11/23/2004
Date Terminated: 01/27/2006
Jury Demand: Both
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

## Plaintiff

**Indianapolis Life Insurance
Company**

represented by **Michele Calucci**
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
177 Broad St.
6th Floor
Stamford, CT 06901
617-422-5300
Fax: 617-423-6917
Email: carluccm@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William T. Bogaert**
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street
5th Floor
Boston, MA 02110-4737
617-422-5300
Fax: 617-423-6917
Email: bogaertw@wemed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Rosalyn Herman**
*Trustee*

represented by **Robert D. Cohan**
Cohan, Rasnick, Myerson LLP
Suite 1200

One State Street
Boston. MA 02109
617-742-1820 ext.222
Fax: 617-227-1780
Email: rcohan@crmllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Financial Resources Network, Inc.,**
**Profit Sharing Plan and Trust**

represented by **Robert D. Cohan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Financial Resources Network, Inc.**
**Profit Sharing Plan and Trust**

**Defendant**

**Gregg D. Caplitz**

**Defendant**

**Rudy K. Meiselman**
*M.D.*

represented by **Charles P. Kazarian**
Law Office of Charles P. Kazarian
77 N. Washington Street
Boston, MA 02114
617-723-6676
Fax: 617-723-8170
Email: kazchaz@aol.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hope E. Meiselman**

represented by **Charles P. Kazarian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**All Defendants**

**Mediator**

**Robert B. Collings**

**Cross Claimant**

**Rudy K. Meiselman**
*M.D.*

represented by **Charles P. Kazarian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Hope E. Meiselman**                    represented by **Charles P. Kazarian**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*


V.

**Cross Defendant**

**Rudy K. Meiselman**                    represented by **Charles P. Kazarian**
*M.D.*                                   (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Hope E. Meiselman**                    represented by **Charles P. Kazarian**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rosalyn Herman**                       represented by **Robert D. Cohan**
*Trustee*                                (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Financial Resources Network, Inc.,**   represented by **Robert D. Cohan**
**Profit Sharing Plan and Trust**        (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Financial Resonrces Network, Inc.**    represented by **Robert D. Cohan**
**Profit Sharing Plan and Trust**        Cohan, Rasnick, Myerson LLP
                                         One State Street
                                         Boston, MA 02109
                                         617-742-1820 ext.222
                                         Fax: 617-227-1780
                                         Email: rcohan@crmllp.com
                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Gregg D. Caplitz**

**Counter Claimant**

**Rosalyn Herman**                       represented by **Robert D. Cohan**
*Trustee*                                (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wayne R Murphy**
Murphy and Associates
600 Atlantic Avenue. 12th Floor
Boston. MA 02210
617-227-7777
Fax: 617-227-7757
Email:
wmurphy@murphyandassociates.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Financial Resources Network, Inc.,**          represented by **Robert D. Cohan**
**Profit Sharing Plan and Trust**                                (See above for address)
                                                                                        *LEAD ATTORNEY*
                                                                                        *ATTORNEY TO BE NOTICED*

                                                                                        **Wayne R Murphy**
                                                                                        (See above for address)
                                                                                        *LEAD ATTORNEY*
                                                                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Financial Resources Network, Inc.**          represented by **Wayne R Murphy**
**Profit Sharing Plan and Trust**                                (See above for address)
                                                                                        *LEAD ATTORNEY*
                                                                                        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Gregg D. Caplitz**                                 represented by **Wayne R Murphy**
                                                                                        (See above for address)
                                                                                        *LEAD ATTORNEY*
                                                                                        *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Indianapolis Life Insurance**                   represented by **William T. Bogaert**
**Company**                                                                  (See above for address)
                                                                                        *LEAD ATTORNEY*
                                                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2004 | 1 | COMPLAINT against Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Hope E. Meiselman, Rudy K. Meiselman Filing fee: $ 150, receipt number 60346, filed by Indianapolis Life Insurance Company. Exhibits Attached. (Attachments: # 1 Civil Cover Sheet)(Bell, Marie) (Entered: 11/29/2004) |
| 11/23/2004 | | Summons Issued as to Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Hope E. Meiselman, Rudy K. Meiselman. (Bell, Marie) (Entered: 11/29/2004) |
| 11/23/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Bell, Marie) (Entered: 11/29/2004) |
| 01/06/2005 | 2 | SUMMONS Returned Executed Gregg D. Caplitz served on 12/6/2004, answer due 12/26/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 3 | SUMMONS Returned Executed Financial Resources Network, Inc. Profit Sharing Plan and Trust served on 12/6/2004, answer due 12/26/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 4 | SUMMONS Returned Executed Rosalyn Herman served on 12/8/2004, answer due 12/28/2004; Financial Resources Network, Inc., Profit Sharing Plan and Trust served on 12/8/2004, answer due 12/28/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 5 | SUMMONS Returned Executed Rudy K. Meiselman served on 12/7/2004, answer due 12/27/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 6 | SUMMONS Returned Executed Hope E. Meiselman served on 12/7/2004, answer due 12/27/2004. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 7 | AFFIDAVIT OF SERVICE Executed by Rudy K. Meiselman, Hope E. Meiselman. Acknowledgement filed by Rudy K. Meiselman, Hope E. Meiselman. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 8 | MOTION Real Estate Attachment by Indianapolis Life Insurance Company.(Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 9 | MEMORANDUM in Support re 8 MOTION Real Estate Attachment filed by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 01/06/2005) |
| 01/06/2005 | 10 | AFFIDAVIT of William T. Bogaert, Esq. in Support re 8 MOTION Real Estate Attachment filed by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 01/06/2005) |

| 01/06/2005 | 11 | MOTION to Appoint Special Process Server by Indianapolis Life Insurance Company.(Bogaert, William) (Entered: 01/06/2005) |
|---|---|---|
| 01/27/2005 | | Judge William G. Young : Electronic ORDER entered granting 8 Motion For Real Estate Attachment. cc/cl. (Bell, Marie) (Entered: 01/27/2005) |
| 01/31/2005 | | Judge William G. Young : Electronic ORDER entered granting 11 Motion to Appoint Special Process Server. cc/cl. (Bell, Marie) (Entered: 01/31/2005) |
| 02/09/2005 | 12 | ANSWER to Complaint, CROSSCLAIM against all defendants by Rudy K. Meiselman, Hope E. Meiselman.(Kazarian, Charles) (Entered: 02/09/2005) |
| 02/09/2005 | 13 | WRIT of Attachment issued (Bell, Marie) (Entered: 02/10/2005) |
| 02/11/2005 | 14 | NOTICE of Scheduling Conference Scheduling Conference set for 3/7/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 02/11/2005) |
| 02/16/2005 | 15 | ACKNOWLEDGEMENT OF SERVICE Executed by Indianapolis Life Insurance Company. Acknowledgement filed by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 02/16/2005) |
| 02/17/2005 | 16 | NOTICE of Appearance by Michele Carlucci on behalf of Indianapolis Life Insurance Company. c/s. (Bell, Marie) (Entered: 02/23/2005) |
| 03/03/2005 | 17 | CORPORATE DISCLOSURE STATEMENT by Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 03/03/2005) |
| 03/03/2005 | 18 | CERTIFICATE OF CONSULTATION *L.R. 16.1(D)(3)* by William T. Bogaert on behalf of Indianapolis Life Insurance Company. (Bogaert, William) (Entered: 03/03/2005) |
| 03/03/2005 | 19 | CERTIFICATE OF CONSULTATION by Charles P. Kazarian on behalf of Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman. Hope E. Meiselman. (Kazarian, Charles) (Entered: 03/03/2005) |
| 03/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 3/7/2005. Court explains requirements of session. Case to go to ADR as of May, 2005. Final Pretrial Conference set for NO SOONER THAN 1/3/06. Jury Trial set for RUNNING TRIAL LIST AS OF 2/6/06. (Entered: 03/09/2005) |
| 03/07/2005 | 20 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Indianapolis Life Insurance Company by Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz. c/s.(Bell, Marie) (Entered: 03/09/2005) |
| 03/09/2005 | 21 | ANSWER to Counterclaim *of Defendants, Rosalyn Herman, Trustee, Financial Resources Network, Inc. Profit Sharing Plan and Trust,* |

| | | Financial Resources Network, Inc. Profit Sharing Plan and Trust and Gregg D. Caplitz by Indianapolis Life Insurance Company.(Bogaert, William) (Entered: 03/09/2005) |
|---|---|---|
| 03/21/2005 | 22 | JOINT STATEMENT of counsel *Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1.* (Bogaert, William) (Entered: 03/21/2005) |
| 03/23/2005 | ❑ | Judge William G. Young : Electronic ORDER entered. re 22 Joint statement of counsel. SO ORDRED AS THE CASE MANAGEMENT SCHEDULING ORDER. Discovery due by 10/1/2005. Dispositive Motions due by 12/1/2005. cc/cl.(Bell, Marie) (Entered: 03/29/2005) |
| 04/04/2005 | 23 | REFERRING CASE to Alternative Dispute Resolution for 5/2005.(Bell, Marie) (Entered: 04/04/2005) |
| 05/17/2005 | ❑ | Notice of assignment to ADR Provider. Mag. Judge Robert B. Collings appointed as mediator. The court will contact counsel about scheduling a mediation.(Nee, Amy) (Entered: 05/17/2005) |
| 05/17/2005 | 24 | MOTION for Entry of Default by Rudy K. Meiselman. (Attachments: # 1)(Kazarian, Charles) (Entered: 05/17/2005) |
| 05/26/2005 | 25 | NOTICE of MEDIATION set for 8/18/2005 10:30 AM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 05/26/2005) |
| 06/28/2005 | ❑ | Judge William G. Young : Electronic ORDER entered granting 24 Motion for Entry of Default against cross claim defendants. (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 26 | NOTICE: Clerk's ENTRY OF DEFAULT as to Rosalind Herman. (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 27 | NOTICE: Clerk's ENTRY OF DEFAULT as to Financial Resources Network, Inc. Profit Sharing Plan and Trust (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 28 | NOTICE: Clerk's ENTRY OF DEFAULT as to Financial Resources Network, Inc., Profit Sharing Plan and Trust (Bell, Marie) (Entered: 06/28/2005) |
| 06/28/2005 | 29 | NOTICE: Clerk's ENTRY OF DEFAULT as to Gregg D. Caplitz (Bell, Marie) (Entered: 06/28/2005) |
| 08/04/2005 | 30 | MOTION for Default Judgment as to all cross claim defendants by Rudy K. Meiselman. (Attachments: # 1 # 2)(Kazarian, Charles) (Entered: 08/04/2005) |
| 08/18/2005 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings (mediator): Mediation Session held on 8/18/2005. Parties need to do basic discovery before a meaningful mediation can be held. Counsel meet and confer on a schedule for completing discovery by October 1 as ordered by Chief Judge Young. Further Mediation Session scheduled for |

| | | October 18. 2005 at 10:30 A.M. (Not recorded) (Entered: 08/18/2005) |
|---|---|---|
| 08/18/2005 | ❏ | Judge William G. Young : Electronic ORDER entered granting 30 Motion for Default Judgment as to all cross claim defendants. cc/cl. (Bell, Marie) (Entered: 08/19/2005) |
| 09/27/2005 | 31 | Joint MOTION for Extension of Time to 10/31/05 to Complete Discovery by, Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust. Financial Resources Network, Inc. Profit Sharing Plan and Trust. Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust. Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network. Inc. Profit Sharing Plan and Trust. Indianapolis Life Insurance Company. Gregg D. Caplitz.(Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 09/27/2005) |
| 09/27/2005 | 32 | Joint MEMORANDUM in Support re 31 Joint MOTION for Extension of Time to 10/31/05 to Complete Discovery filed by, Rudy K. Meiselman, Hope E. Meiselman, Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman. Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc.. Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust. Gregg D. Caplitz, Financial Resources Network. Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, Gregg D. Caplitz. (Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 09/27/2005) |
| 09/28/2005 | ❏ | Judge William G. Young : Electronic ORDER entered GRANTING 31 Joint MOTION for Extension of Time to 10/31/05 to Complete Discovery. Discovery due by 10/31/2005. cc/cl.(Bell, Marie) (Entered: 09/29/2005) |
| 10/14/2005 | 33 | Joint MOTION to Continue Mediation to 12/12/05 -12/16/05 by, Rudy K. Meiselman, Hope E. Meiselman. All Defendants. Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman. Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc.. Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc.. Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, Gregg D. |

| | | Caplitz.(Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 10/14/2005) |
|---|---|---|
| 10/14/2005 | **34** | Joint MEMORANDUM in Support re 33 Joint MOTION to Continue Mediation to 12/12/05 -*12/16/05* filed by, Rudy K. Meiselman, Hope E. Meiselman, All Defendants, Rudy K. Meiselman, Hope E. Meiselman, Indianapolis Life Insurance Company, Rudy K. Meiselman, Hope E. Meiselman, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc.. Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Indianapolis Life Insurance Company, Gregg D. Caplitz. (Carlucci, Michele) Modified on 10/18/2005 (Smith3, Dianne). (Entered: 10/14/2005) |
| 10/17/2005 | ◑ | Judge Robert B. Collings : ElectronicORDER entered granting 33 Motion to Continue Mediation. Mediation continued to December 14, 2005 at 10:30 A.M. (Dolan, Kathleen) (Entered: 10/17/2005) |
| 10/18/2005 | ◑ | Notice of correction to docket made by Court staff. Correction: Doc. #'s 31,32,33,34 corrected because: removed Judge Collings name as a filer (Smith3, Dianne) (Entered: 10/18/2005) |
| 12/09/2005 | **35** | MOTION for Extension of Time to 12/30/05 to File *Summary Judgment Motion* by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 12/09/2005) |
| 12/09/2005 | **36** | MEMORANDUM in Support re 35 MOTION for Extension of Time to 12/30/05 to File *Summary Judgment Motion* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) (Entered: 12/09/2005) |
| 12/09/2005 | **37** | Assented to MOTION to Continue Mediation by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 12/09/2005) |
| 12/09/2005 | **38** | MEMORANDUM in Support re 37 Assented to MOTION to Continue Mediation filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele). (Entered: 12/09/2005) |
| 12/09/2005 | **39** | AMENDED MEMORANDUM in Support re 35 MOTION for Extension of Time to 12/30/05 to File *Summary Judgment Motion with exhibits* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) Additional attachment(s)(Exhibits A-E) added on 12/12/2005 (Bell, Marie). Modified on 12/12/2005 (Bell, Marie). (Entered: 12/09/2005) |

| 12/12/2005 | ❏ | Judge Robert B. Collings : Electronic ORDER entered granting 37 Assented-to Motion to Continue Mediation. Mediation re-scheduled 2/21/2006 10:30 AM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Dolan, Kathleen) (Entered: 12/12/2005) |
|---|---|---|
| 12/22/2005 | 🔿40 | Assented to MOTION for Extension of Time to 1/30/05 to To File Summary Judgment and Continue Trial by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 12/22/2005) |
| 12/22/2005 | 🔿41 | MEMORANDUM in Support re 40 Assented to MOTION for Extension of Time to 1/30/05 to To File Summary Judgment and Continue Trial filed by Indianapolis Life Insurance Company. Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Carlucci, Michele) (Entered: 12/22/2005) |
| 01/03/2006 | ❏ | Judge William G. Young : ORDER entered granting 35 Motion for Extension of Time to File a Motion for Summary Judgment until December 30, 2005. (Paine, Matthew) (Entered: 01/04/2006) |
| 01/05/2006 | 🔿42 | MOTION to Compel *Defendants' Discovery Responses* by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 01/05/2006) |
| 01/05/2006 | 🔿43 | MEMORANDUM in Support re 42 MOTION to Compel *Defendants' Discovery Responses* filed by Indianapolis Life Insurance Company. Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Carlucci, Michele) (Entered: 01/05/2006) |
| 01/06/2006 | 🔿44 | MOTION for Entry of Judgment under Rule 54(b) by Rudy K. Meiselman.(Kazarian, Charles) (Entered: 01/06/2006) |
| 01/09/2006 | ❏ | Judge William G. Young : Electronic ORDER VACATING ORDER entered. re Order on Motion for Extension of Time to File and Continue the Trial. The Order previously entered allowing this motion is hereby VACATED and the motion is DENIED. There will be no continuance of the trial and any motion for Summary Judgment is to be filed by the time originally set. Mediation does not trump the trial date. cc/cl(Smith, Bonnie) (Entered: 01/09/2006) |
| 01/10/2006 | ❏ | Motions terminated: 40 Assented to MOTION for Extension of Time to 1/30/05 to To File Summary Judgment and Continue Trial filed by Indianapolis Life Insurance Company. Please see Order dated 1/9/2006. (Paine, Matthew) (Entered: 01/10/2006) |
| 01/10/2006 | 🔿45 | First RESPONSE to Motion re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/10/2006) |
| 01/11/2006 | ❏ | Judge William G. Young : ORDER entered: The Motion for Relief 45 from Judgment is Denied without Prejudice to its Renewal Supported by |

| | | Detailed Affidavits from Witnesses Setting forth the Substance of the Evidence in Support of every Defense Profferred in the Proposed Answer. (Paine, Matthew) (Entered: 01/12/2006) |
|---|---|---|
| 01/12/2006 | 46 | Judge William G. Young : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 1/26/2006 02:00 PM in Courtroom 18 before Judge William G. Young. cc/cl(Smith, Bonnie) (Entered: 01/12/2006) |
| 01/13/2006 | 47 | MOTION for Leave to File *Late Motion for Summary Judgment* by Indianapolis Life Insurance Company. Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 01/13/2006) |
| 01/13/2006 | 48 | MEMORANDUM in Support re 47 MOTION for Leave to File *Late Motion for Summary Judgment* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Carlucci, Michele) (Entered: 01/13/2006) |
| 01/17/2006 | ❏ | Judge William G. Young : Electronic ORDER entered granting 47 Motion for Leave to File Motion for Summary Judgment (Smith, Bonnie) (Entered: 01/17/2006) |
| 01/17/2006 | 49 | MOTION for Summary Judgment by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 01/17/2006) |
| 01/17/2006 | 50 | STATEMENT of facts re 49 MOTION for Summary Judgment. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P# 17 Exhibit Q# 18 Exhibit R# 19 Exhibit S# 20 Exhibit T# 21 Exhibit U# 22 Exhibit V# 23 Exhibit W)(Carlucci, Michele) (Entered: 01/17/2006) |
| 01/17/2006 | 51 | MEMORANDUM in Support re 49 MOTION for Summary Judgment filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) (Entered: 01/17/2006) |
| 01/18/2006 | ❏ | NOTICE of Hearing on Motion 44 MOTION for Entry of Judgment under Rule 54(b), 49 MOTION for Summary Judgment: Motion Hearing set for 1/25/2006 02:00 PM in Courtroom 18 before Judge William G. Young. Opposition to the motion for summary judgment need not be filed in writing due to the lateness of the motion. The Court will obviously accept any written submission in opposition, but does not require it. The Court will hear oral argument re: the motion. cc/cl(Smith, Bonnie) (Entered: 01/18/2006) |
| 01/20/2006 | 52 | MOTION to Dismiss *and Default for Failure to Respond to Discovery and to Give Deposition Testimony* by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company.(Carlucci, Michele) (Entered: 01/20/2006) |

| 01/20/2006 | 53 | MEMORANDUM in Support re 52 MOTION to Dismiss *and Default for Failure to Respond to Discovery and to Give Deposition Testimony* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Carlucci, Michele) (Entered: 01/20/2006) |
|---|---|---|
| 01/20/2006 | 54 | ADDENDUM re 52 MOTION to Dismiss *and Default for Failure to Respond to Discovery and to Give Deposition Testimony Request for Oral Argument* filed by Indianapolis Life Insurance Company, Indianapolis Life Insurance Company. (Carlucci, Michele) (Entered: 01/20/2006) |
| 01/23/2006 | ◕ | NOTICE of Hearing on Motion 52 MOTION to Dismiss *and Default for Failure to Respond to Discovery and to Give Deposition Testimony*: Motion Hearing set for WED. 1/25/2006 02:00 PM before Judge William G. Young. (Smith, Bonnie) (Entered: 01/23/2006) |
| 01/24/2006 | 55 | Judge William G. Young : ORDER entered on Motion 42 DENIED. (Paine, Matthew) (Entered: 01/24/2006) |
| 01/24/2006 | 56 | RESPONSE to Motion re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Rudy K. Meiselman. (Attachments: # 1 Affidavit)(Kazarian, Charles) (Entered: 01/24/2006) |
| 01/25/2006 | 57 | MEMORANDUM in Opposition re 49 MOTION for Summary Judgment filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/25/2006) |
| 01/25/2006 | 58 | AFFIDAVIT of Counsel in Opposition re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/25/2006) |
| 01/25/2006 | 59 | MEMORANDUM in Opposition re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/25/2006) |
| 01/25/2006 | ◕ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 1/25/2006 re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Rudy K. Meiselman,, 49 MOTION for Summary Judgment filed by Indianapolis Life Insurance Company,, 52 MOTION to Dismiss *and Default for Failure to Respond to Discovery and to Give Deposition Testimony* filed by Indianapolis Life Insurance Company,. After heqaring the court denies the request to remove the default, denies the motion for entry of judgment and takes UNDER ADVISEMENT the Motion for Summary Judgment(Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/26/2006) |
| 01/26/2006 | 60 | Supplemental MEMORANDUM in Opposition re 44 MOTION for Entry of Judgment under Rule 54(b) filed by Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Murphy, Wayne) (Entered: 01/26/2006) |
| 01/26/2006 | ◕ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Final Pretrial Conference held on 1/26/2006. The Court holds a |

| | | hearing on the Motion for removal of default. After hearing the Court denies the request for removal of default. The court orders the Plaintiff's Motion for Summary Judgment. Allowed. The parties are to prepare a form of judgment for submittal to the court. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/27/2006) |
|---|---|---|
| 01/27/2006 | 61 | Judge William G. Young : ORDER entered. JUDGMENT in favor of Plaintiff against Defendants(Smith, Bonnie) (Entered: 01/27/2006) |
| 01/31/2006 | ❏ | Remark: In light of this case closing, the Mediation scheduled before Magistrate Judge Robert B. Collings on 2/21/06 is CANCELLED. (Dolan, Kathleen) (Entered: 01/31/2006) |
| 02/24/2006 | 62 | NOTICE OF APPEAL by All Defendants. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/16/2006. (Murphy, Wayne) (Entered: 02/24/2006) |
| 03/03/2006 | 63 | Proposed Document(s) submitted by Rudy K. Meiselman. Document received: Proposed First Execution. (Kazarian, Charles) (Entered: 03/03/2006) |
| 03/17/2006 | ❏ | Filing fee: $ 255.00, receipt number 71161 for 62 Notice of Appeal. (Paine, Matthew) (Entered: 03/20/2006) |
| 03/23/2006 | 64 | TRANSCRIPT of Proceedings held on 1/25/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 03/23/2006) |
| 03/23/2006 | 65 | TRANSCRIPT of Proceedings held on 1/26/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 03/23/2006) |
| 03/28/2006 | 66 | US Marshal Process Receipt and Return for First Execution as to Gregg D. Caplitz, 120 Beacon Street, Chelsea MA served Delivered on 3/24/2006. (Paine, Matthew) (Entered: 03/28/2006) |
| 04/26/2006 | 67 | Certified and Transmitted Record on Appeal to US Court of Appeals re 62 Notice of Appeal. (Attachments: # 1)(Ramos, Jeanette) (Entered: 04/26/2006) |
| 04/28/2006 | 68 | US Marshal Process Receipt and Return for First Execution. Suffolk County Registry of Deeds, 24 New Chardon Street Boston MA 02114 served Delivered on 4/26/2006 (Paine, Matthew) (Entered: 04/28/2006) |

| 05/01/2006 | 69 | MOTION to Compel by Rudy K. Meiselman. (Attachments: # 1)(Kazarian, Charles) (Entered: 05/01/2006) |
|---|---|---|
| 05/03/2006 | 70 | Judge William G. Young : ORDER entered. REFERRING MOTION 69 MOTION to Compel filed by Rudy K. Meiselman, to Magistrate Judge Alexander. (Paine, Matthew) (Entered: 05/03/2006) |
| 05/11/2006 | 71 | USCA Case Number 06-1722 for 62 Notice of Appeal, filed by All Defendants.. (Ramos, Jeanette) (Entered: 05/11/2006) |
| 05/18/2006 | 72 | Magistrate Judge Joyce London Alexander : ORDER entered granting 69 MOTION to Compel by Rudy K. Meiselman (Lovett, Jarrett) (Entered: 05/19/2006) |
| 05/18/2006 | ❏ | Case no longer referred to Magistrate Judge Joyce London Alexander: Order entered on 69 MOTION to Compel by Rudy K. Meiselman; Case returned to Judge William G. Young (Lovett, Jarrett) (Entered: 05/19/2006) |
| 05/19/2006 | 73 | MOTION to Amend 72 Order on Motion to Compel by Rudy K. Meiselman.(Kazarian, Charles) (Entered: 05/19/2006) |
| 05/22/2006 | 74 | Judge William G. Young : ORDER entered. REFERRING MOTION 73 MOTION to Amend 72 Order on Motion to Compel filed by Rudy K. Meiselman, to Magistrate Judge Joyce London Alexander.(Paine, Matthew) (Entered: 05/22/2006) |
| 05/23/2006 | 75 | Magistrate Judge Joyce London Alexander : ORDER entered denying 73 MOTION to Amend 72 Order on Motion to Compel by Rudy K. Meiselman (Lovett, Jarrett) (Entered: 05/24/2006) |
| 05/24/2006 | ❏ | Case no longer referred to Magistrate Judge Joyce London Alexander. Case returned to Judge William G. Young. (Lovett, Jarrett) (Entered: 05/24/2006) |
| 09/15/2006 | 76 | MOTION to Compel by Rudy K. Meiselman. (Attachments: # 1 # 2 # 3)(Kazarian, Charles) (Entered: 09/15/2006) |
| 09/26/2006 | ❏ | Judge William G. Young : Electronic ORDER entered GRANTING 76 Motion to Compel. (Paine, Matthew) (Entered: 09/26/2006) |
| 10/04/2006 | 77 | MOTION for Contempt by Rudy K. Meiselman.(Kazarian, Charles) (Entered: 10/04/2006) |
| 10/05/2006 | 78 | MOTION for Contempt *(amended to alter proposed show cause date only)* by Rudy K. Meiselman.(Kazarian, Charles) (Entered: 10/05/2006) |
| 10/11/2006 | 79 | Judge William G. Young : ORDER entered. REFERRING CASE to Magistrate Judge Joyce London Alexander Referred for: 78 Motion for Contempt, by Rudy K. Meiselman. (Paine, Matthew) (Entered: 10/11/2006) |

| 10/11/2006 | ❍ | ELECTRONIC NOTICE of Hearing on Motion 78 MOTION for Contempt *(amended to alter proposed show cause date only:* Motion Hearing set for 10/18/2006 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 10/11/2006) |
|---|---|---|
| 10/17/2006 | ❍ | ELECTRONIC NOTICE of Hearing : Show Cause Hearing set for 11/20/2006 03:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 10/19/2006) |
| 10/18/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander : Motion Hearing held on 10/18/2006 re 78 MOTION for Contempt *(amended to alter proposed show cause date only* filed by Rudy K. Meiselman. Atty Bogaert for Indianapolis Life Insurance Company, Atty Kazarian for Rudy K. Meiselman as Cross Claimant, Atty Murphy for Rosalyn Herman & Gregg D. Caplitz as cross-claim defendant's, failed to appear; Atty Kazarian gives oral argument, after oral argument, the Court hereby allows 78 MOTION for Contempt; the Court shall issue an order. (Digital Recording 2:34-2:50) (Lovett, Jarrett) (Entered: 10/19/2006) |
| 10/18/2006 | ❍ | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 78 Motion for Contempt: "After hearing, at which Herman and Caplitz did not appear, this Court hereby allows the motion to the extent that Herman and Caplitz appear in this Court on Monday, November 20th at 3:30 PM. Herman and Caplitz are also Pursuant to FRCP 37 (b)(2)(D) responsible for costs and attorney's fees associated with this motion and the November Show Cause Hearing." (Lovett, Jarrett) (Entered: 10/19/2006) |
| 11/20/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander : Show Cause Hearing held on 11/20/2006: Atty Bogaert for the Plaintiff Indianapolis Life Insurance Company, Atty Kazarian for Rudy K. Meiselman as Cross-Claim Plaintiff, Atty Murphy for Rosalyn Herman and Gregg D. Caplitz as Cross-Claim Defendant's. Parties report resolution as to production of documents, production of documents due on or before 11/27/06, deposition of Gregg D. Caplitz scheduled for 12/8/06, deposition of Rosalyn Herman to take place on 12/20/06 if a deposition does not take place in Nevada. Court warns the cross-claim defendant's, that if they fail to provide documents or fail to attend depositions, the Court will issue sanctions and possibly issue arrest warrants. Counsel for the Cross-Claim Deft's agreed that the Cross-Claim Deft's were responsible for the Atty's fees associated with the Cross-Claim Pltff's Emergency Motion for Contempt. The Court will issue a further Order as to 78 MOTION for Contempt by Rudy K. Meiselman. (Digital Recording 3:35-4:05) (Lovett, Jarrett) Modified on 11/21/2006 to correct typo (Lovett, Jarrett). (Entered: 11/21/2006) |
| 11/22/2006 | 80 | Magistrate Judge Joyce London Alexander : FURTHER ORDER entered re 78 MOTION for Contempt filed by Rudy K. Meiselman (Lovett, Jarrett) (Entered: 11/22/2006) |

| 11/22/2006 | ○ | Case no longer referred to Magistrate Judge Joyce London Alexander. This case is hereby returned to Judge William G. Young. (Lovett, Jarrett) (Entered: 11/22/2006) |
|---|---|---|
| 12/04/2006 | ○81 | MANDATE of USCA as to 62 Notice of Appeal, filed by All Defendants. This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment are affirmed. (Ramos, Jeanette) (Entered: 12/04/2006) |
| 12/04/2006 | ○ | Appeal Record Returned: 62 Notice of Appeal, (Ramos, Jeanette) (Entered: 12/04/2006) |
| 12/15/2006 | ○82 | MOTION to Stay *Enforcement of Judgment* by Robert B. Collings, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz.(Murphy, Wayne) (Entered: 12/15/2006) |
| 12/15/2006 | ○83 | MOTION to Correct *Execution* by Robert B. Collings, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz, Financial Resources Network, Inc. Profit Sharing Plan and Trust, Gregg D. Caplitz.(Murphy, Wayne) (Entered: 12/15/2006) |
| 12/15/2006 | ○84 | Letter/request (non-motion) from Charles P. Kazarian, Esq.. (Attachments: # 1 Exhibit Bill of fees re contempt proceedings)(Kazarian, Charles) (Entered: 12/15/2006) |
| 12/15/2006 | ○85 | Letter/request (non-motion) from Charles P. Kazarian, Esq.-electr. signed. (Kazarian, Charles) (Entered: 12/15/2006) |
| 12/19/2006 | ○ | ELECTRONIC NOTICE of Hearing on Motion 82 MOTION to Stay *Enforcement of Judgment*, 83 MOTION to Correct *Execution*: Motion Hearing set for 12/21/2006 09:00 AM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 12/19/2006) |
| 12/20/2006 | ○86 | MOTION to Alter Judgment *and Opposition to Motion To Correct Execution* by Rudy K. Meiselman.(Kazarian, Charles) (Entered: 12/20/2006) |

| 12/20/2006 | ● 87 | Opposition re 82 MOTION to Stay *Enforcement of Judgment* filed by Rudy K. Meiselman. (Kazarian, Charles) (Entered: 12/20/2006) |
|---|---|---|
| 12/21/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Motion Hearing held on 12/21/2006 re 83 MOTION to Correct *Execution* filed by Gregg D. Caplitz,, Robert B. Collings,, Rosalyn Herman., Financial Resources Network, Inc., Profit Sharing Plan and Trust,, Financial Resources Network, Inc. Profit Sharing Plan and Trust,, 82 MOTION to Stay *Enforcement of Judgment* filed by Gregg D. Caplitz,, Robert B. Collings,, Rosalyn Herman,, Financial Resources Network, Inc., Profit Sharing Plan and Trust,. Financial Resources Network, Inc. Profit Sharing Plan and Trust,. The Court Orders the Motion to Stay DENIED without prejudice to its being renewed should Ms. Herman by Jan. 5, 2007 purge herself of the contempt order issued by Mag. Alexander. The Court Orders the releated case DISMISSED without prejudice should Ms Herman purge herself of the contempt. Rosalyn Herman as Trustee and individually is enjoined from filing any pleadings in any US District Court in the country so long as she is under the contempt order. (Court Reporter wOMACK.) (Smith, Bonnie) (Entered: 12/21/2006) |
| 12/21/2006 | ● 88 | NOTICE of Appearance by Robert D. Cohan on behalf of Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust, Rosalyn Herman, Financial Resources Network, Inc., Profit Sharing Plan and Trust (Smith, Bonnie) (Entered: 12/21/2006) |
| 12/21/2006 | ● | Judge William G. Young : Electronic ORDER entered DENYING AS MOOT re 86 Motion to Alter Judgment. (Paine, Matthew) (Entered: 12/21/2006) |
| 12/29/2006 | ● 89 | MOTION Real Estate Attachment by Rudy K. Meiselman.(Kazarian, Charles) (Entered: 12/29/2006) |
| 01/03/2007 | ● | Judge William G. Young : Electronic ORDER entered GRANTING 89 MOTION for Real Estate Attachment. (Paine, Matthew) (Entered: 01/03/2007) |
| 01/08/2007 | ● 90 | MOTION purge contempt by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust.(Cohan, Robert) (Entered: 01/08/2007) |
| 01/09/2007 | ● 91 | Judge William G. Young : ORDER entered. REFERRING MOTION 90 MOTION purge contempt filed by Rosalyn Herman,, Financial Resources Network, Inc. Profit Sharing Plan and Trust, to Magistrate Judge Joyce London Alexander.(Paine, Matthew) (Entered: 01/09/2007) |
| 01/09/2007 | ● | ELECTRONIC NOTICE of Hearing on Motion 90 MOTION purge contempt by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust: Motion Hearing set for 1/19/2007 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 01/09/2007) |

| 01/10/2007 | 92 | MOTION for Leave to File *Affidavits and Memorandum re Docket Entry 90 Motion to Purge Contempt* by Rosalyn Herman, Financial Resources Network. Inc. Profit Sharing Plan and Trust.(Cohan, Robert) (Entered: 01/10/2007) |
|---|---|---|
| 01/10/2007 | 93 | US Marshal Process Receipt and Return for Writ of Real Estate Attachment. Rosalind Herman served Delivered on January 9, 2007. (Paine, Matthew) (Entered: 01/11/2007) |
| 01/10/2007 | 94 | US Marshal Process Receipt and Return for Writ of Attachment. Middlesex South Registry of Deeds served Delivered on January 8, 2007 (Paine, Matthew) (Entered: 01/11/2007) |
| 01/11/2007 | ❏ | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting in part 92 MOTION for Leave to File Affidavits and Memorandum re Docket Entry 90 Motion to Purge Contempt by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust; "Affidavits and memorandum of law to be filed on or before 1/17/07. Cross-claim plaintiff is permitted to file an opposition within 10 business days following the 1/19/07 hearing." Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Lovett, Jarrett) (Entered: 01/11/2007) |
| 01/17/2007 | 95 | MEMORANDUM in Support re 90 MOTION purge contempt filed by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Cohan, Robert) (Entered: 01/17/2007) |
| 01/17/2007 | 96 | AFFIDAVIT in Support re 90 MOTION purge contempt *(Leave to File Granted on 1/11/07)* filed by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Cohan, Robert) (Entered: 01/17/2007) |
| 01/17/2007 | 97 | AFFIDAVIT of Rosalind Herman, Trustee in Support re 90 MOTION purge contempt *(Leave to File Granted on 1/11/07)* filed by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Cohan, Robert) (Entered: 01/17/2007) |
| 01/19/2007 | ❏ | ELECTRONIC NOTICE Cancelling Hearing set for 1/19/2007 02:00 PM on Motion 90 MOTION purge contempt by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust, and resetting said hearing to 1/23/07 @ 11:00 AM (Lovett, Jarrett) (Entered: 01/19/2007) |
| 01/19/2007 | ❏ | ELECTRONIC NOTICE RESCHEDULING Hearing on Motion 90 MOTION purge contempt by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust.: Motion Hearing reset for 1/23/2007 11:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 01/19/2007) |

| 01/22/2007 | ◯ | ELECTRONIC NOTICE Cancelling Hearing set for 1/23/2007 11:00 AM in Courtroom 24 before Magistrate Judge Joyce London Alexander on Motion 90 MOTION purge contempt by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust: Said hearing is hereby CANCELLED, the Court will reschedule said hearing to a date certain. the parties are to contact the Clerk to Magistrate Judge Joyce London Alexander to reschedule. (Lovett, Jarrett) (Entered: 01/22/2007) |
|---|---|---|
| 01/23/2007 | ◯ | ELECTRONIC NOTICE of Rescheduling Hearing on Motion 90 MOTION purge contempt by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust: Motion Hearing reset for 1/25/2007 02:30 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 01/23/2007) |
| 01/24/2007 | ◯ | Magistrate Judge Joyce London Alexander : Electronic ORDER entered: ORDER on resetting Hearing on Motion 90 MOTION purge contempt by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust: Motion hearing adjourned to January 30, 2007 @ 2:00 p.m. Opposition to siad motion to be filed by January 29, 2007 @ 5:00 p.m. Attorney Kazarian is to immediately notify the Court and all counsel of record when he confirms his availability for the January 30 hearing. Motion Hearing reset for 1/30/2007 02:00 PM in Courtroom 24 before Magistrate Judge Joyce London Alexander.(Lovett, Jarrett) (Entered: 01/24/2007) |
| 01/24/2007 | ◯ | Set/Reset Deadlines as to 90 MOTION purge contempt by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust. Opposition due by 1/29/2007 @ 5:00 PM (Lovett, Jarrett) (Entered: 01/24/2007) |
| 01/29/2007 | 98 | Opposition re 90 MOTION purge contempt filed by Rudy K. Meiselman. (Attachments: # 1)(Kazarian, Charles) (Entered: 01/29/2007) |
| 01/30/2007 | ◯ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander : Motion Hearing held on 1/30/2007 re 90 MOTION purge contempt filed by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust. Atty Bogaert for Indianapolis Life Insurance Company, Atty Cohan for Rosalyn Herman, Atty Kazarian for Rudy K. Meiselman; Court hears oral argument on said motion. Counsel for Rosalyn Herman represented that as of January 30, 2007, all documents responsive to Rudy K. Meiselman's document requests that are in her possession, custody, or control have been produced to Rudy K. Meiselman. Counsel for Rosalyn Herman represented: 1) that, as of January 30, 2007, Rosalyn Herman's 2005 tax returns have not been prepared - and thus do not exist, and 2) that bank statements for New England Financial Independence Group, Inc. and Financial Family Holdings, LLC do not exist. Further, counsel for Rosalyn Herman represented that Rosalyn Herman's 2005 tax returns will be completed and provided to Rudy K. Meiselman on or before Thursday, February 8, 2007 at 4:00 p.m. Counsel for Rosalyn Herman also represented that he will |

| | | |
|---|---|---|
| | | provide by February 8, 2007 @ 4:00 p.m., at minimum, an affidavit indicating that Rosalyn Herman or her representative has formally requested copies of Rosalyn Herman's requested tax returns, including applications and related documents regarding Rosalyn Herman's 2005 filing extension, from the Internal Revenue Service. It is to be noted that these requests are primarily seeking SIGNED copies of documents filed with the IRS. Those requested documents will be produced to Rudy K. Meiselman immediately upon receipt. Copies of all such documents are to be provided to the Court, as well as opposing counsel. At 4:00 p.m. on Thursday, February 8, 2007, counsel for Rosalyn Herman is to organize a conference call amongst the parties and this Court to report on the status of matters discussed during this hearing. Upon satisfaction of the tasks outlined during the hearing and within this order, the Court will take the question of whether Rosalyn Herman has successfully purged her contempt as of January 5, 2007 under consideration, with an order to issue at a later date. (Digital Recording 2:18-3:08) (Lovett, Jarrett) (Entered: 01/31/2007) |
| 01/30/2007 | ❏ | ELECTRONIC NOTICE of Hearing :Telephone Conference set for 2/8/2007 04:00 PM before Magistrate Judge Joyce London Alexander. Counsel for Rosalyn Herman is to organize a conference call amongst the parties and this Court to report on the status of matters discussed during the hearing held on 1/30/07. (Lovett, Jarrett) (Entered: 01/31/2007) |
| 02/05/2007 | ❏99 | Emergency MOTION for Leave to File *Confidential Materials (In Reference to Magistrate Judge Joyce London Alexander's Order of January 30, 2007)* by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust.(Cohan, Robert) (Entered: 02/05/2007) |
| 02/05/2007 | ❏ | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 99 Emergency MOTION for Leave to File Confidential Materials In Reference to Magistrate Judge Joyce London Alexander's Order of January 30, 2007 by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Lovett, Jarrett) (Entered: 02/05/2007) |
| 02/08/2007 | ❏100 | AFFIDAVIT filed UNDER SEAL of Financial Resources Network, Inc., Profit Sharing Plan and and Rosalind Herman, Trustee by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust, leave to file granted on 2/5/07. (Lovett, Jarrett) (Entered: 02/08/2007) |
| 02/08/2007 | ❏ | ElectronicClerk's Notes for proceedings held before Magistrate Judge Joyce London Alexander : Telephone/Status Conference held on 2/8/2007: Atty Calucci for Indianapolis Life Insurance Company, Atty Cohan for Rosalyn Herman, Atty Kazarian for Rudy K. Meiselman. Atty Kazarian for Rudy K. Meiselman agrees that Atty Cohan for Rosalyn Herman has now, as of today, produced all documents in compliance with this Court's |

|  |  | prior orders. The Court will issue an order regarding whether Rosalyn Herman has effecively purged herself of contempt and complied with Judge William G. Young's prior order. (Digital Recording 4:10-4:45) (Lovett, Jarrett) (Entered: 02/09/2007) |
|---|---|---|
| 02/09/2007 | 101 | Magistrate Judge Joyce London Alexander : ORDER entered granting 90 MOTION purge contempt by Rosalyn Herman. Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Lovett, Jarrett) (Entered: 02/12/2007) |
| 02/09/2007 | ❏ | Case no longer referred to Magistrate Judge Joyce London Alexander. Case is hereby returned to Judge William G. Young (Lovett, Jarrett) (Entered: 02/12/2007) |
| 03/06/2007 | 102 | JOINT STATEMENT of counsel *(Pursuant to Order on Herman's Emergency Motion for Ruling that she Has Purged Herself of the Contempt Order Entered 2/9/07 (In Re: Docket No. 101)).* (Cohan, Robert) (Entered: 03/06/2007) |
| 03/06/2007 | 103 | Emergency MOTION to Amend 63 Proposed Document(s) submitted by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust.(Cohan, Robert) (Entered: 03/06/2007) |
| 03/06/2007 | 104 | MEMORANDUM in Support re 103 Emergency MOTION to Amend 63 Proposed Document(s) submitted filed by Rosalyn Herman. Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Cohan. Robert) (Entered: 03/06/2007) |
| 03/15/2007 | 105 | Opposition re 103 Emergency MOTION to Amend 63 Proposed Document(s) submitted, 33 Joint MOTION to Continue Mediation to 12/12/05 -*12/16/05* filed by Rudy K. Meiselman. (Kazarian, Charles) (Entered: 03/15/2007) |
| 03/19/2007 | 106 | MOTION for Leave to File *Reply Brief [In Re: Doc. 105]* by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust.(Cohan, Robert) (Entered: 03/19/2007) |
| 03/19/2007 | 107 | MOTION for Leave to File *Opposition to the Emergency Motion Under Rule 60(a) of Cross-Claim Plaintiff to Amend Judgment Against Rosalind Herman, Trustee [In Re: Doc. 86]* by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust.(Cohan. Robert) (Entered: 03/19/2007) |
| 03/20/2007 | ❏ | Judge William G. Young : Electronic ORDER entered GRANTING 106 MOTION for Leave to File Reply Brief; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Paine, Matthew) (Entered: 03/20/2007) |

| 03/26/2007 | ⊕108 | REPLY to Response to Motion re 103 Emergency MOTION to Amend 63 Proposed Document(s) submitted *To Set Aside and Amend Execution, Vacate Attachment and For Other Relief (Leave to File Granted on March 20, 2007)* filed by Rosalyn Herman, Financial Resources Network, Inc. Profit Sharing Plan and Trust. (Cohan, Robert) (Entered: 03/26/2007) |
|---|---|---|
| 04/13/2007 | ⊕109 | EX PARTE MOTION (FILED UNDER SEAL) by Indianapolis Life Insurance Company.(Paine, Matthew) (Entered: 04/13/2007) |
| 04/13/2007 | ⊕110 | MEMORANDUM (FILED UNDER SEAL) in Support of re 109 EX PARTE MOTION by Indianapolis Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Paine, Matthew) (Entered: 04/13/2007) |
| 04/17/2007 | ⊕111 | Judge William G. Young : ORDER entered. REFERRING MOTION 109 EX PARTE MOTION (FILED UNDER SEAL) by Indianapolis Life Insurance Company, to Magistrate Judge Joyce London Alexander.(Paine, Matthew) (Entered: 04/17/2007) |
| 04/18/2007 | ⊕ | Magistrate Judge Joyce London Alexander : Electronic ORDER entered granting 109 EX PARTE MOTION (FILED UNDER SEAL) by Indianapolis Life Insurance Company. (Lovett, Jarrett) (Entered: 04/18/2007) |
| 05/04/2007 | ⊕ | Judge William G. Young : Electronic ORDER entered re 103 Emergency MOTION to Amend 63 Proposed Document(s). "The Emergency Motion to Stay Enforcement of Judgment is Denied." (Paine, Matthew) (Entered: 05/04/2007) |
| 05/07/2007 | ⊕ | Judge William G. Young : Electronic ORDER entered. re 63 Proposed Document(s) submitted filed by Rudy K. Meiselman. "The request for a second execution is Denied."(Smith, Bonnie) (Entered: 05/07/2007) |
| 05/07/2007 | ⊕112 | NOTICE OF APPEAL in re: Order Entered May 4, 2007, by Financial Resources Network, Inc. Profit Sharing Plan and Trust, Rosalyn Herman Filing fee $ 455, receipt number 1509785 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/28/2007. (Cohan, Robert) (Entered: 05/07/2007) |