**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

No. 04-12481WGY

| |
|---|
| INDIANAPOLIS LIFE INSURANCE COMPANY, |
| Plaintiffs |
| v. |
| ROSALYN HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, INC. PROFIT SHARING PLAN AND TRUST, GREGG D. CAPLITZ, RUDY K. MEISELMAN, M.D. and HOPE E. MEISELMAN, |
| Defendants |

**NOTICE OF CHANGE OF ADDRESS**

Please note that as of September 1, 2007 counsel for the above-referenced plaintiff, will be relocating to the following address:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
Telephone: (617) 422-5300
Facsimile: (617) 423-6917

Plaintiff,
INDIANAPOLIS LIFE INSURANCE
COMPANY
By its attorneys,


_____ s/ Michele Carlucci _____
William T. Bogaert, BBO #546321
Michele Carlucci, BBO #655211
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER  LLP
260 Franklin Street, 14th Floor
Boston, MA  02110-3112
(617) 422-5300

91364.1

## <u>CERTIFICATE OF SERVICE</u>

I, Michele Carlucci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the NEF on September 13, 2007.

/s/ Michele Carlucci
Michele Carlucci

91364.1