UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-12481-WGY

INDIANAPOLIS LIFE INSURANCE COMPANY )
    Plaintiff )
v. )
  )
ROSALIND HERMAN, TRUSTEE, FINANCIAL RESOURCES NETWORK, INC. )
PROFIT SHARING PLAN AND TRUST, FINANCIAL RESOURCES NETWORK, )
INC. PROFIT SHARING PLAN TRUST, GREGG D. CAPLITZ, )
RUDY K. MEISELMAN, M.D. and HOPE MEISELMAN )
    Defendants )

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES the undersigned counsel and respectfully moves to withdraw as counsel in the above-entitled matter. In support of this motion counsel states the defendant has retained new counsel in this matter.

Respectfully submitted,

/s/ *Wayne R. Murphy*
Wayne R. Murphy/BBO#557658
Murphy & Associates, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 227-7777

-1-    MURPHY & ASSOCIATES, P.C.
600 ATLANTIC AVENUE
BOSTON, MA 02210
(617) 227-7777